```
                                              FILED
                                           BILLINGS DIV.
         IN THE UNITED STATES DISTRICT COURT
                                         2008 MAR 19 AM 7 33
              FOR THE DISTRICT OF MONTANA
                                         PATRICK E. DUFFY, CLERK
                 BILLINGS DIVISION    BY _____
                                            DEPUTY CLERK
```

| | |
|---|---|
| JUNE TIFT and TIMOTHY McCOLLOUGH, | CV-07-166-BLG-CSO |
| Plaintiffs, | **ORDER** |
| vs. | |
| JOHNSON, RODENBERG & LAUINGER and CACV OF COLORADO, LLC, | |
| Defendants. | |

Before the Court is Plaintiffs' Motion for Leave to File Amended Complaint (Court's Doc. No. 15). The prescribed time in which to file a response has passed without a brief from Defendant. The Court shall deem this an admission that Plaintiffs' motion is well taken. See L.R. 7.1(i). Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Amended Complaint is **GRANTED.** Plaintiffs shall file their First Amended Complaint without delay.

DATED this 19th day of March, 2008.

_____
Carolyn S. Ostby
U.S. Magistrate Judge