John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:  (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JUNE TIFT and TIMOTHY McCOLLOUGH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON, RODENBURG & LAUINGER.<br><br>Defendant. | Cause No.  CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**REQUEST FOR SETTLEMENT CONFERENCE** |

COMES NOW Plaintiffs June Tift and Timothy McCollough, and pursuant to this Court's Scheduling Order, respectfully request that the Court refer this matter to a Magistrate Judge for settlement conference.  Pursuant to the Local Rules, Defendant's counsel has been contacted and has no objection to this request.  A proposed order is attached hereto.

///

DATED this 9th day of July, 2008.

HEENAN LAW FIRM


*/s/ John Heenan*
John Heenan
Attorneys for Defendant