# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| JUNE TIFT and TIMOTHY McCOLLOUGH,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNSON, RODENBURG & LAUINGER.<br><br>Defendant. | Cause No.  CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**ORDER REFERRING CASE FOR SETTLEMENT CONFERENCE** |

**IT IS HEREBY ORDERED** that this case is referred to the Honorable

_____ for the limited purpose of conducting a formal settlement

conference. Arrangements for setting the conference will be made by the

Honorable _____'s chambers.

DATED this ____ day of _____, 2008.

/S/ Carolyn S. Ostby
Carolyn S. Ostby
United States Magistrate Judge