John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:  (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JUNE TIFT and TIMOTHY McCOLLOUGH,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>JOHNSON, RODENBURG & LAUNINGER.<br><br>                    Defendant. | Cause No.  CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT – FDCPA LIABILITY** |

COMES NOW Plaintiff Timothy McCollough, and pursuant to Rule 56, F. R. Civ. P., moves the Court for summary judgment as to Count I (violation of the FDCPA).  Pursuant to Local Rule 7.1, Defendant has been contacted, and objects to this Motion.  Plaintiff's Motion is supported by the contemporaneously filed Brief in Support and Statement of Undisputed Facts.  In light of the confidentiality order in place (Docket No. 11), and the designations of materials by JRL under that

confidentiality order, Plaintiff files his Brief in Support and Statement of Undisputed Facts under seal.

DATED this 7th day of August, 2008.

>                HEENAN LAW FIRM
>
>                */s/ John Heenan*
>                John Heenan
>                Attorney for Plaintiffs