John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana  59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

-------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-RFC-CSO |
| | ) | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | **JOINT MOTION TO SET DEADLINE** |
| | ) | **FOR FILING MOTIONS IN *LIMINE*** |
| JOHNSON, RODENBURG & | ) | |
| LAUINGER, | ) | |
| | ) | |
| Defendant. | | |

-------------------------------------------------------------------------------------------------------------

Counsel for the parties herein move this Court to set a deadline to have all motions in

*limine* and supporting briefs filed by Friday, December 19, 2008.

DATED this 24th day of October, 2008.

　　　　　　　　　　　　　　　　　　   /s/ Fred Simpson
　　　　　　　　　　　　　　　　　　Fred Simpson
　　　　　　　　　　　　　　　　　　BOHYER SIMPSON & TRANEL, P.C.
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing ***Joint Motion to Set Deadline for Filing Motions in Limine*** on the following persons by the following means:

| | |
|---|---|
| 1,2 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1.    Clerk, U.S. District Court

2.    John C. Heenan, Esq.
       HEENAN LAW FIRM
       2602 1st Ave N, Suite 305
       PO Box 2278
       Billings, MT 59103
       **Attorneys for Plaintiffs**


DATED this 24th day of October, 2008.


                    /s/ Fred Simpson
                    Fred Simpson
                    BOHYER SIMPSON & TRANEL, P.C.
                    Attorneys for Defendant