The Honorable Carolyn S. Ostby
Magistrate Judge
316 North 26th Street, Room 5405
Billings, MT 59101

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-RFC-CSO |
| | ) | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | **ORDER SETTING DEADLINE FOR** |
| | ) | **FILING MOTIONS IN *LIMINE*** |
| JOHNSON, RODENBURG & | ) | |
| LAUINGER, | ) | |
| | ) | |
| Defendant. | | |

------------------------------------------------------------------------------------------------------

Pursuant to the parties joint motion to set deadline for filing motions in *limine* and

supporting briefs and good cause appearing therefor,

IT IS HEREBY ORDERED that all motions in *limine* and supporting briefs shall be

filed by Friday, December 19, 2008.

ENTERED this _____ day of _____, 2008.

_____
**THE HONORABLE CAROLYN S. OSTBY**
U.S. Magistrate Judge

cc:    Fred Simpson, Esq.
       BOHYER SIMPSON & TRANEL, P.C.

       John Heenan, Esq.
       HEENAN LAW FIRM