John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:   (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>               Plaintiff,<br>      vs.<br><br>JOHNSON, RODENBURG &<br>LAUNINGER.<br><br>               Defendant. | Cause No.  CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**NOTICE OF SUPPLEMENTAL<br>AUTHORITY** |

Pending before the Court is Plaintiff's Motion for Partial Summary Judgment- FDCPA Liability.  Among other things, Plaintiff has sought summary judgment on the issue of JRL's use of requests for admissions in the underlying lawsuit.  Subsequent to Plaintiff's filing of his Motion for Partial Summary Judgment, and the parties' briefing on the Motion, the National Consumer Law Center published Collection Actions (2008).  The National Consumer Law Center's consumer law manuals are routinely cited as persuasive authority by federal courts.  A copy of Sections 2.1.2 and 4.2.2 of the NCLC Collection Actions

manual is attached hereto as Exhibit "1" as supplemental authority regarding the

pending Motion for Partial Summary Judgment.

DATED this 3rd day of November, 2008.

HEENAN LAW FIRM


*/s/ John Heenan*
John Heenan
Attorney for Plaintiff