John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:  (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHNSON, RODENBURG &<br>LAUINGER.<br><br>　　　　　　　　　Defendant. | Cause No.  CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**MOTION TO COMPEL** |

COMES NOW Plaintiff, by and through his counsel of record, and moves the Court, pursuant to Rule 37(a)(2), F. R. Civ. P., to compel discovery, and specifically to require Defendant to answer fully and completely Plaintiffs' Requests for Production No. 31.  Pursuant to Local Rule 7.1, Defendant's counsel has been contacted, and objects to this Motion.  Pursuant to Rule 37, Plaintiff advises that the parties' have conferred in good faith, have resolved several discovery issues, but have been unable to resolve the specific issue set forth in this Motion.  The Motion is supported by a contemporaneously filed Brief in Support.

DATED this 11th day of November, 2008.

                                    HEENAN LAW FIRM

                                    */s/ John Heenan*
                                    John Heenan
                                    Attorney for Plaintiff