John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-RFC-CSO |
|---|---|---|
| | ) | THE HON. CAROLYN S. OSTBY |
| Plaintiff, | ) | |
| | ) | |
| -vs.- | ) | DEFENDANT JOHNSON, |
| | ) | RODENBURG & LAUINGER'S |
| JOHNSON, RODENBURG & | ) | RESPONSES TO PLAINTIFF'S |
| LAUINGER, | ) | THIRD COMBINED DISCOVERY |
| | ) | REQUESTS |
| Defendant. | | |

TO:   Plaintiff and his attorney of record, John Heenan, Esq. of Heenan Law Firm:

Pursuant to the Federal Rules of Civil Procedure, Defendant Johnson, Rodenburg & Lauinger supplements its responses to Plaintiff's Third Combined Discovery Requests as follows:

Defendant objects to Plaintiff's definitions and requirements to the extent that they impose requirements beyond those of the Federal Rules of Civil Procedure.

**REQUEST FOR PRODUCTION NO. 31:** Please produce any contract whatsoever entered into between you and CACV.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 31:** Defendant is researching this request and will supplement.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 31:**

Objection, this request seeks work-product and information protected by the attorney-client privilege. Defendant further objects to this request on the basis that it is not reasonably calculated to lead to the discovery of admissible evidence.

**REQUEST FOR PRODUCTION NO. 32:** Please produce any franchise agreement to which you are a party, including but not limited to any franchise agreement entered into between yourself and any of the parties identified in your supplemental answer to Interrogatory No. 10.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 32:** Defendant is researching this request and will supplement.

**SUPPLEMENTAL RESPONSE TO REQUEST FOR PRODUCTION NO. 32:**

None.

DATED this 14th day of October, 2008.

_____
Fred Simpson
BOHYER SIMPSON & TRANEL, P.C.
Attorneys for Defendant