John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:   (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>                              Plaintiff,<br><br>     vs.<br><br>JOHNSON, RODENBURG &<br>LAUINGER.<br><br>                              Defendant. | Cause No. CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**PLAINTIFF'S MOTION FOR<br>PARTIAL SUMMARY JUDGMENT –<br>DEFENDANT'S "BONA FIDE<br>ERROR" DEFENSE** |

COMES NOW Plaintiff Timothy McCollough, and pursuant to Rule 56, F.

R. Civ. P., moves the Court for summary judgment as to Defendant's second

affirmative defense of "bona fide error" pursuant to 15 U.S.C. § 1692k(c).

Pursuant to Local Rule 7.1, Defendant has been contacted, and objects to this

Motion.  Plaintiff's Motion is supported by the contemporaneously filed Brief in

Support and the previously filed Statement of Undisputed Facts (Docket No. 39).

DATED this 12th day of November, 2008.

                  HEENAN LAW FIRM


                  */s/ John Heenan*
                  John Heenan
                  Attorney for Plaintiff