# U.S. Party/Case Index

## Civil Name Search Results

102 Total Party matches for selection CACV for ALL COURTS
Search Complete
Tue Nov 11 20:09:47 2008
Selections 1 through 54 (Page 1)

● Download (2 pages $0.08)

⇨ Next 48

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1  CACV | inndce | 1:2003cv00110 | 03/21/2003 | 220 | 06/02/2003 |
| USA, et al v. Summers, et al | | | | | |
| 2  CACV | almdce | 1:2007cv00821 | 09/13/2007 | 890 | 11/30/2007 |
| Critten v. Law Offices of Donald S. Burak, Esq., LLC. et al | | | | | |
| 3  CACV INC | aredce | 1:2004cv00107 | 12/17/2004 | 890 | 03/10/2006 |
| Webb v. MBNA America Bank DE, et al | | | | | |
| 4  CACV INC | flndce | 4:2005cv00163 | 05/11/2005 | 190 | 09/26/2005 |
| DILLON v. MBNA AMERICA et al | | | | | |
| 5  CACV INC | cacdce | 8:2001cv01047 | 11/01/2001 | 890 | 04/26/2002 |
| Allan Miller v. CACV Inc, et al | | | | | |
| 6  CACV INC | alndce | 2:2002cv02026 | 08/20/2002 | 190 | 10/28/2002 |
| Bronson & Migliaccio, et al v. Kinsey, et al | | | | | |
| 7  CACV OF COLARADO, LLC | ohndce | 3:2007cv00761 | 03/15/2007 | 220 | 06/11/2007 |
| Deutsche Bank National Trust Company v. Pelow et al | | | | | |
| 8  CACV OF COLORADO | kyedce | 2:2008cv00161 | 09/05/2008 | 220 | |
| United States of America v. Freeman et al | | | | | |
| 9  CACV OF COLORADO | mtdce | 1:2007cv00166 | 12/14/2007 | 890 | |
| Tift et al v. Johnson, Rodenburg & Lauinger et al | | | | | |
| 10  CACV OF COLORADO | utdce | 2:2004cv00304 | 04/05/2004 | 430 | 11/22/2004 |
| CACV of CO v. Ipson | | | | | |
| 11  CACV OF COLORADO | ilsdce | 4:2003cv04115 | 06/23/2003 | 890 | 07/13/2004 |
| Phillips v. CACV of Colorado, et al | | | | | |
| 12  CACV OF COLORADO LLC | ordce | 3:2007cv00011 | 01/03/2007 | 870 | 11/14/2007 |
| United States of America v. Wright et al | | | | | |
| 13  CACV OF COLORADO LLC | cacdce | 2:2005cv00103 | 01/06/2005 | 480 | 02/24/2005 |
| Aaron Pugliese v. CACV of Colorado LLC et al | | | | | |
| 14  CACV OF COLORADO LLC | aredce | 1:2004cv00107 | 12/17/2004 | 890 | 03/10/2006 |
| Webb v. MBNA America Bank DE, et al | | | | | |
| 15  CACV OF COLORADO LLC | flndce | 4:2005cv00163 | 05/11/2005 | 190 | 09/26/2005 |

DILLON v. MBNA AMERICA et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 16 | CACV OF COLORADO LLC | txsdce | 1:2008cv00356 | 07/02/2008 | 480 | 09/29/2008 |

Bachmeier v. CACV of Colorado LLC et al - DO NOT DOCKET IN (CA B 08-356) CASE IS CONSOLIDATED UNDER (CA B 08-273)

| | | | | | | |
|---|---|---|---|---|---|---|
| 17 | CACV OF COLORADO LLC | txsdce | 4:2008cv00365 | 01/31/2008 | 890 | 03/18/2008 |

Hinson v. Hollis G. Price Jr. PC et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | CACV OF COLORADO LLC | wiedce | 2:2005cv00569 | 05/24/2005 | 890 | 09/29/2005 |

Scheer v. JA Cambece Law Office PC et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 19 | CACV OF COLORADO LLC | txndce | 4:2007cv00599 | 10/09/2007 | 790 | |

Thomas et al v. CACV of Colorado LLC et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | CACV OF COLORADO LLC | casdce | 3:2006cv00651 | 03/23/2006 | 440 | 05/14/2007 |

Titus, et al v. CACV of Colorado LLC, et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 21 | CACV OF COLORADO LLC | ohsdce | 1:2007cv00689 | 08/20/2007 | 220 | 10/09/2007 |

Deutsche Bank National Trust Company v. Lewis et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 22 | CACV OF COLORADO LLC | wiedce | 2:2005cv00713 | 07/07/2005 | 890 | 08/16/2005 |

