# Michael Eakin

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

### CV-07-116-BLG-RFC-CSO

### JUNE TIFT AND TIMOTHY McCOLLOUGH

### VS.

### JOHNSON, RODENBURG, & LAUINGER

## October 30, 2008

## Reported by:

Michael Eakin

Page 52

A.    That is, again, speculation.

Q.    All right.  Any other types of conduct by Johnson, Rodenburg & Lauinger that you've seen that you believe constitutes a violation of the FDCPA?

A.    Yes.  I've seen them send out discovery requests to pro se litigants, that will come in seeking help with answers, and without a sort of full explanation of how to respond.  And there are times when they send out requests that, like -- like admit that there is no defense when a defense has been set out in the answer.

And I think often it is sent out not to clarify issues, but to try to obtain admission, rather than -- without regard to the actual facts. I think it'd be an unfair debt collection practice to request an admission that you do not have some basis for asserting the fact in the request for admission.

Q.    Can you think of specific instances where that's occurred?

A.    Well, I believe it occurred in this particular case; Mr. McCollough.

Q.    I meant cases that you've been involved in.

A.    Okay.  That in the Reynolds case, I