Honorable Brad Newman
District Judge, Department No. II
Butte-Silver Bow County Courthouse
155 West Granite Street
Butte, Montana 59701
(406) 497-6420



FILED

APR 0 9 2007

by _LORI MALONEY, CLERK_

_deputy clerk_

## MONTANA SECOND JUDICIAL DISTRICT COURT
## SILVER BOW COUNTY

| | |
|---|---|
| Lester E. AMMONDSON, Catherine COUTURE (as surviving spouse of James W. Couture), Sherwood CHRISTENSEN, W. Stephen DEE, Charles GILDER, John A. LAHR, Edmond MAGONE, Elmer MELDAHL, John S. MILLER, Roger L RAWLS, C. Daniel REGAN, Allen T SMITH, George A. THORSON, John B VAN GELDER, and Wilhelmus C VERBAEL,<br><br>              Plaintiffs,<br><br>      v<br><br>NORTHWESTERN CORPORATION, and Gary G. DROOK, Michael J. HANSON, Roger P. SCHRUM, Keith KOVASH, and Kendall G. KLIEWER, all as individuals and as corporate officers of Northwestern Corporation,<br><br>              Defendants | Cause No DV-05-97<br><br>**ORDER DENYING NORTHWESTERN DEFENDANTS' MOTION FOR RELEASE OF CONFIDENTIAL SETTLEMENT AGREEMENT** |

This matter is before the Court upon the NorthWestern Defendants' motion for an order releasing the confidential settlement agreement made between the Plaintiffs and co-Defendant Paul, Hastings, Janofsky & Walker, LLP (Paul Hastings) prior to trial. The motion has been fully briefed.

This action was tried before the Court, sitting with a jury, on February 12 – 23, 2007 The jury returned its verdicts, finding that NorthWestern Corporation breached supplemental benefit contracts with each of the Plaintiffs and that such breaches of contract were committed in bad faith. The jury also found that NorthWestern Corporation and each of the individual

Defendants committed the intentional torts of abuse of process and malicious prosecution against each of the Plaintiffs  The jury also found that punitive damages should be awarded against NorthWestern Corporation, but not against the individual Defendants.

The pending motion seeks disclosure of the confidential settlement agreement made between the NorthWestern Defendants and co-Defendant Paul Hastings prior to trial.  The Plaintiffs dismissed their claims against Paul Hastings pursuant to such settlement

Following trial, the NorthWestern Defendants filed a motion to alter or amend the judgment.  Specifically, the NorthWestern Defendants maintained they were entitled to a setoff of damages in the amount of the settlement between the Plaintiffs and Paul Hastings.  The NorthWestern Defendants seek release of the settlement agreement to facilitate application of the setoff claim

By separate Order and Memorandum dated April 9, 2007, however, the Court denied the NorthWestern Defendants' motion to alter or amend the judgment.  Accordingly, the motion for release of the confidential settlement agreement is moot.  For these reasons,

IT IS ORDERED that the NorthWestern Defendants' motion for an order releasing the confidential settlement agreement between the Plaintiffs and former co-Defendant Paul Hastings is DENIED.

DATED this 9th day of April, 2007

Brad Newman
District Judge