John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-RFC-CSO |
| | ) | THE HON. CAROLYN S. OSTBY |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | **AFFIDAVIT OF LISA LAUINGER** |
| | ) | |
| JOHNSON, RODENBURG & | ) | |
| LAUINGER, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF NORTH DAKOTA )
: ss.
County of Burleigh )

1. My name is Lisa Lauinger. I am an attorney and partner with the Defendant in this case, Johnson, Rodenburg & Lauinger.

2. I contacted the firm's client in the debt collection action that gave rise to this suit, CACV of Colorado, LLC regarding the Plaintiff's request for contracts between JRL and

AFFIDAVIT OF LISA LAUINGER

Page 1

CACV. CACV specifically refused to waive the attorney-client privilege as it applies to the contract.

3. In the absence of a court order or consent of JRL's client CACV, it is my opinion that JRL is ethically bound by the Montana Rules of Professional Conduct to withhold production of its contract with CACV.

EXECUTED this _25th_ day of November, 2008.

_____
Lisa Lauinger

SUBSCRIBED AND SWORN TO before me, the undersigned notary public in and for the State of _North Dakota_ on this _25th_ day of November, 2008.

_____
Printed name: _Marian Emter_
NOTARY PUBLIC, State of North Dakota
Residing at _Bismarck, ND_
My commission expires _5/25/13_

(S E A L)

```
MARIAN EMTER
Notary Public
State of North Dakota
My Commission Expires May 29, 2013
```

AFFIDAVIT OF LISA LAUINGER

Page 2