John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-RFC-CSO |
| | ) | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | ) | |
| | ) | **NOTICE OF SUPPLEMENTAL** |
| -vs.- | ) | **AUTHORITY PURSUANT TO** |
| | ) | **LOCAL RULE 7** |
| JOHNSON, RODENBURG & | ) | |
| LAUINGER, | ) | |
| | ) | |
| Defendant. | | |

------------------------------------------------------------------------------------------------------------

Pursuant to Local Rule 7.5, Defendant Johnson, Rodenburg & Lauinger ("JRL") files

this Notice of Supplemental Authority in support of its motion for partial summary

judgment.  JRL filed its reply brief in support of its motion for partial summary judgment on

December 9, 2008. Thereafter, the Superior Court of New Jersey, Appellate Division, issued

its decision in *Hoffman, et. al., v. Encore Capital Group, Inc., et. al.,* on December 18, 2008,

a copy of which is attached as **Exhibit A**.

JRL acknowledges that the opinion notes it is "not for publication without the approval of the Appellate Division" but submits a copy of the decision for this Court's consideration in the event the Court finds the rationale persuasive. *See*, FRAP 32.1 (allowing citation to federal opinions which have been designated "not for publication.") JRL submits that this decision supports its argument that Montana's Unfair Trade Practices and Consumer Protection Act does not apply to it as counsel for a debt purchaser. Docket No. 65, Brief in Support of Motion for Partial Summary Judgment, 8-9 (November 11, 2008).

DATED this 23rd day of December, 2008.

    /s/ Fred Simpson
Fred Simpson
BOHYER SIMPSON & TRANEL, P.C.
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing *Notice of Supplemental Authority Pursuant to Local Rule 7* on the following persons by the following means:

  1,2       CM/ECF
_____       Hand Delivery
_____       Mail
_____       Overnight Delivery Service
_____       Fax
_____       E-Mail

1.    Clerk, U.S. District Court

2.    John C. Heenan, Esq.
      HEENAN LAW FIRM
      2602 1st Ave N, Suite 305
      PO Box 2278
      Billings, MT 59103
      **Attorneys for Plaintiffs**


DATED this 23rd day of December, 2008.


          /s/ Fred Simpson
      Fred Simpson
      BOHYER SIMPSON & TRANEL, P.C.
      *Attorneys for Defendant*