John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email: mail@bstlawfirm.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

-------------------------------------------------------------------------------------------------

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>Plaintiffs,<br><br>-vs.-<br><br>JOHNSON, RODENBURG &<br>LAUINGER,<br><br>Defendant. | ) Cause No. CV-07-166-BLG-RFC-<br>) CSO<br>)<br>)<br>) **THE HON. CAROLYN S. OSTBY**<br>)<br>) **DEFENDANT'S MOTION FOR**<br>) **LEAVE TO FILE ORIGINAL**<br>) **DEPOSITION TRANSCRIPTS**<br>) **WITH COURT**<br>)<br>) |

-------------------------------------------------------------------------------------------------

Defendant Johnson Rodenburg & Lauinger, by and through its counsel

of record, Fred Simpson of BOHYER, SIMPSON & TRANEL, P.C., hereby moves

the Court for leave to file with the Court the original deposition transcripts of

Michael Eakin and James Patten in support of its *Motion in Limine to Exclude Testimony of Plaintiff's Experts* taken in connection with this matter.

John Heenan, counsel for Plaintiff herein, has been contacted regarding his position on this motion and has indicated that he does not oppose the motion.

DATED this 23rd day of February, 2009.

      /s/ Fred Simpson      
Fred Simpson
BOHYER SIMPSON & TRANEL, P.C.
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing ***Defendant's Motion for Leave to File Original Deposition Transcripts with Court*** on the following persons by the following means:

| | |
|---|---|
| 1,2 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1. Clerk, U.S. District Court

2. John C. Heenan, Esq.
   HEENAN LAW FIRM
   2602 1st Ave N, Suite 305
   PO Box 2278
   Billings, MT 59103
   **Attorneys for Plaintiffs**


DATED this 23rd day of February, 2009.


       /s/ Fred Simpson
Fred Simpson
BOHYER SIMPSON & TRANEL, P.C.
*Attorneys for Defendant*