The Honorable Carolyn S. Ostby
Magistrate Judge
316 North 26th Street, Room 5405
Billings, MT 59101

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

-----------------------------------------------------------------------------------------------

| | |
|---|---|
| TIMOTHY McCOLLOUGH, | ) Cause No. CV-07-166-BLG-RFC-CSO |
| Plaintiffs, | ) |
| | ) **THE HON. CAROLYN S. OSTBY** |
| -vs.- | ) |
| | ) **ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE ORIGINAL DEPOSITION TRANSCRIPTS WITH COURT** |
| JOHNSON, RODENBURG & LAUINGER, | ) |
| Defendant. | ) |

-----------------------------------------------------------------------------------------------

Pursuant to the motion of Defendant for leave to file with the Court the

original deposition transcripts of Michael Eakin and James Patten taken in

connection with this matter, and good cause appearing therefor,

IT IS HEREBY ORDERED that the original deposition transcripts of

Michael Eakin and James Patten be filed with this Court.

IT IS FURTHER ORDERED that the party in possession of said

original deposition transcripts is directed to file said original deposition

transcripts with the Court forthwith.

ENTERED this _____ day of _____, 2009.


_____
**THE HONORABLE CAROLYN S. OSTBY**
U.S. Magistrate Judge

cc:    Fred Simpson, Esq.
       BOHYER SIMPSON & TRANEL, P.C.

       John Heenan, Esq.
       HEENAN LAW FIRM