John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email: mail@bstlawfirm.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

-------------------------------------------------------------------------------------------

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>Plaintiffs,<br><br>-vs.-<br><br>JOHNSON, RODENBURG &<br>LAUINGER,<br><br>Defendant. | ) Cause No. CV-07-166-BLG-RFC-<br>) CSO<br>) **THE HON. CAROLYN S. OSTBY**<br>)<br>)<br>) **DEFENDANT'S MOTION IN**<br>) **LIMINE TO EXCLUDE**<br>) **TESTIMONY OF PLAINTIFF'S**<br>) **EXPERTS MICHAEL EAKIN**<br>) **AND JAMES A. PATTEN** |

-------------------------------------------------------------------------------------------

Defendant Johnson, Rodenburg & Lauinger, by and through its

attorneys of record, Bohyer, Simpson & Tranel, P.C., moves the Court for an

order *in limine* to exclude the testimony of Plaintiff's experts, Michael Eakin and James A. Patten, as expressed in their written reports and deposition testimony. Mr. Eakin's report is dated September 2, 2008. Mr. Patten's report is dated August 18, 2008 and his rebuttal report is dated October 2, 2008. Mr. Eakin's and Mr. Patten's reports and testimony are inadmissible for the following reasons: (1) they deal with issues which do not require expert testimony, (2) neither Eakin nor Patten are qualified to express the "expert" opinions they provide, (3) they state impermissible legal conclusions, and (4) their opinions are irrelevant based on the Court's order dated January 8, 2009. JRL's motion is based on Federal law interpreting Fed. R. Evid. 702 and 704 as well as Montana law. A brief in support of this motion has been contemporaneously filed herewith.

Plaintiff's counsel, John Heenan, has been contacted and he objects to this motion.

DATED this 23rd day of February, 2009.

_____/s/ Fred Simpson_____
Fred Simpson
BOHYER SIMPSON & TRANEL, P.C.
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing ***Defendant's Motion in Limine to Exclude Testimony of Plaintiff's Experts Michael Eakin and James A. Patten*** on the following persons by the following means:

| | |
|---|---|
| _1,2_ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1.   Clerk, U.S. District Court

2.   John C. Heenan, Esq.
     HEENAN LAW FIRM
     2602 1st Ave N, Suite 305
     PO Box 2278
     Billings, MT 59103
     **Attorneys for Plaintiffs**


DATED this 23rd day of February, 2009.


                                     /s/ Fred Simpson
                                Fred Simpson
                                BOHYER SIMPSON & TRANEL, P.C.
                                *Attorneys for Defendant*