# Montana Legal Services Association


*Provide, protect and enhance access to justice.*

D. Michael Eakin
Staff Attorney
Montana Legal Services Association
2442 First Ave. North
P.O. Box 3093
Billings, MT 59103

Phone: (406) 248-7113 Ext.207
Fax: (406) 252-6055
Toll Free: (800) 999-4941

E-mail: meakin@mtlsa.org

September 2, 2008

John Heenan
Heenan Law Firm
P.O. Box 2278
Billings, MT 59103

Re: Expert testimony concerning JRL

Dear Mr. Heenan:

I am a lawyer employed at Montana Legal Services for 32 years. The last 28 years I have been working in Billings. Montana Legal Services represents clients with income at or below 125% of the poverty level. Approximately 50% of my practice is in the area of consumer law including defending consumers in debt collection actions. In defending collection cases I have seen both legitimate collections activities and abusive collection activities.

In my capacity as a consumer lawyer at Montana Legal Services, I have represented and advised dozens of clients who have been sued by the North Dakota firm Johnson, Rodenburg and Lauinger ("JRL.") JRL regularly files lawsuits against Montana residents and citizens as part of its debt collection activities. From a cursory investigation, it appears the overwhelming number of lawsuits filed by JRL result in default judgments. In my opinion, this is directly correlated to the fact that the overwhelming majority of individuals whom JRL sues lack the financial resources to hire an attorney, and lack the understanding of the legal system sufficient to defend themselves against experience lawyers. Although JRL has been collecting debts in Montana for some time, the amount of clients and potential clients we see who have been the subject of debt collection activity by JRL, including the subjects of lawsuits, has dramatically increased over the past few years. In my opinion, this increase is related to the corresponding rise in the "debt buyer" industry. I have had many occasions to defend my clients against lawsuits brought by debt buyers. Debt buyers purchase debts from creditors, including credit card companies, for less than face value, and then actively attempt to collect on the debts. In my experience, debt buyers often lack the documents they would need to prove the debt is owed if called upon to do so in a court of law. In my opinion, oftentimes the only way debt buyers are able to secure valid judgments in Montana courts is through default judgment or against individuals not represented by attorneys. Even though JRL files a high vlume of collection suits in Montana, I have never seen a JRL actually set foot in a Montana courtroom. While JRL may appear in person on

**Administrative Office**

616 Helena Ave., Suite 100
Helena, MT 59601
Toll Free: (800) 666-6124
Phone: (406) 442-9830
Fax: (406) 442-9817

Statewide HelpLine Number ☎ 1-800-666-6899

Websites:
*www.MontanaLawHelp.org*
*www.mtlsa.org*

**Funded in part by:**
The Crow Nation
Montana Justice Foundation

&

LSC
America's Partner
For Equal Justice

Exh. A - 01

Heenan
Page 2

occasion, those occasions are exceedingly rare. If even minimal discovery requests are made or an answer is sufficient to actually require a trial, the case will be voluntarily dismissed.. JRL, as a regional debt collection law firm, is able to convert potentially worthless debt buyer claims (because of statute of limitations problems, lack of evidence, or otherwise) into valid and enforceable judgments.

A judgment in Montana lasts for 10 years or more, and enables a judgment creditor to take many different tacks to collect it, including wage garnishment and attachment of checking or savings accounts. Once JRL obtains a judgment it will seek to enforce that judgment against assets that with reasonable investigation would know JRL would know to be exempt. For example, JRL will cause a process server to take all funds out of a checking account when those funds are exempt in their entirety, such as Social Security benefits, or exempt in great part, such as 75% of net wages.

I understand that JRL has asserted a "bona fide error" defense to the claims of Mr. McCollough. In my opinion, such a defense is not justified by the practices which JRL employs in the collection of debt and in bringing lawsuits in Montana. I have represented clients who have experienced problems and concerns of the same type as those alleged by Mr. McCollough in this case. In my opinion, JRL fails to employ any adequate protocols which would assure that claims are not time-barred at the time suit is filed. JRL does not have any policy for what documents it should have and review prior to filing lawsuits in Montana, including the actual credit card contract, account statements, and payment statements. In my opinion, complete reliance by JRL upon the statements of debt buyer clients is inappropriate as such statements would not qualify as sufficient proof for JRL to win a claim at trial. At trial, I will be able to relate my experiences with JRL in the context of defending many clients who have been subjected to debt collection activities by JRL.

Sincerely,

D. Michael Eakin

Exh. A - 02