John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email: mail@bstlawfirm.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

-------------------------------------------------------------------------------------------------

| | |
|---|---|
| TIMOTHY McCOLLOUGH, | )  Cause No. CV-07-166-BLG-RFC- |
| | )  CSO |
| Plaintiffs, | ) |
| | )  **THE HON. CAROLYN S. OSTBY** |
| -vs.- | ) |
| | ) |
| JOHNSON, RODENBURG & | )  **DEFENDANT JRL'S MOTION** |
| LAUINGER, | )        **IN LIMINE** |
| | ) |
| Defendant. | |

-------------------------------------------------------------------------------------------------

Defendant Johnson, Rodenburg & Lauinger, by and through its counsel

of record, Bohyer, Simpson & Tranel, P.C., hereby moves the Court for an

order *in limine* preventing Plaintiff, his attorneys or witnesses from discussing,

mentioning, arguing or introducing any evidence at trial as follows:

DEFENDANT JRL'S MOTION IN LIMINE                                             Page 1

1.      Evidence that attorney Bruce Spencer filed a lawsuit on behalf of CACV of Colorado, LLC against Timothy McCollough which was dismissed prior to the filing of the lawsuit by Johnson, Rodenburg & Lauinger against McCollough;

2.      Evidence that Johnson, Rodenburg & Lauinger and/or its attorneys have filed other debt collection lawsuits or evidence about those lawsuits;

3.      All testimony by witnesses Jeanie Cole, Ken Lucero and Keri Henan;

4.      Evidence that Johnson, Rodenburg & Lauinger has been found liable under the FDCPA in another lawsuit filed against it;

5.      Evidence that Yellowstone County District Court Judge Fagg sent a letter to attorney Charles Dendy in another lawsuit;

6.      The fact that Johnson, Rodenburg & Lauinger has insurance coverage for the claims being made by Plaintiff; and

7.      The film "Maxed Out."

A brief in support of this motion has been filed contemporaneously herewith.

Plaintiff's counsel has been contacted regarding his position on this motion.  He does not object with respect to parts 6 (insurance) and 7 (the film "Maxed Out") but objects to the rest of it.  With respect to part 3, he has agreed that he is not going to call Jeanie Cole as a witness.

DATED this 23rd day of February, 2009.

                                         /s/ Fred Simpson

Fred Simpson
BOHYER SIMPSON & TRANEL, P.C.
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing ***Defendant JRL's Motion in Limine*** on the following persons by the following means:

| | |
|---|---|
| __1,2__ | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1.    Clerk, U.S. District Court

2.    John C. Heenan, Esq.
      HEENAN LAW FIRM
      2602 1st Ave N, Suite 305
      PO Box 2278
      Billings, MT 59103
      **Attorneys for Plaintiffs**

DATED this 23rd day of February, 2009.

              /s/ Fred Simpson
      Fred Simpson
      BOHYER SIMPSON & TRANEL, P.C.
      Attorneys for Defendant