JUSTICE COURT

*05 NOV 7 AM 11 02

ILED

BY _____

CLERK

BRUCE M. SPENCER
SMITH LAW FIRM, P.C.
Attorneys at Law
26 West Sixth Ave – P.O. Box 1691
Helena, MT 59624
(406) 449-8718
(406) 449-3817 fax
email bruce.spencer@smithlawmt.com

ATTORNEYS FOR PLAINTIFF

IN THE JUSTICE COURT OF YELLOWSTONE COUNTY, STATE OF MONTANA

BEFORE PEDRO R. HERNANDEZ, JUSTICE OF THE PEACE

* * * * * * * *

| | | |
|---|---|---|
| CACV OF COLORADO<br>Plaintiff | ) | CAUSE NUMBER CV-2005-04428 |
| -vs- | ) | |
| M. TIM MCCOLLOUGH<br>Defendant | ) | MOTION TO DISMISS |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

* * * * * * * *

COMES NOW, the Plaintiff above-named, and moves the Court to dismiss the above-entitled action.

DATED October 4, 2005

SMITH LAW FIRM, P.C.

BY:_____
BRUCE M. SPENCER
Attorney at Law

#20051150

PL-34

Exh. A - 01