BRUCE M. SPENCER
SMITH LAW FIRM, P.C.
Attorneys at Law
26 West Sixth Ave – P.O. Box 1691
Helena, MT 59624
(406) 449-8718
(406) 449-3817 fax
email bruce.spencer@smithlawmt.com

ATTORNEYS FOR PLAINTIFF

IN THE JUSTICE COURT OF YELLOWSTONE COUNTY, STATE OF MONTANA

BEFORE PEDRO R. HERNANDEZ, JUSTICE OF THE PEACE

\* \* \* \* \* \* \* \*

| | |
|---|---|
| CACV OF COLORADO<br>  Plaintiff | ) CAUSE NUMBER CV-2005-04428 |
| -vs-<br>M. TIM MCCOLLOUGH<br>  Defendant | ) ORDER |

\* \* \* \* \* \* \* \*

Upon Plaintiff's Motion to Dismiss, it is hereby ORDERED, ADJUDGED and DECREED that this case be dismissed.

Done this 7 day of _Nov_ , 2005.

_____
JUSTICE OF THE PEACE

cc:    Bruce M. Spencer

#20051150

PL-35

Exh. B - 01