## DEPOSITION OF BRUCE SPENCER

MONTANA THIRTEENTH JUDICIAL DISTRICT COURT
YELLOWSTONE COUNTY

JUNE TIFT and TIMOTHY
MCCOLLOUGH,

      Plaintiff,

vs.                CAUSE NO.  CV-07-166-BLG-RFC-CSO

JOHNSON, RODENBURG &
LAUINGER,

      Defendant.

_____/

DEPOSITION OF BRUCE SPENCER

On the 22nd day of May, 2008, beginning at 9:15 AM, the deposition of BRUCE SPENCER, appearing at the instance of Plaintiff, was heard at the Offices of Lesofski Court Reporting, 21 North Last Chance Gulch, Suite 201, Helena, Montana, pursuant to the Montana Rules of Civil Procedure, before Susan Johnson, Registered Professional Reporter, Notary Public.

Exh. C

bed72eaa-e56d-461a-8d9d-fad827f97297

DEPOSITION OF BRUCE SPENCER

Page 22

as an expert on behalf of the plaintiffs.

Q.    Why do you say that?

A.    I just don't.  And I also am representing Johnson and Rodenburg in other cases, it's not appropriate.

Q.    What do you mean, you're representing them?

A.    As I indicated, I represent them in the Butte case.

Q.    Now, in that Butte case, just so we're clear, do you represent Johnson, Rodenburg or do you represent Johnson, Rodenburg's client?

A.    That's a good question.  Let me think.  Are they being sued?  I'm sorry, it is Johnson, Rodenburg's client, not John Rodenburg himself, you're correct. But I don't see what I do, how that's relevant to this case.

Q.    So you do not want to answer that question?

A.    I do not want to answer the question.

(Thereupon, a recess was taken.)

MR. HEENAN:  This will be Plaintiff's Exhibit 1.

(Thereupon, Exhibit No. 1 was marked for identification.)

Q.    (By Mr. Heenan)  I just handed you Plaintiff's Exhibit 1.

A.    Okay.

Page 23

Q.    Are you familiar with that document, Mr. Spencer?

A.    Well, it looks like a complaint.  I can't say that I'm familiar with it because I did not look at Mr. McCollough's account at my office.

Q.    Why don't you take a moment to familiarize yourself and let me know when you're ready.

A.    Okay.

      Okay.

Q.    You, on behalf CACV of Colorado, filed a lawsuit against Mr. McCullough?

A.    Yes.

Q.    On August 17th, 2005?

A.    It looks like August 22nd it was filed.  I signed it on the 17th.

Q.    Thank you.  What basis did CACV of Colorado have to sue Mr. McCullough?

A.    I did not review this account at my office, so I really can't tell you what my file consists of.

Q.    Okay.  Well, let me ask you this:  Is it your understanding that CACV of Colorado is a debt buyer?

A.    Yes.

Q.    Just so we're clear about what I mean by that term, what is your understanding of what a debt buyer is?

## DEPOSITION OF BRUCE SPENCER

Page 26

You received Mr. McCullough's answer?

MR. SIMPSON:  For the record, I'll object. There was some additional verbiage and handwriting there.  But go ahead.

A.    I imagine we did.  As I said, I haven't reviewed the file.  But I imagine we did receive the answer, yes.

Q.    (By Mr. Heenan)  You filed, on behalf of CACV of Colorado, a motion to dismiss the lawsuit against Mr. McCullough on October 4th, 2005 as reflected on page 5 of this exhibit?

A.    Yes, I did.

Q.    Why did you move to dismiss?

A.    I don't know.

Q.    Would that have been at the direction of your client?

A.    Again, without reviewing the file, I don't know.  And even if it was, I couldn't tell you because that would be protected by attorney-client privilege.

Q.    Okay.  And then on page 6, the court dismissed the lawsuit against Mr. McCullough.

A.    They did.  Sorry, I missed Mr. McCullough in reviewing the files.  I didn't realize I had one against him.

(Thereupon, Exhibit No. 2 was marked for