IN THE UNITED STATES DISTRICT COURT *6082*

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

|  |  |
|---|---|
| TIMOTHY McCOLLOUGH, | ) Cause No. CV-07-166-BLG-RFC-CSO |
| Plaintiff, | ) |
| -vs.- | ) |
| JOHNSON, RODENBURG & LAUINGER, | ) |
| Defendant. | ) |

**ORIGINAL**

**DEPOSITION OF KEN LUCERO**

Taken at:

Nordhagen Court Reporting
1734 Harrison Avenue
Butte, Montana
November 10, 2008
1:25 p.m.



**NORDHAGEN COURT REPORTING**

*JONNY NORDHAGEN*
*1734 Harrison Avenue*
*Butte, Montana 59701*
*(406) 494-2083*

*Court Reporter*
*Conference Room*
*1734 Harrison Avenue*

Exh. F

have brass on -- pipe on iron pipe.  So I reached out to cut it, and it was too far away, so I leaned forward, grabbed it with my hand, and pulled my back.

Q.    All right.

A.    In '99, I had back surgery; 2004, went on disability.

Q.    Have you worked since 2004?

A.    I was working out at the landfill for about three hours a day.

Q.    And how long did you do that, sir?

A.    Two years, maybe.

Q.    Okay.  So you --

A.    Maybe a little longer.  I don't know for sure.

Q.    Okay.  You stopped doing that sometime in 2005 - 2006?

A.    No, I stopped doing it January of 2005.

Q.    Okay.  And since January of '05, have you been working at all?

A.    No.  I'm on disability.

Q.    And that's because of the back?

A.    Right.

Q.    Okay.  Ken, I want to ask you about what you know about Mr. McCollough's case.  Do you know anything about it?

A.    Nothing at all.

Page 10

Q.    Have you ever met the man?

A.    No, I haven't.

Q.    Have you spoken to him on the phone?

A.    No, I haven't.

Q.    Now, am I accurate you've got a suit going on against Portfolio Recovery as a result of a debt collection that they were involved in?

A.    Right.

Q.    Is that accurate?

A.    That's what John tells me, yeah.  As far as I know, I do, yes.

Q.    Who's your lawyer in that case?

A.    John Heenan.

Q.    Okay.  Now, I don't get to ask you about your conversations with Mr. Heenan regarding your case.  Okay?

A.    Okay.

Q.    So anything I ask you about that, I'm sure he'll say, "Don't answer that," and properly so.

A.    Okay.

Q.    What I want to know is what you know about Mr. McCollough's case.

A.    Nothing.

Q.    Nothing?

A.    Nothing at all.

Q.    Do you have knowledge of any facts regarding

Page 11

─Nordhagen Court Reporting─
1734 Harrison Avenue, Butte Montana
1-800-823-2083, QA@BRESNAN.NET

Exh. F

any communications that McCollough had with Johnson, Rodenburg & Lauinger?

A.    No.

Q.    Have you seen any of the paperwork going back and forth between Mr. McCollough and Johnson, Rodenburg & Lauinger?

A.    No.  The only time I ever seen his name is on the paper that I got for my deposition.

Q.    Okay.

A.    That's the first time I seen his name.  I didn't know who he was.  I still don't know who he is.

Q.    All right.  I've seen some of the, some of the paperwork from your suit with Portfolio, and I want to ask you a couple questions about that.

A.    Okay.

Q.    My understanding is, is that that dispute arose out of a debt that you had that arose out of a purchase of a pickup.

A.    Yeah.

Q.    And can you tell me, to the best of your recollection, sir, when did you buy the pickup?

A.    '97, I believe; maybe '96.

Q.    And, roughly, what was the purchase price?

A.    Five thousand bucks.

Q.    Did you pay the 5,000 bucks?

Page 12

Nordhagen Court Reporting
1734 Harrison Avenue, Butte Montana
1-800-823-2083, QA@BRESNAN.NET                    Exh. F

A.    Here this truck is -- here this loan was in '98, and they're still coming back on me.

Q.    Let me switch gears a little bit.  You've already told me that you don't know anything about Mr. McCollough's lawsuit, correct?

A.    Right.

Q.    And you've never spoken with him?

A.    No, never have.

Q.    Do you have any personal knowledge of any of his dealings with Johnson, Rodenburg & Lauinger, the lawyers involved in that suit?

A.    No.

Q.    You don't have any knowledge?

A.    No.

Q.    Have you seen any documents regarding his suit?

A.    No.  The only time I ever seen his name was on that deposition.  That's how I, that's how I knew who it was.  I mean it don't take much to see his name.  It says "Plaintiff".

Q.    Can you tell me roughly, Ken, when the last time you heard from Balboa was in terms of them making payments after you went on disability?  I think you told me the first time you hurt your back was '98 or '99.

A.    '98, and I had surgery in '99.  The first time

Page 27