John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:  (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>                          Plaintiff,<br><br>    vs.<br><br>JOHNSON, RODENBURG &<br>LAUINGER.<br><br>                          Defendant. | Cause No. CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**PLAINTIFF'S MOTIONS IN LIMINE** |

COMES NOW Plaintiff McCollough, by and through the undersigned counsel of record, and pursuant to Rules 401 and 402, Fed. R. Evid., and moves the Court for an order excluding Defendant from arguing or discussing the following matters at trial:

1.     Availability of statutory attorney's fees and costs under the Fair Debt Collection Practices Act and Montana Unfair Trade Practices Act.

2.     Availability of statutory treble damages under the Montana Unfair Trade Practices Act.

3.     June Tift or her claim against Defendant.

4.      Any argument that CACV is responsible for Defendant's conduct.

5.      The "Deadbeat Defense."

6.      Any attempt to impeach or undercut this Court's Nov. 21, 2008 (Docket No. 75) or Jan. 8, 2009 (Docket No. 96) Orders.

Pursuant to Local Rule 7.1, Plaintiff has conferred with Defendant's counsel by phone, and Defendant has no objection to Motion in Limine No. 3 (June Tift or her claim against Defendant), and objects to the remainder of the Motions. Plaintiff's Motions are supported by the contemporaneously-filed Brief in Support.

DATED this 23rd day of February, 2009.

HEENAN LAW FIRM


*/s/ John Heenan*
John Heenan
Attorney for Plaintiff