John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email: mail@bstlawfirm.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

-------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-CSO |
| | ) | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | **MOTION FOR** |
| | ) | **RECONSIDERATION** |
| JOHNSON, RODENBURG & | ) | |
| LAUINGER, | ) | |
| | ) | |
| Defendant. | | |

-------------------------------------------------------------------------------------------------

Defendant Johnson, Rodenburg & Lauinger, (hereafter "JRL"), moves the Court to reconsider its December 24, 2008 Order denying JRL's motion to compel production of the settlement agreement between Plaintiff Timothy

McCollough and Defendant CACV of Colorado, LLC.  A brief in support of

this motion has been filed contemporaneously herewith.

DATED this 6th day of March, 2009.


                                    /s/ John E. Bohyer
                                  John E. Bohyer
                                  BOHYER SIMPSON & TRANEL, P.C.
                                  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing *Motion for Reconsideration* on the following persons by the following means:


  1,2              CM/ECF
                   Hand Delivery
                   Mail
                   Overnight Delivery Service
                   Fax
                   E-Mail

1.    Clerk, U.S. District Court

2.    John C. Heenan, Esq.
      HEENAN LAW FIRM
      2602 1st Ave N, Suite 305
      PO Box 2278
      Billings, MT 59103
      **Attorneys for Plaintiffs**

DATED this 6th day of March, 2009.


       /s/ John E. Bohyer     
John E. Bohyer
BOHYER SIMPSON & TRANEL, P.C.
*Attorneys for Defendant*