

CM-70 CLS PH# 800-435-7257 - LISA STATION #:161  VERSION:4.17L FOR WINDOWS

Action   Edit   Claim Information   Search   Navigate

Paperless File: 42786     Priority Notes:

| Date | User | Comic | Comment |
|------|------|-------|---------|
| | EDI | | rcvd ltr of acknowledgment frm nfa.- |
| 07/05/2005 | EDI | *N/A | rec'd aff of amount due. signed,notarized & |
| 07/18/2005 | EDI | *N/A | mailed to attny |
| 07/18/2005 | EDI | " | em'd stmts, c/o |
| 08/19/2005 | EDI | *N/A | APPROVED; 08/16/05; $35.00; FILE SUIT JC |
| 08/23/2005 | EDI | *N/A | DEBTOR SERVED? |
| 08/25/2005 | EDI | *N/A | APPROVED; 08/26/05; $40.00; SERVICE OF DEBTOR |
| 09/12/2005 | EDI | *N/A | APPROVED; 09/08/05; $15.00; ADDT'L FEE FOR |
| 09/21/2005 | EDI | *N/A | SERVICE |
| 09/21/2005 | EDI | " | dbtr filed an answer, states SOL has expired |
| 09/28/2005 | EDI | *N/A | and if theya re going by an "open account" then |
| 09/28/2005 | EDI | " | we are.  Advised Law firm |
| 09/28/2005 | EDI | " | THIS IS CONSIDERED AN OPEN ACCOUNT....SENDING |
| 10/17/2005 | EDI | *N/A | TO 2NDS, ALL COSTS AHVE BEEN EXPENDED |
| 10/17/2005 | EDI | " | rev 4444 cld dtr hm na |
| 10/18/2005 | EDI | *N/A | cld dtr hm na |
| 10/19/2005 | EDI | *N/A | cld dtr hm na |
| 10/20/2005 | EDI | *N/A | |

F8- Delete Note          F9- Modify Note
F1-Add Notes  |  F2-Diary   F3-Send WP  |  F4-Phone #'S   F5-Financial  |  F6-Print

Next Diary :          44 07/16/2008

Add   Diary   WP   Phone#s   Finan'l   Print   Ord Rpt   Zoom   Delete   Modify

Summary   Search   ^Scardh   TAB   Pg Up   Pg Down   Escape

42786   Chase Manhattan Ben V, MCCOLLOUGHM TIM   $4,053.30/ $10,140.78

JRL - 01867