13

file at the time the lawsuit was filed?

A.    I'm not certain what you mean by credit card contract, but we didn't have an application in the file, if that's what you're referring to.

Q.    Did you have any information from Chase Manhattan Bank, the original creditor?

A.    We had the information provided by our client.

Q.    Which was what?

A.    That would have consisted of the balance information on the file, the date of the last payment, and the statute of limitations date.

Q.    And that information is just inputs that are downloaded from Collect America into Johnson, Rodenburg's Collection-Master software?

A.    That's my understanding of it.

Q.    Any specific documents from the original creditor, Chase Manhattan Bank?  Were there any documents from Chase Manhattan Bank in the file at the time the lawsuit was filed against Mr. McCollough?

A.    No, not in our file.

Q.    Is that unusual for Johnson, Rodenburg to file a lawsuit without having any documents from the original creditor?

14

A.  We rely on the representations of our client.

Q.  But is it unusual to file a lawsuit without any documentation from the original creditor in the file?

A.  No.  We rely on the representations of the client.

Q.  So is that not unusual?

MR. SIMPSON:  I think he answered it.

Q.  (MR. HEENAN CONTINUING)  I'm just trying to get clarification.  Is it normal for Johnson, Rodenburg to file lawsuits based solely on the representations made by the client?

A.  We file lawsuits based upon the representations of the client.  Sometimes those representations come along with documents. Sometimes they don't.  It depends on the particular case.

Q.  What about with respect to Collect America, do those representations, more often than not, come with documents from the original creditor?

A.  I don't know.  Often we have some documentation supporting the claim from the client on CACV cases.

Q.  How about with respect to Portfolio