

# Russell C. Fagg

*District Judge*
*Thirteenth Judicial District*
*State of Montana*

*Yellowstone County Courthouse*
*P.O. BOX 35027 BILLINGS, MONTANA 59107*

Telephone:  (406) 256-2906
Fax:         (406) 256-2736

*Terry L. Halpin, Administrative Assistant*

April 2, 2008

Charles Dendy
PO Box 4127
Bismarck, ND  58502-4127

RE:  DV 07-1333; Unifund v. Roby

Dear Mr. Dendy:

I am in receipt of your "Affidavit of No Answer" and "Request for a Default Judgment." This letter is to advise you I am unhappy with how you have handled this case thus far. A review of the file indicates that a Motion to Dismiss was filed by Ms. Roby, and the Court issued an order denying the Motion to Dismiss on February 25, 2008, and granting Ms. Roby 20 days to file an Answer.

In fact, Ms. Roby filed her Answer on March 13, 2008. The Answer includes a certificate of service indicating you were sent a copy on that date. The Court then set the matter for a scheduling conference.

On March 28, 2008, or approximately 1½ weeks after you should have received Ms. Roby's Answer, you filed your Affidavit of No Answer and requested a default judgment. There are two conclusions that can be drawn. First, either Ms. Roby did not send you a copy of her Answer as indicated by her Certificate of Service, or your Affidavit of No Answer is incorrect.

Please be advised I am sending a copy of this letter to Ms. Roby, as well as the other four judges in this district. The purpose of sending copies to the other judges is to put them on notice of your actions in this case, and to request that they scrutinize all pleadings received from you in the future with extra care.

Sincerely,

Russell C. Fagg
District Court Judge

cc:    Judy Roby/Doug James
       Judge G. Todd Baugh
       Judge Ingrid Gustafson
       Judge Gregory R. Todd
       Judge Susan P. Watters

JRL - 01854