FILED
BILLINGS DIV.

2009 MAR 11 AM 10 54

RECEIVED

BY
MAR 1 DEPUTY CLERK

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email: mail@bstlawfirm.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH, | Cause No. CV-07-166-BLG-CSO |
| | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | |
| -vs.- | **DEFENDANT'S NOTICE OF FILING ORIGINAL DEPOSITION TRANSCRIPT OF JAMES A. PATTEN AND MICHAEL EAKIN WITH THE COURT** |
| JOHNSON, RODENBURG & LAUINGER, | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that, pursuant to this Court's Order dated February 24, 2009, ordering the parties to file with the Clerk of Court the original deposition transcripts of James A. Patten and Michael Eakin,

Defendant files herewith the original transcripts of the depositions of James A. Patten and Michael Eakin taken on October 30, 2008.

A copy of the Order Granting Defendant's Motion for Leave to File Original Deposition Transcripts with the Court is attached hereto as Exhibit A.

DATED this 10th day of March, 2009.

Fred Simpson
BOHYER SIMPSON & TRANEL, P.C.
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer, Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing *Defendant's Notice of Filing Original Deposition Transcript of James A. Patten and Michael Eakin with the Court* on the following persons by the following means:

|       |                            |
|-------|----------------------------|
| _____ | CM/ECF                     |
| _____ | Hand Delivery              |
| 1, 2  | Mail                       |
| _____ | Overnight Delivery Service |
| _____ | Fax                        |
| _____ | E-Mail                     |

1.  Clerk, U.S. District Court

2.  John C. Heenan, Esq.
    HEENAN LAW FIRM
    2602 1st Ave N, Suite 305
    PO Box 2278
    Billings, MT 59103
    **Attorneys for Plaintiffs**

DATED this 10th day of March, 2009.

Fred Simpson
BOHYER SIMPSON & TRANEL, P.C.
*Attorneys for Defendant*