# Exhibit A

6082

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>Plaintiffs,<br><br>-vs.-<br><br>JOHNSON, RODENBURG &<br>LAUINGER,<br><br>Defendant. | ) Cause No. CV-07-166-BLG-<br>) CSO<br>)<br>)<br>)<br>) ORDER GRANTING<br>) DEFENDANT'S MOTION<br>) FOR LEAVE TO FILE<br>) ORIGINAL<br>) DEPOSITION TRANSCRIPTS<br>) WITH COURT |

Defendants unopposed motion for leave to file with the Court

the original deposition transcripts of Michael Eakin and James

Patten (Court's Doc. No. 97) is GRANTED.

IT IS ORDERED that the original deposition transcripts of

Michael Eakin and James Patten be filed with this Court.

IT IS FURTHER ORDERED that the party in possession of

said original deposition transcripts is directed to file them with the

Court without delay.

DATED this 24th day of February, 2009.


/s/ *Carolyn S. Ostby*
CAROLYN S. OSTBY
U.S. Magistrate Judge