John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile: (406) 839-9092
john@heenanlawfirm.com

John Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL
Post Office Box 201
Missoula, MT 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
mail@bstlawfirm.com

Attorney for Plaintiff

Attorneys for Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH, | Cause No. CV-07-166-BLG-CSO |
| Plaintiff, | Judge Carolyn S. Ostby |
| vs. | |
| JOHNSON, RODENBURG & LAUINGER. | **JOINT NOTICE OF INTENT TO USE ELECTRONIC EXHIBITS** |
| Defendant. | |

The parties, pursuant to this Court's Scheduling Order, hereby give notice of their intent to use electronic exhibits at trial.

Dated this 24th day of March, 2009.

HEENAN LAW FIRM

BOHYER, SIMPSON & TRANEL

*/s/ John Heenan*
John Heenan
Attorney for Plaintiff

*/s/ Fred Simpson*
Fred Simpson
Attorneys for Defendant