John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:  (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>                              Plaintiff,<br><br>    vs.<br><br>JOHNSON, RODENBURG &<br>LAUINGER.<br><br>                              Defendant. | Cause No. CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**PLAINTIFF'S PROPOSED<br>VOIR DIRE** |

COMES NOW Plaintiff McCollough, by and through his counsel of record,

and pursuant to this Court's Scheduling Order, respectfully requests the Court to

ask the Jurors the following questions:

1.     Do you have any knowledge of this case?

2.     Do you know any of the parties?

3.     Do you know any of the parties' lawyers?

4.     Have you or someone close to you ever been employed by a business

or law firm engaged in debt collection?

5.      Have you or someone close to you ever been employed by a business which refers accounts to a debt collector for collection?

6.      Have you or someone close to you ever had an experience dealing with a debt collector?

7.      Have you or someone close to you ever been named as a defendant in a lawsuit?

8.      Have you or someone close to you ever filed for bankruptcy?

9.      Do you have any family members or close friends with a mental disease or defect?

10.     Have you or someone close to you ever been employed by a business or otherwise worked with people with mental diseases or defects?

11.     Would you, for any reason, be unable to award emotional distress damages as instructed by the Court if the evidence justifies such an award?

12.     The Court has ruled prior to trial that the Defendant violated the federal Fair Debt Collection Practices Act.  Would you, for any reason, be unable to award statutory damages as instructed by the Court in addition to actual damages?

13.     Would you, for any reason, be unable to award punitive damages as instructed by the Court if the evidence justifies such an award?

14.    Do you feel, for any reason not already discussed, that you could not sit and hear this case and thereafter render a fair verdict under the evidence as it is presented?

DATED this 25th day of March, 2009.

HEENAN LAW FIRM


*/s/ John Heenan*
John Heenan
Attorney for Plaintiff