John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email: mail@bstlawfirm.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

---------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-CSO |
| | ) | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | **DEFENDANT'S PROPOSED** |
| | ) | **VOIR DIRE QUESTIONS** |
| JOHNSON, RODENBURG & | ) | |
| LAUINGER, | ) | |
| | ) | |
| Defendant. | | |

---------------------------------------------------------------------------------------------

Defendant Johnson, Rodenburg & Lauinger hereby submits its proposed

voir dire for the Court's consideration.

1.      Does anyone have any family member who suffers from paranoid

schizophrenia, psychosis or other serious mental illnesses?

2.      Has anyone been sent to collections?

3.      If so, what was the result?

4.      Has anyone received letters from a collection agency?

5.      Has anyone ever been sued on a debt or have a close family member who's been sued on a debt?

6.      When?

7.      What type of debt?

8.      What was the result of the lawsuit?

9.      Has anyone ever heard of the Fair Debt Collection Practices Act?

10.     Has anyone made a claim under the Fair Debt Collection Practices Act?

11.     Has anyone ever turned a debt over to a collection agency for collection?

12.     Does anyone have a blog or webpage?  If so, what is the web address?

DATED this 27th day of March, 2009.

        /s/ Fred Simpson
        Fred Simpson
        BOHYER, SIMPSON & TRANEL, P.C.
        Attorneys for Defendant

# CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing ***Defendant's Proposed Voir Dire Questions*** on the following persons by the following means:

| | |
|---|---|
| 1,2 | CM/ECF |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1.  Clerk, U.S. District Court

2.  John C. Heenan, Esq.
    HEENAN LAW FIRM
    2602 1st Ave N, Suite 305
    PO Box 2278
    Billings, MT 59103
    **Attorneys for Plaintiffs**


DATED this 27th day of March, 2009.


    /s/ Fred Simpson

Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
Attorneys for Defendant