Charles L. Dendy
JOHNSON, RODENBURG & LAUINGER
Attorneys for Plaintiff
PO Box 4127
Bismarck ND  58502-4127
701/222-1170

## MONTANA SECOND JUDICIAL DISTRICT COURT, SILVER BOW COUNTY

| | |
|---|---|
| Portfolio Recovery Associates,,<br><br>Plaintiff,<br><br>vs.<br><br>KEN LUCERO,<br><br>· Defendant. | Before:   Hon. Kurt Krueger-Dept 1<br><br>MOTION AND NOTICE OF MOTION TO DISMISS<br><br>Cause No.: DV-05-275 |

TO:    KEN LUCERO, defendant;

Plaintiff moves the court for entry of its order dismissing this matter without prejudice pursuant to Rule 41(a)(2) of the Montana Rules of Civil Procedure. This motion is submitted to the Court pursuant to Rule 2 of the Montana Uniform Rules. Plaintiff is not requesting oral argument on the motion. Plaintiff requests that the attached order be entered dismissing the action without prejudice and without costs or disbursements to either party.

Dated: July 8, 2008

_____
Charles L. Dendy

Def. A - 01

Charles L. Dendy
JOHNSON, RODENBURG & LAUINGER
Attorneys for Plaintiff
PO Box 4127
Bismarck ND 58502-4127
701/222-1170

MONTANA SECOND JUDICIAL DISTRICT COURT, SILVER BOW COUNTY

| Portfolio Recovery Associates,, | ) | |
| | ) | Before:   Hon. Kurt Krueger-Dept 1 |
| Plaintiff, | ) | |
| | ) | BRIEF |
| vs. | ) | |
| | ) | |
| KEN LUCERO, | ) | |
| | ) | Cause No.: DV-05-275 |
| Defendant. | ) | |

Plaintiff moves the court for entry of its order dismissing this matter without prejudice pursuant to Rule 41(a)(2) of the Montana Rules of Civil Procedure. Prior to initiation of the present action, defendant did not communicate any dispute of the account to plaintiff. Plaintiff seeks dismissal of the action at this time due to the cost of proceeding with this disputed action, the documentation available, and the likelihood of assets being available to satisfy a judgment. Accordingly, plaintiff requests that the action be dismissed without prejudice and without costs or disbursements to either party.

Dated:  July 8, 2008

_____
Charles L. Dendy

Def. A - 02