John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana  59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email:  mail@bstlawfirm.com
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

---------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-CSO |
| | ) | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | **NOTICE OF FILING** |
| | ) | **DEFENDANT'S DAMAGES** |
| JOHNSON, RODENBURG & | ) | **EXPERT DISCLOSURE WITH** |
| LAUINGER, | ) | **THE COURT** |
| | ) | |
| Defendant. | | |

---------------------------------------------------------------------------------------------

Pursuant to this Court's Scheduling Order dated March 28, 2009,

ordering the parties to file with the Clerk of Court expert reports at the same

time as the Final Pretrial Order,  Defendant files herewith as **Exhibit A** its

damage expert disclosure of Joseph McElhinney, Psy.D.

DATED this 30th day of March, 2009.

/s/ Fred Simpson
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing *Notice of Filing Defendant's Damages Expert Disclosure with the Court* on the following persons by the following means:

1, 2 CM/ECF
 Hand Delivery
 Mail
 Overnight Delivery Service
 Fax
 E-Mail

1. Clerk, U.S. District Court

2. John C. Heenan, Esq.
   HEENAN LAW FIRM
   2602 1st Ave N, Suite 305
   PO Box 2278
   Billings, MT 59103
   **Attorneys for Plaintiffs**

DATED this 30th day of March, 2009.

/s/ Fred Simpson
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
Attorneys for Defendant