John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana  59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email:  mail@bstlawfirm.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-CSO |
| | ) | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | **DEFENDANT'S REQUEST TO** |
| | ) | **INSTRUCT JURY** |
| JOHNSON, RODENBURG & | ) | |
| LAUINGER, | ) | |
| | ) | |
| Defendant. | | |

------------------------------------------------------------------------------------------------

Defendant Johnson, Rodenburg & Lauinger hereby requests the Court to

instruct the jury using the attached proposed jury instructions numbered 1

through 25 and Special Verdict form.

DATED this 30th day of March, 2009.


        /s/ Fred Simpson

Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing *Defendant's Request to Instruct Jury* on the following persons by the following means:

| 1,2 | CM/ECF |
| --- | --- |
| _____ | Hand Delivery |
| _____ | Mail |
| _____ | Overnight Delivery Service |
| _____ | Fax |
| _____ | E-Mail |

1.  Clerk, U.S. District Court

2.  John C. Heenan, Esq.
    HEENAN LAW FIRM
    2602 1st Ave N, Suite 305
    PO Box 2278
    Billings, MT 59103
    **Attorneys for Plaintiffs**


DATED this 30th day of March, 2009.

    /s/ Fred Simpson

Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
Attorneys for Defendant