John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:   (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH, | Cause No. CV-07-166-BLG-CSO |
| Plaintiff, | Judge Carolyn S. Ostby |
| vs. | |
| JOHNSON, RODENBURG & LAUINGER. | **NOTICE OF FILING PLAINTIFF'S DAMAGES EXPERT WITNESS DISCLOSURE** |
| Defendant. | |

Pursuant to this Court's scheduling Order dated March 28, 2009, ordering the parties to file with the Clerk of Court expert reports at the same time as the Final Pretrial Order, Plaintiff files as Exhibit "A" his damage expert disclosure of Dr. Donna Veraldi, Ph.D. Plaintiff's Liability Experts were filed previously with the Court in Defendant's Brief in Support of JRL's Motion in Limine to Exclude Testimony of Plaintiff's Experts (Docket number 99. )

Dated this 30th day of March, 2009.

HEENAN LAW FIRM


*/s/ John Heenan*
John Heenan
Attorney for Plaintiff