

RECEIVED

FEB 09 2009

Bohyer, Simpson & Tranel, P.C.



John Heenan, Esq.
Phone (406) 839-9091
Fax   (406) 839-9092
John@HeenanLawFirm.com

**HEENAN LAW FIRM**
HELPING PEOPLE

Post Office Building
P.O. Box 2278
Billings, Mt 59103
www.HeenanLawFirm.com

6082

February 6, 2009

John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front St., Suite 201
Missoula, MT 59807

Re:   *McCollough vs. Johnson, Rodenburg & Lauinger*, Cause No. 07-166-BLG-CSO

Gentlemen:

As you are aware, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a)(3), requires the payment of costs and reasonable attorney's fees to a prevailing consumer. The Court has now found Johnson, Rodenburg & Lauinger liable under the Fair Debt Collection Practices Act for several discrete violations, and has further ruled that the affirmative defense of "bona fide error" is unavailable.  *See* November 21, 2008 Order (Docket No. 75) and January 8, 2009 Order (Docket No. 96). Consequently, liability is now reasonably clear with respect to Johnson, Rodenburg & Lauinger's obligation to pay Mr. McCollough's attorneys fees and costs. To that end, I am enclosing herein detailed statements of Mr. McCollough's fees and costs relating to his Fair Debt Collection Practices Act claim through January of 2009, which total 68,702.76. Kindly remit payment.  I will send these statements to your attention on a monthly basis going forward.

Very Truly Yours,

HEENAN LAW FIRM

John Heenan

Encl:   (as noted)

Exh. A - 01