John E. Bohyer
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
283 West Front, Suite 201
Post Office Box 7729
Missoula, Montana 59807-7729
Telephone: (406) 532-7800
Facsimile: (406) 549-2253
Email: mail@bstlawfirm.com

*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

----------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| TIMOTHY McCOLLOUGH, | ) | Cause No. CV-07-166-BLG-CSO |
| | ) | **THE HON. CAROLYN S. OSTBY** |
| Plaintiffs, | ) | |
| | ) | |
| -vs.- | ) | **CERTIFICATE OF** |
| | ) | **COMPLIANCE** |
| JOHNSON, RODENBURG & | ) | |
| LAUINGER, | ) | |
| | ) | |
| Defendant. | | |

----------------------------------------------------------------------------------------------

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(d)(2)(E)

Defendant Johnson, Rodenburg & Lauinger's Reply Brief in Support

of JRL's Motion in Limine to Exclude Testimony of Plaintiff's Experts that

was filed with the Court on March 27th, 2009, complies with the type-volume

CERTIFICATE OF COMPLIANCE                                                    Page 1

limitation of Local Rule 7.1(d)(2)(E) [6500 words for briefs; 3250 words for reply briefs], and contains 1,819 words, excluding the caption and certificates of service and compliance.

DATED this 30th day of March, 2009.

      /s/ Fred Simpson
Fred Simpson
BOHYER, SIMPSON & TRANEL, P.C.
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, a representative of the law firm of Bohyer Simpson & Tranel, P.C., hereby certify that I served a true and complete copy of the foregoing *Certificate of Compliance* on the following persons by the following means:

| 1,2 | CM/ECF |
| | Hand Delivery |
| | Mail |
| | Overnight Delivery Service |
| | Fax |
| | E-Mail |

1.  Clerk, U.S. District Court

2.  John C. Heenan, Esq.
    HEENAN LAW FIRM
    2602 1st Ave N, Suite 305
    PO Box 2278
    Billings, MT 59103
    **Attorneys for Plaintiffs**

DATED this 30th day of March, 2009.


                                        /s/ Fred Simpson
                                    Fred Simpson
                                    BOHYER, SIMPSON & TRANEL, P.C.
                                    Attorneys for Defendant