John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:   (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH, | Cause No. CV-07-166-BLG-CSO |
| Plaintiff, | Judge Carolyn S. Ostby |
| vs. | |
| JOHNSON, RODENBURG & LAUINGER. | **NOTICE OF FILING** |
| Defendant. | |

Pursuant to this Court's Order dated April 1, 2009 (Docket # 132) ordering

Plaintiff to supply the Court the Confidential Agreement between CACV and Tim

McCollough for an in camera review has been produced to the Court today, April

2, 2009.

Dated this 2nd day of April, 2009.

HEENAN LAW FIRM


*/s/ John Heenan*
John Heenan
Attorney for Plaintiff