IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHNSON, RODENBERG &<br>LAUINGER,<br><br>　　　　Defendant. | CV-07-166-BLG-CSO<br><br><u>ORDER ON PENDING<br>MOTIONS IN LIMINE</u> |

Pending before the Court are the following motions;

(1) Motion in Limine to exclude specified evidence (Court's Doc. No. 100), filed by Johnson, Rodenberg & Lauinger ("JRL");

(2) Motion in Limine to exclude specified evidence (Court's Doc. No. 102), filed by Timothy McCollough.

On April 7, 2009, the Court held a hearing on these motions and heard argument from counsel for both parties. For reasons stated on the record at the hearing, the Court rules as follows:

IT IS ORDERED THAT:

I.　　JRL's Motion in Limine (Court's Doc. No. 100) is:

(1) DENIED as to evidence that attorney Bruce Spencer filed a lawsuit on behalf of CACV of Colorado against McCollough which was dismissed prior to JRL's filing of a lawsuit against McCollough;

(2) DENIED as to evidence JRL and/or its attorneys have filed other debt collection lawsuits or evidence about those lawsuits;

(3) DENIED as to all testimony by witnesses Ken Lucero and Keri Henan, and DENIED as MOOT as to all testimony by witness Jeanie Cole;

(4) DENIED as to evidence that JRL has been found liable under the FDCPA in another lawsuit filed against it;

(5) GRANTED as to evidence that Judge Fagg sent a letter to attorney Charles Dendy in another lawsuit;

(6) GRANTED as to the fact that JRL has insurance coverage for McCollough's claims;

(7) DENIED as MOOT as to the film "Maxed Out."

II.    McCollough's Motion in Limine (Court's Doc. No. 102) is:

(1) GRANTED as to availability of statutory attorneys fees under the FDCPA and Montana UTPA;

(2) GRANTED as to availability of statutory treble damages under the Montana UTPA;

(3) GRANTED as to June Tift and her claim against JRL;

(4) DENIED as to argument that CACV is responsible for JRL's conduct;

(5) DENIED as to the "Deadbeat Defense;"

(6) DENIED as to any attempt to impeach or undercut this Court's prior orders in this case.

DATED this 7th day of April, 2009

/s/ *Carolyn S. Ostby*
Carolyn S. Ostby
U.S. Magistrate Judge