John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:  (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH, <br><br> Plaintiff, <br> vs. <br><br> JOHNSON, RODENBURG & LAUINGER. <br><br> Defendant. | Cause No. CV-07-166-BLG-CSO <br><br> Judge Carolyn S. Ostby <br><br> **PLAINTIFF'S NOTICE OF CONVENTIONALLY FILING ORIGINAL DEPOSITIONS** |

Pursuant to the Court's ruling, Plaintiff has filed with the court the following original depositions:

1.    Charles Dendy

2.    Grace Lauinger

3.    Lisa Lauinger

4.    Joseph McElhinny, PSY. D

Dated this 8th day of April, 2009.

                              HEENAN LAW FIRM


                              */s/ John Heenan*
                              John Heenan
                              Attorney for Plaintiff