# PLAINTIFF'S WITNESS LIST - WILL CALL

Case Name:           McCollough v. Johnson, Rodenburg & Lauinger
Case Number:         CV-07-166-BLG-CSO
Presiding Judge:     Honorable Carolyn S. Ostby
Courtroom Deputy:
Court Reporter:

Plaintiffs' Attorney:      John Heenan
Defendant's Attorneys:     John E. Bohyer, Fred Simpson

| Name | Address & Telephone | Manner of Presentation | Expert?/ Date of Report | Designated Excerpt | Objections |
|------|---------------------|------------------------|-------------------------|--------------------|------------|
| Timothy McCollough | 1702 East 8th Street, Laurel, MT 59044 406.839.9091 | In person | No | n/a | |
| Charles Dendy, Esq. | 1004 East Central Ave., Bismarck, ND 58501-1936 701.222.1170 | Video deposition | No | 5:20-25; 6:1-4; 6:18-25; 7:22-10:10; 11:11-14:18; 15:20-25; 17:2-18:24; 19:11-~~15; 20:1~~ 27:16; 32:11-24: 34:14-35:2; 43:9-46:20 | 8:2-10:10 – Rules 402, 403 and subject to Defendant's Motion in *Limine* 19:11-~~15~~ *thru 20:1?-16* Incomplete Answer – designation ends half way through answer 25:22-26:5 Rule 402 – *grant* * ~~32:11-24 Rule 402~~ ~~43:15-44:18 Rule 402~~ |
| Grace Lauinger | 1004 East Central Ave., Bismarck, ND 58501-1936 701.222.1170 | Video deposition | No | 5:23-6:21; 21:17-25:24; 29:3-14; 30:20-31:9; 34:22-35:17; 39:2-40:2; 41:12-42:11; 45:15-48:10; 50:21-52:25; 59:21-64:9 | ~~30:20-31:9 – Rule 402~~ ~~52:19-25 – Rule 402~~ |
| Lisa Lauinger, | 1004 East Central | Video | No | 5:21-6:7; 19:1-21:25; | ~~38:4-23 – Rule 402~~ |

Case 1:07-cv-00166-CSO   Document 140-1   Filed 04/08/09   Page 2 of 3

| Name | Address & Telephone | Manner of Presentation | Expert?/ Date of Report | Designated Excerpt | Objections |
|---|---|---|---|---|---|
| Esq. | Ave., Bismarck, ND 58501-1936 701.222.1170 | deposition | | 38:4-23; 40:13-43:5; 45:5-46:21; 49:10-50:24 | ~~40:13-43:5 – Rule 402~~ ~~50:7-19 – Rule 402 and subject to~~ ~~Defendant's Motion in *Limine*~~ |
| Dr. Joseph McElhinney | 1643 Lewis Ave., Billings MT 59102 406.252.2626 | Read deposition | Yes. 8/21/08 | 4:1-10; 7:8-18: 8:2-9:8; 9:1-8; 11:7-13:18; 14:3-16:18; 17:20-22:6; 24:7-27:15; 29:14-31:13; 38:13-40:1; 40:21-47:11; 49:4-22; 52:3-5 | Defendant objects to the reading of Dr. McElhinny's deposition as not permitted under Federal Rule of Civil Procedure 32. 14:14-16:18 Rules 402,403, lack of foundation, discusses film "Maxed Out" which Plaintiff has agreed not to show to the jury. 24:7-9 This is an answer not preceded by any question 24:10-21 Rule 402, 403 and subject to Defendant's Moition in *Limine* 31:9-13 Designation leaves answer of deponent incomplete 38:13 – This is only a portion of an answer not preceded by any question. 52:3-5 This is only an answer without any preceding question. |
| | | | | *grant obj.* | |
| Kerri Henan | 212 36th St., Billings, MT 59101 406.697.5258 | In person | No | n/a | |
| Ken Lucero | 1710 Evans Ave., Butte, MT 59701 406.565.5639 | In person | No | n/a | |
| Bob Dunker | 4340 South Monaco Street, Denver, CO 80237 | Video deposition | No | 34:15-36:22; 38:6-39:1; 43:20-47:20; 50:5-55:17; 59:13-61:20 | ~~53:14-54:5 Rule 402~~ 54:11-55:4 Foundation, calls for legal conclusion *grant* |

| Name | Address & Telephone | Manner of Presentation | Expert?/ Date of Report | Designated Excerpt | Objections |
|---|---|---|---|---|---|
| | | | | *grant* | 61:3-18  Rules 402, 403, argumentative and assumes facts not in evidence. |
| D. Michael Eakin, Esq. | 2442 1st Ave. N. Billings, MT 59101 406.248.7113 | In person | Yes. 9/2/08 | n/a | |
| James A. Patten, Esq. | Suite 300, 2817 2nd Ave. N., Billings, MT 59101 406.252.8500 | In person | Yes. 8/19/08 Supp. 10/2/08 | n/a | |