# PLAINTIFF'S WITNESS LIST - MAY CALL

Case Name:      McCollough v. Johnson, Rodenburg & Lauinger
Case Number:    CV-07-166-BLG-CSO
Presiding Judge:   Honorable Carolyn S. Ostby
Courtroom Deputy:
Court Reporter:

Plaintiffs' Attorney:     John Heenan
Defendant's Attorneys:   John E. Bohyer, Fred Simpson

| Name | Address & Telephone | Manner of Presentation | Expert?/Date of Report | Designated Excerpt |
|---|---|---|---|---|
| Dorleen McCollough | 1702 East 8th Street, Laurel, MT 59044 406.839.9091 | In person | No | n/a |
| Dr. Donna Veraldi | 1018 North 30th Street, Suite A, Billings, MT 59101 406.256.8004 | In person | Yes. 8/18/08 | n/a |

Case 1:07-cv-00166-CSO   Document 140-2   Filed 04/08/09   Page 1 of 1