# DEFENDANT'S WILL CALL WITNESS LIST

**Case Name:** Timothy McCollough vs. Johnson, Rodenburg & Launinger
**Case Number:** CV-07-166-BLG-RFC-CSO
**Presiding Judge:** Honorable Carolyn S. Ostby

Plaintiff's Attorney: John Heenan
Defendant's Attorney: Fred Simpson and John Bohyer

| Name | Address & Telephone | Manner of Presentation | Expert Date of Report | Designated Excerpt | Objections |
|------|---------------------|------------------------|-----------------------|--------------------|------------|
| Robert Dunker | Collect America, LTD 4340 S. Monaco St., Second Floor Denver, CO 80237 | Via video | No | 5:15-6:15 7:11-9:07 9:14-11:13 11:20 13:11-21 16:02-18:07 24:13-25:04 25:17-26:03 26:07-10 26:12-24 27:02-28:06 28:20-29:05 30:08-25 31:05-33:09 62:17-63:09 63:12-64:21 65:05-06 | 9:24-11:8 grant obj 24:25-25:04 " " 27:02-28:06 grant obj 30:8-30:25 over rule foundation obj " redaction obj 32:22 grant obj 31:5 grant obj 62:17-63.9 grant 63:12-64:21 grant |
| Lisa Lauinger, Esq. | c/o Bohyer, Simpson & Tranel 283 West Front, Suite 201 PO Box 7729 Missoula, MT 59802 Phone: 406/532-7800 | Live | No | n/a | |

| | | | | | |
|---|---|---|---|---|---|
| Charles Dendy, Esq. | c/o Bohyer, Simpson & Tranel<br>283 West Front, Suite 201<br>PO Box 7729<br>Missoula, MT 59802<br>Phone: 406/532-7800 | Live | No | n/a | |
| Joseph McElhinney, Ph.D | 1643 Lewis Ave.<br>Billings, MT 59102<br>406-252-2626 | Live | August 21, 2008 | n/a | |

Defendant reserves the right to call any witness listed by Plaintiff.
Defendant reserves the right to call rebuttal witnesses.