# DEFENDANT'S MAY CALL WITNESS LIST

**Case Name:** Timothy McCollough vs. Johnson, Rodenburg & Launinger
**Case Number:** CV-07-166-BLG-RFC-CSO
**Presiding Judge:** Honorable Carolyn S. Ostby

Plaintiff's Attorney: John Heenan
Defendant's Attorney: Fred Simpson and John Bohyer

| Name | Address & Telephone | Manner of Presentation | Expert Date of Report | Designated Excerpt | Objections |
|---|---|---|---|---|---|
| Grace Lauinger | c/o Bohyer, Simpson & Tranel 283 West Front, Suite 201 | Via video | No | 67:22-68:20 | ~~Hearsay~~ |
| John Heenan | 2602 1st Ave N, Suite 305 PO Box 2278 Billings, MT 59103 Phone: 406/ 839-9091 | Live | No | n/a | Witness not disclosed in discovery; 402; 403; Attorney-client privilege; Attorney work product |
| Timothy McCollough | c/o John Heenan 2602 1st Ave N, Suite 305 | Live | No | n/a | |
| David Yelvington, Ph.D., M.D. | Billings Clinic 1020 N. 27th St., Suite 410 Billings, MT 59101 | Live | No | n/a | Witness not disclosed in discovery; Expert not disclosed in discovery |

Defendant reserves the right to call any witness listed by Plaintiff.
Defendant reserves the right to call rebuttal witnesses.