Case 1:07-cv-00166-CSO    Document 140-5    Filed 04/08/09    Page 1 of 3

# PLAINTIFF'S EXHIBIT LISTS

Case Name:              McCollough v. Johnson, Rodenburg & Lauinger
Case Number:            CV-07-166-BLG-CSO
Presiding Judge:        Honorable Carolyn S. Ostby
Courtroom Deputy:
Court Reporter:

Plaintiffs' Attorney:   John Heenan
Defendant's Attorneys:  John E. Bohyer, Fred Simpson

## PLAINTIFF WILL OFFER

| # | DESCRIPTION | Defendant's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 1 | Complaint, Answer and Dismissal papers from *CACV v. McCollough*, Cause No. CV-2005-04428 (Hon. Pedro Hernandez) | | | Adm. 4-7 | | |
| 2 | Complaint, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 Adm. | | |
| 3 | Answer, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 Adm. | | |
| 4 | Plaintiff's Requests for Admission, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 Adm. | | |
| 6 | ~~CollectionMaster sample screen~~ Withdrawn | Rule 402 | | | 4-7 | |
| 7 | McCollough CollectionMaster | | | 4-7 | | |

| #   | DESCRIPTION                                                              | Defendant's Objection              | Date Offered | Date Admitted | Date Refused | Date Reserved |
| --- | ------------------------------------------------------------------------ | ---------------------------------- | ------------ | ------------- | ------------ | ------------- |
|     | paperless file                                                           |                                    |              |               |              |               |
| 10  | Bob Dunker-G. Lauinger emails dated 8/2/07 and 8/6/07                     |                                    |              | 4-7           |              |               |
| 13  | Dendy-L. Smith emails dated 1/2/08                                        |                                    |              | 4-7           |              |               |
| 14  | Subpoena dated 11/14/07, *CACV v. McCollough*, Cause No. DV 07-523        |                                    |              | 4-7           |              |               |
| 30  | McCollough pain management calendar                                       |                                    |              | 4-7           |              |               |
| 51  | NARCA newsletter 1st Quarter 2003                                         | Rule 402, 403 and 802 Foundation   |              |               | 4-7          |               |
| 52  | Zombie debt article MSN money                                            | Rule 402, 403 and 802 Foundation   |              |               | 4-7          |               |
| 53  | NCLC publication excerpts                                                 | Rule 402, 403 and 802 Foundation   |              |               | 4-7          |               |
| 67  | Collect America Ltd. Offer to Place Account dated Dec. 18, 2006           |                                    |              | 4-7           |              |               |
| 71  | Draft Affidavit in Support of Motion, *CACV v. McCollough*, Cause No. DV 07-523 |                              |              | 4-7           |              |               |
| 100 | ~~Timesheet for McCollough defense~~ W\D                                  | Rule 402 Foundation                |              |               | 4-7          |               |
| 101 | Order of Dismissal, *CACV v. McCollough*, Cause No. DV 07-523             |                                    |              | 4-7           |              |               |
| 102 | L. Lauinger email to B. Dunker dated 1/17/07                              |                                    |              | 4-7           |              |               |
| 103 | Agreement for Collection of Accounts (Local Counsel                       | Rule 402 overrule                  |              | 4-7           |              |               |

Case 1:07-cv-00166-CSO   Document 140-5   Filed 04/08/09   Page 2 of 3

Case 1:07-cv-00166-CSO   Document 140-5   Filed 04/08/09   Page 3 of 3

| # | DESCRIPTION | Defendant's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| | Agreement) | | | | | |
| 104 | Subpoena to Chase Bank dated 8/26/08 | Rule 402 | | | 4-7 | |
| 105 | Response to 8/26/08 Chase Bank subpoena | Rule 402 and 802 | | | 4-7 | |
| 106 Dec '07 | List of Montana legal actions filed by JRL from January 2007 to ~~June 24, 2008~~ | Rule 402 and 403, Subject to Defendant's Motion in Limine | | | Limited to Dec. '07 | 4-7 |
| 107 | Clifton Rodenburg Advertising Material | Rule 402 and 403, | | | | 4-7 |
| 108 | Dendy/Judge Fagg correspondence dated 4/2/08 and 4/10/08 | Rule 402, 403, 404 and 802 Subject to Defendant's Motion in *Limine* | | | 4-7 | |
| 109 | Complaint, *Portfolio Recovery Assoc. v. Henan*, Cause No. DV 08-120  W/D | Rule 402 and 403; Subject to Defendant's Motion in *Limine* | | | 4-7 | |
| 110 | Legal Documents (including Plaintiff's Requests for Admission), *Portfolio* W/D *Recovery Assoc. v. Lucero*, Cause No. DV 05-275 (Butte-Silverbow County) | Rule 402 and 403; Subject to Defendant's Motion in *Limine* | | | 4-7 | |
| 111 | McCollough CollectionMaster paperless file | | | 4-7 | | |

PLAINTIFFS' EXHIBIT LISTS PAGE 3