Case 1:07-cv-00166-CSO    Document 140-6    Filed 04/08/09    Page 1 of 1

## PLAINTIFFS' MAY OFFER

| # | DESCRIPTION | Defendant's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 112 | Any and All financial Information That May Become Available for Punitive Damages Phase of Trial (JRL 01853) | Rule 402; Confidential privileged information | | | | 4-7 |
| 113 | NARCA Code of Ethics | Rule 402 and 802; Foundation | | | | 4-7 |
| | Demonstrative Exhibits | | | | | |
| | Rebuttal Exhibits | | | | | |

PLAINTIFFS' EXHIBIT LISTS PAGE 4