# DEFENDANT'S EXHIBIT LISTS

**Case Name:** Timothy McCollough vs. Johnson, Rodenburg & Lauinger
**Case Number:** CV-07-166-BLG-RFC-CSO
**Presiding Judge:** Honorable Carolyn S. Ostby

Plaintiff's Attorney:   John Heenan
Defendant's Attorney: Fred Simpson and John Bohyer

## DEFENDANT'S WILL OFFER:

| # | Description | Plaintiff's Objections | Date Offered | Date Admitted | Dated Refused | Date Reserved |
|---|-------------|------------------------|--------------|---------------|---------------|---------------|
| 70 | McCullough's Account Information Report with CACV | Foundation; FRE 106; FRE 402; FRE 802; FRE 901; FRE 1001 | | | 4-7 | |
| 501 | Jan. 4, 2007 letter from G. Lauinger to Collect America | | | 4-7 | | |
| 502 | Jan. 23, 2007 email from J. Gustin to L. Lauinger | Foundation; FRE 802 | | 4-7 | | |
| 503 | Feb. 1, 2007 email from J. Gustin to L. Lauinger | Foundation; FRE 802 | | 4-7 | | |
| 504 | Feb. 8, 2007 letter to Plaintiff from G. Lauinger | | | 4-7 | | |
| 505 | Exhibit A - Bill of Sale | Foundation; FRE 106; FRE 802; FRE 901 | | | | 4-7 |
| | | | | | | |

| | | | Date Off'd | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 506 | Affidavit of Sale | Foundation; FRE 106; FRE 802; FRE 901 | | | | 4-7 |
| 507 | Plaintiff's credit statements and Important Notice About Credit Card Account  w\|D | Foundation; FRE 106; FRE 802; FRE 901 | | | 4-7 | |
| 508 | Oct. 29, 2007 letter to Plaintiff with credit statements | Foundation; FRE 802; FRE 901 | | | | 4-7 |
| 509 | Oct. 31, 2007 Interrogatories to Plaintiff in Cause No. DV 07-523 | | | 4-7 | | |
| 510 | Oct. 31, 2007 Requests for Admission with Exhibits to Plaintiff in Cause No. DV 07-253 | | | 4-7 | | |
| 511 | Nov. 21, 2007 Defendant's Responses to Plaintiff's Request for Admission in Cause No. DV 07-253 | | | 4-7 | | |
| 512 | Dec. 11, 2007 Email from J. Heenan to C. Dendy | | | 4-7 | | |
| 513 | Dec. 12, 2007 Unopposed Motion and Notice of Motion to Dismiss and supporting brief Cause No. DV 07-253 | | | 4-7 | | |
| 514 | Aug. 21, 2008 Plaintiff's Personality Assessment Inventory | FRE 402 | | | | 4-7 |
| | Such other exhibits as may be necessary for impeachment or rebuttal purposes; and | | | | | |