**DEFENDANT'S MAY OFFER:**

| # | Description | Plaintiff's Objections | Date Offered | Date Admitted | Dated Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 515 | Plaintiff's medical records from R. Tompkins, Ed. D at Professional Health Resources, Inc. | Foundation; FRE 802 | | | | 4-7 |
| 516 | Plaintiff's medical records from D. Yelvington, Ph.D., M.D. at Deaconess Behavioral Health Clinic | Foundation; FRE 802 | | | | |
| 517 | Plaintiff's medical records from James B. Whitworth, M.D. at Deaconess Behavioral Health Clinic | Foundation; FRE 802 | | | | |
| 518 | Plaintiff's medical records from D. Carlson, M.D. at Deaconess Behavioral Health Clinic | Foundation; FRE 802 | | | | |
| 519 | Plaintiff's medical records from Deaconess Medical Center | Foundation; FRE 802 | | | | |
| 55 | Joseph McElhinney, Psy.D's Psychological Consultation Report | FRE 802 | | | | |
| 520 | Donna Veraldi, Ph.D. Psychological Evaluation | FRE 802 | | | | |
| 521 | Data file received by Defendant from CACV | | | | | |
| 522 | Plaintiff's Experian credit report | | | | | |

| | | | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 523 | Plaintiff's Equifax credit report | | | | | |
| 524 | Plaintiff's Settlement Agreement with CACV | FRE 402; FRE 403; FRE 408 | | | | 4-7 |

Case 1:07-cv-00166-CSO   Document 140-8   Filed 04/08/09   Page 2 of 2