IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
BILLINGS DIV.
2009 APR 8 PM 3 53
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

| | |
|---|---|
| June Tift and Timothy McCollough, | ) ) ) |
| Plaintiffs, | ) ) |
| -vs- | ) )  Cause No. CV-07-166-B:G-RFC-CSO |
| Johnson, Rodenburg & Lauinger and CACV of Colorado, LLC, | ) ) ) |
| Defendants. | ) |

TRANSCRIPT OF VIDEOTAPED

DEPOSITION OF LISA LAUINGER

Taken At
216 North Second Street
Bismarck, North Dakota
July 22, 2008

(APPEARANCES AS NOTED HEREIN)



EMINETH & ASSOCIATES
Court Reporters
BISMARCK, NORTH DAKOTA
(701) 255-3513



Registered
Professional
Reporters

ORIGINAL