ORIGINAL

Mark "Timothy" McCollough
Deposition

EXHIBITS

#30

RECEIVED

DEC 18 2008

6082

Bonyer, Simpson & Tranel, P.C

Scanned