McMinn v. Law Offices of Harrison Ross Byck PC et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | CACV OF COLORADO LLC | ctdce | 3:2005cv01008 | 06/23/2005 | 480 | 01/12/2006 |

Friedt v. CACV of Colorado LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 24 | CACV OF COLORADO LLC | ctdce | 3:2005cv01008 | 06/23/2005 | 480 | 01/12/2006 |

Friedt v. CACV of Colorado LLC

| | | | | | | |
|---|---|---|---|---|---|---|
| 25 | CACV OF COLORADO LLC | casdce | 3:2005cv02039 | 10/31/2005 | 890 | 04/05/2006 |

Haas v. JA Cambece Law OFC, et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 26 | CACV OF COLORADO LLC | ohndce | 1:2007cv02172 | 12/20/2007 | 220 | 04/08/2008 |

Deutsche Bank National Trust Company v. Brown et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 27 | CACV OF COLORADO LLC | ohndce | 1:2005cv02417 | 10/14/2005 | 220 | 12/06/2005 |

JPMorgan Chase Bank v. Saad et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 28 | CACV OF COLORADO LLC | ohndce | 1:2005cv02417 | 10/14/2005 | 220 | 12/06/2005 |

JPMorgan Chase Bank v. Saad et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 29 | CACV OF COLORADO LLC | ohndce | 1:2005cv02417 | 10/14/2005 | 220 | 12/06/2005 |

JPMorgan Chase Bank v. Saad et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 30 | CACV OF COLORADO LLC | candce | 3:2008cv02446 | 05/13/2008 | 890 | 07/07/2008 |

Boyle v. CACV of Colorado LLC et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 31 | CACV OF COLORADO LLC | mndce | 0:2003cv06290 | 11/24/2003 | 370 | 04/01/2004 |

Ladwig v. Trauner, Cohen, et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 32 | CACV OF COLORADO LLC | cacdce | 2:2005cv07110 | 09/30/2005 | 480 | 01/10/2006 |

Staci Duarte v. Russell A Davis et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | CACV OF COLORADO LLC | madce | 1:2006cv11216 | 07/14/2006 | 890 | 11/16/2007 |

Harrington v. CACV of Colorado LLC et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 34 | CACV OF COLORADO LLC | flsdce | 1:2004cv20621 | 03/16/2004 | 440 | 04/19/2004 |

Mejias v. Bamford, et al

| | | | | | | |
|---|---|---|---|---|---|---|
| 35 | CACV OF COLORADO, L. L. C. | miedce | 2:2006cv15101 | 11/14/2006 | 480 | 12/19/2006 |

CACV of Colorado, L. L. C. v. Benjamin-Britton

| | | | | | |
|---|---|---|---|---|---|
| 36  CACV OF COLORADO, LLC<br>Gregg v. Kirtley et al | okndce | 4:2006cv00008 | 01/04/2006 | 422 | 01/25/2008 |
| 37  CACV OF COLORADO, LLC<br>Jones v. CACV of Colorado, LLC | gandce | 3:2008cv00031 | 03/14/2008 | 480 | 06/03/2008 |
| 38  CACV OF COLORADO, LLC<br>Jones v. CACV of Colorado, LLC | gandce | 3:2008cv00031 | 03/14/2008 | 480 | 06/03/2008 |
| 39  CACV OF COLORADO, LLC<br>WEBB v. THE LAW OFFICE OF SAM STREETER, PLLC et al | insdce | 1:2006cv00077 | 01/18/2006 | 890 | 05/15/2006 |
| 40  CACV OF COLORADO, LLC<br>Robert Guage v. CACV of Colorado, LLC et al | cacdce | 2:2008cv00098 | 01/07/2008 | 480 | 05/06/2008 |
| 41  CACV OF COLORADO, LLC<br>CACV of Colorado, LLC v. Colt et al | iddce | 1:2007cv00140 | 03/23/2007 | 190 | 04/04/2007 |
| 42  CACV OF COLORADO, LLC<br>CACV of Colorado, LLC v. Colt et al | iddce | 1:2007cv00140 | 03/23/2007 | 190 | 04/04/2007 |
| 43  CACV OF COLORADO, LLC<br>Salyer v. CACV of Colorado, LLC et al | vawdce | 7:2005cv00269 | 05/05/2005 | 480 | 07/27/2005 |
| 44  CACV OF COLORADO, LLC<br>Haynes v. Dendy et al | lamdce | 3:2006cv00273 | 04/07/2006 | 890 | 08/09/2006 |
| 45  CACV OF COLORADO, LLC<br>Bachmeier v. Rannefeld | txsdce | 1:2008cv00273 | 06/16/2008 | 480 | |
| 46  CACV OF COLORADO, LLC<br>Niehaus v. McKinley, et al | tnedce | 1:2003cv00316 | 09/10/2003 | 360 | 11/18/2003 |
| 47  CACV OF COLORADO, LLC<br>Rouse v. CACV of Colorado, LLC | almdce | 2:2006cv00339 | 04/13/2006 | 890 | 02/26/2007 |
| 48  CACV OF COLORADO, LLC<br>Owen v. MBNA America Bank, N.A. et al | flmdce | 3:2006cv00364 | 04/21/2006 | 371 | 07/24/2006 |
| 49  CACV OF COLORADO, LLC<br>Purser v. Trauner, Cohen & Thomas, L.L.P. et al | gandce | 1:2007cv00395 | 02/14/2007 | 480 | 06/27/2008 |
| 50  CACV OF COLORADO, LLC<br>McKnight v. CACV of Colorado, LLC | gandce | 1:2007cv00400 | 02/15/2007 | 480 | 11/21/2007 |
| 51  CACV OF COLORADO, LLC<br>Martinez v. CACV of Colorado | nmdce | 6:2006cv00442 | 05/26/2006 | 890 | 10/17/2006 |
| 52  CACV OF COLORADO, LLC<br>ROBINSON v. CACV of COLORADO, LLC | insdce | 1:2008cv00448 | 04/07/2008 | 890 | 07/03/2008 |
| 53  CACV OF COLORADO, LLC<br>Tyler v. CACV of Colorado, LLC et al | nedce | 8:2008cv00496 | 11/04/2008 | 990 | |
| 54  CACV OF COLORADO, LLC<br>Sonntag v. Bronson & Migliaccio, LLP et al | nywdce | 1:2006cv00560 | 08/21/2006 | 480 | 11/27/2006 |

 Next 48

---

**PACER Service Center**

| Transaction Receipt ||||
|---|---|---|---|
| 11/11/2008 20:09:47 ||||
| PACER Login: | jh3839 | Client Code: | cole |
| Description: | Civil srch pg 1 | Search Criteria: | CACV |
| Billable Pages: | 1 | Cost: | 0.08 |

## U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

??? Help

# U.S. Party/Case Index

## Civil Name Search Results

639 Total Party matches for selection CACH for ALL COURTS  
Search Complete  
Tue Nov 11 20:12:25 2008  
Selections 1 through 54 (Page 1)

● Download (12 pages $ 0.88)

⇨ Next 54

| Name | Court | Case No. | Filed | NOS | Closed |
|---|---|---|---|---|---|
| 1  CACH ADMINISTRATIVE SERVICES | alndce | 2:1996cv02926 | 11/07/1996 | 791 | 02/20/1997 |
| Coleman, et al v. Children's Hospital, et al | | | | | |
| 2  CACH ADMINISTRATIVE SERVICES | alndce | 2:1996cv02926 | 11/07/1996 | 791 | 02/20/1997 |
| Coleman, et al v. Children's Hospital, et al | | | | | |
| 3  CACH INC | ncwdce | 3:2000cv00371 | 07/26/2000 | 190 | 11/16/2001 |
| Meineke v. Cach Inc, et al | | | | | |
| 4  CACH INC | alndce | 2:1996cv02926 | 11/07/1996 | 791 | 02/20/1997 |
| Coleman, et al v. Children's Hospital, et al | | | | | |
| 5  CACH LLC | cacdce | 2:2006cv00531 | 01/27/2006 | 480 | 10/03/2006 |
| Janice Johnson v. Allianceone Receivables Management Inc et al | | | | | |
| 6  CACH, L.L.C. | azdce | 4:2008cv00274 | 04/29/2008 | 890 | |
| Rolle et al v. Samuel Streeter PLLC, Law Office of et al | | | | | |
| 7  CACH, LLC | lamdce | 3:2007cv00147 | 02/28/2007 | 480 | 05/29/2007 |
| Cach, LLC v. Williams et al | | | | | |
| 8  CACH, LLC | nywdce | 1:2008cv00153 | 02/21/2008 | 480 | |
| Burke et al v. Pentagroup Financial, LLC et al | | | | | |
| 9  CACH, LLC | nywdce | 1:2008cv00153 | 02/21/2008 | 480 | |
| Burke et al v. Pentagroup Financial, LLC et al | | | | | |
| 10 CACH, LLC | alndce | 2:2007cv00197 | 01/29/2007 | 430 | 05/30/2007 |
| Jones v. Scott Lowery Law Office, P.C. et al | | | | | |
| 11 CACH, LLC | txwdce | 3:2007cv00312 | 09/11/2007 | 890 | 10/19/2007 |
| Mijares v. CACH, LLC et al | | | | | |
| 12 CACH, LLC | ncmdce | 1:2007cv00340 | 04/27/2007 | 480 | 02/25/2008 |
| CHARPING et al v. SCOTT LOWERY LAW OFFICE, P.C., et al | | | | | |
| 13 CACH, LLC | vaedce | 3:2006cv00405 | 06/12/2006 | 480 | 10/26/2006 |
| Hayden v. Neuheisel Law Firm, P.C. et al | | | | | |
| 14 CACH, LLC | insdce | 1:2007cv00498 | 04/20/2007 | 890 | 09/04/2007 |
| MURPHY v. SCOTT LOWERY LAW OFFICE, P.C. et al | | | | | |
| 15 CACH, LLC | ohndce | 4:2007cv00670 | 03/08/2007 | 480 | 06/05/2007 |

Kordes v. Pentagroup Financial, LLC et al
16 CACH, LLC                                    ohndce   4:2007cv00670 03/08/2007 480 06/05/2007
Kordes v. Pentagroup Financial, LLC et al
17 CACH, LLC                                    ordce    3:2007cv00820 06/05/2007 890 02/04/2008
Sliwka v. Cach, LLC et al
18 CACH, LLC                                    ordce    3:2007cv00820 06/05/2007 890 02/04/2008
Sliwka v. Cach, LLC et al
19 CACH, LLC                                    insdce   1:2006cv00835 05/24/2006 890 09/29/2006
VIGEN v. J.A. CAMBECE LAW OFFICE, P.C. et al
20 CACH, LLC                                    insdce   1:2006cv01056 07/12/2006 890 02/06/2007
MURPHY v. LAW OFFICE OF SAM STREETER, PLLC et al
21 CACH, LLC                                    mssdce   1:2007cv01130 10/04/2007 480 12/05/2007
Marin v. Hollis G. Price, Jr., P.C. et al
22 CACH, LLC                                    alndce   2:2008cv01155 06/27/2008 480
Robbins v. Cach, LLC et al
23 CACH, LLC                                    casdce   3:2008cv01175 07/02/2008 890
Bonilla v. Bronson & Migliaccio, LLP et al
24 CACH, LLC                                    codce    1:2007cv01269 06/15/2007 190 11/05/2007
CACH, LLC v. Forward Properties International, Inc.
25 CACH, LLC                                    pamdce   1:2007cv01330 07/23/2007 890 01/03/2008
Wilt v. Law Office of Sam Streeter, PLLC et al
26 CACH, LLC                                    alndce   2:2008cv01464 08/15/2008 480 09/04/2008
Unifund CCR Partners v. Blaylock
27 CACH, LLC                                    alndce   5:2008cv01471 08/15/2008 480
Unifund CCR Partners v. Lancaster
28 CACH, LLC                                    nyedce   2:2008cv01903 05/09/2008 890 05/22/2008
Rossi v. Scott Lowery Law Office, P.C. et al
29 CACH, LLC                                    pamdce   1:2006cv01962 10/04/2006 890 11/07/2006
Thorne v. Trauner, Cohen and Thomas LLP et al
30 CACH, LLC                                    txsdce   4:2008cv01976 06/20/2008 480 07/29/2008
Palasota v. Cach, LLC
31 CACH, LLC                                    txsdce   4:2008cv01976 06/20/2008 480 07/29/2008
Palasota v. Cach, LLC
32 CACH, LLC                                    pamdce   1:2006cv02086 10/23/2006 890 11/29/2006
Kauffman v. J.A. Cambece Law Office, P.C. et al
33 CACH, LLC                                    flmdce   8:2007cv02140 11/21/2007 480 01/08/2008
Barton v. Cach, LLC et al
34 CACH, LLC                                    tnwdce   2:2008cv02431 07/02/2008 480
Coleman v. Lowery et al
35 CACH, LLC                                    iandce   3:2008cv03042 08/22/2008 220
USA v. Tigges et al
36 CACH, LLC                                    ilndce   1:2008cv03681 06/27/2008 480 07/28/2008

| | | | | | | |
|---|---|---|---|---|---|---|
| Morales v. CACH, LLC | | | | | | |
| 37 | CACH, LLC | ilndce | 1:2007cv03855 | 07/10/2007 | 890 | 11/02/2007 |
| Gallegos v. National Asset Recovery, Inc. | | | | | | |
| 38 | CACH, LLC | cacdce | 2:2008cv04079 | 06/19/2008 | 480 | 10/02/2008 |
| Raymond J. Prososki v. Cach, LLC et al | | | | | | |
| 39 | CACH, LLC | ilndce | 1:2007cv06290 | 11/06/2007 | 480 | 02/05/2008 |
| Levine v. CACH, LLC et al | | | | | | |
| 40 | CACH, LLC | nysdce | 7:2007cv07504 | 08/24/2007 | 480 | 10/06/2008 |
| Langsam v. Franklin Credit Management, Corp et al | | | | | | |
| 41 | CACH, LLC | miedce | 2:2008cv10993 | 03/07/2008 | 480 | 04/07/2008 |
| Williams v. Cach, LLC | | | | | | |
| 42 | CACH, LLC | miedce | 2:2008cv13927 | 09/11/2008 | 890 | |
| Woods v. LVNV Funding, LLC et al | | | | | | |
| 43 | CACH, LLC | flsdce | 0:2008cv60227 | 02/19/2008 | 890 | 04/02/2008 |
| Bacon v. Cach, LLC et al | | | | | | |
| 44 | CACH, LLC | flsdce | 0:2008cv61310 | 08/15/2008 | 890 | 09/15/2008 |
| Rivas v. The Law Office of Sidney Mickell | | | | | | |
| 45 | CACH, LLC, SUBSIDIARY OF, CACV OF COLORADO LLC | pamdce | 1:2007cv01209 | 07/03/2007 | 371 | 06/03/2008 |
| Wilt v. Scott Lowery Law Office, P.C. | | | | | | |
| 46 | CACH, MICHAEL | nvdce | 2:2002cv01647 | 12/16/2002 | 442 | 08/04/2003 |
| John Finley, Thomas Bolwin, and Michael Cach VS Titanium Metals Cororation, Inc. dba/Timet | | | | | | |
| 47 | CACHA, ROLAND | mssdce | 1:2002cv00135 | 03/13/2003 | 368 | 03/13/2003 |
| Jones, et al v. GAF Corporation, et al | | | | | | |
| 48 | CACHAFEIRO, MANUEL | flsdce | 1:1994cv02504 | 11/23/1994 | 190 | 03/23/1995 |
| Diagsonic Medical, et al v. Humana Insurance | | | | | | |
| 49 | CACHALDORA, ALEX | flsdce | 1:2000cv04393 | 11/20/2000 | 710 | 01/07/2002 |
| Weston v. General Productions, et al | | | | | | |
| 50 | CACHALDORA, ALEX | flsdce | 1:2005cv22231 | 08/12/2005 | 710 | 10/18/2005 |
| Zaballa v. General Entertainmen, et al | | | | | | |
| 51 | CACHAMPIS, THEODORE | ilndce | 1:1990cv03736 | 06/29/1990 | 0 | 07/03/1990 |
| Grieco v. K & M Restaurant Inc | | | | | | |
| 52 | CACHAN, MANUEL F | cacdce | 2:2003cv01036 | 02/12/2003 | 850 | 08/11/2003 |
| Stan Lee Media Inc, et al v. Merrill Lynch Pierce, et al | | | | | | |
| 53 | CACHAN, MANUEL F | cacdce | 2:2003cv02860 | 04/24/2003 | 360 | 06/28/2005 |
| Luis A G Mujica, et al v. Occidental Petroleum, et al | | | | | | |
| 54 | CACHAN, MANUEL F | cacdce | 2:2005cv03444 | 05/09/2005 | 820 | |
| Televisa S A de C V v. Univision Communications Inc | | | | | | |

 Next 54

**PACER Service Center**

Case 1:07-cv-00166-CSO   Document 70-1   Filed 11/12/08   Page 8 of 8
https://pacer.uspci.uscourts.gov/cgi-bin/dquery.pl

| Transaction Receipt | | | |
|---|---|---|---|
| 11/11/2008 20:12:25 | | | |
| PACER Login: | jh3839 | Client Code: | cole |
| Description: | Civil srch pg 1 | Search Criteria: | CACH |
| Billable Pages: | 1 | Cost: | 0.08 |

## U.S. Party/Case Index - Home

**Search:** All Court Types | Appellate | Bankruptcy | Civil | Criminal
**Reports:** Court Code List | Date Range | Courts not on Index | Statistical Reports
**User Options:** Change Client Code | New Login | Billing History | PSC Home Page | E-Mail PSC | Logout

??? Help