IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

_____

JUNE TIFT and TIMOTHY

McCOLLOUGH,

     Plaintiffs,

  vs.           Cause No. CV-07-166-BLG-RFC-CSO

JOHNSON, RODENBURG &

LAUINGER,

     Defendant.

_____

DEPOSITION UPON ORAL EXAMINATION OF

DORLEEN McCOLLOUGH

_____

BE IT REMEMBERED, that the deposition upon oral examination of DORLEEN McCOLLOUGH, appearing at the instance of the Defendant, was taken at the offices of Fisher Court Reporting, 100 North 27th Street, Suite 750, Billings, Montana, on October 30, 2008, beginning at 9:00 a.m., pursuant to Federal Rule of Civil Procedure 30, before Jennifer D. Lewis, Court Reporter and Notary Public.

**Charles Fisher Court Reporting, Inc.**
**503 East Mendenhall, Bozeman, MT 59715 (406)587-9016**

APPEARANCES

ATTORNEY APPEARING ON BEHALF OF THE PLAINTIFFS,

MS. JUNE TIFT, MR. TIMOTHY McCOLLOUGH:

        Mr. John C. Heenan, Esq.

        Heenan Law Firm

        2602 - 1st Avenue North

        Suite 305

        P.O.  Box 2278

        Billings, Montana 59103

ATTORNEY APPEARING ON BEHALF OF THE DEFENDANT,

JOHNSON, RODENBURG & LAUINGER:

        Mr. Fred Simpson, Esq.

        Bohyer, Simpson & Tranel, P.C.

        283 West Front

        Suite 201

        P.O. Box 7729

        Missoula, Montana 59807-7729

ALSO PRESENT:  Timothy McCollough

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

INDEX

EXAMINATION OF DORLEEN McCOLLOUGH:                    PAGE

    Mr. Fred Simpson, Esq. . . . . . . . . 4, 38

    Mr. John C. Heenan, Esq. . . . . . . . . . 37

**Charles Fisher Court Reporting, Inc.**
**503 East Mendenhall, Bozeman, MT 59715 (406)587-9016**

WHEREUPON, the following proceedings were had and testimony taken, to wit:

* * * * * * * *

DORLEEN McCOLLOUGH,

called as a witness herein, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. SIMPSON:

Q.    **Would you please state your full name and address.**

A.    Dorleen Ann McCollough; 1702 East 8th Street, Laurel, Montana.

Q.    **And, Ms. McCollough, my name is Fred Simpson.  We just met briefly before your deposition started this morning, but for the record I represent the defendant in this case, which is the Law Firm of Johnson, Rodenburg & Lauinger.**

**I imagine you've had a chance to meet with Mr. Heenan to discuss the procedure here today, but I'd like to go over the, kind of the ground rules, if you will.**

A.    Okay.

Q.    **As you can see, we have a court reporter**

here, and she's taking down everything that's said in the room during your deposition this morning, and she'll be printing this up in a booklet later on for you to go back and review.

This is my one opportunity to get to talk to you face to face before our trial in this case. So, it's very important that we both understand each other and try not to talk over the top of each other. I'll try to wait until you're done answering a question before I ask you another, and if you could wait until I'm done asking the question before you answer, we'll get a cleaner transcript.

If you don't understand one of my questions, please let me know, and ask me to rephrase it, so that you do understand it; is that fair?

A. That's fair.

Q. Okay. Your answers obviously need to be verbal. Nods of the head come across well while you and I are sitting here across the table talking, but it doesn't come out very well on the transcript.

Have you reviewed any materials to prepare for your deposition this morning?

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

A.    I watched my husband's deposition; the very last hour of it is all I got.

Q.    **You got to watch the video of the deposition?**

A.    Just part of it, yeah.

Q.    **Was that this morning that you got to do that?**

A.    It was last night.

Q.    **Oh, boy.  Just tell me a little bit about yourself, if you would.  Where you grew up, where you went to school, when you moved to Billings, how long you've been here; that sort of thing.**

A.    Well, I was born in Des Moines, Iowa; traveled all over because my dad did brick laying, wherever he could get a job.  Moved to, well, I should say stayed in Montana when I started school. And I've been here ever since.  I work for School District 2.

Q.    **When did you move to Montana?  What year?**

A.    Let's see.  Probably 1954.

Q.    **And have you lived in Montana ever since that date?**

A.    Yes.

Q.    **Did you graduate from high school here?**

A.    Yes.

Page 6

Q.    In Billings?

A.    Yes.  Senior.

Q.    Billings Senior.  What year did you finish high school?

A.    '66.

Q.    Have you got any college experience?

A.    No.

Q.    Tell me about your work at the school district.  What do you do?

A.    I'm a custodian.  I clean rooms and change lights and wash windows and fix whatever needs to be fixing, and take care of the boiler and -- and haul furniture in the summer.

Q.    Sounds like you're really a jack of all trades there?

A.    Yeah.  Yes, I am.

Q.    I understood, when I got to take the deposition of your husband, that you'd had an accident there last year?

A.    Yeah.  I fell on the ice and tore up an ankle.  I've got -- I split my Achilles, tore the tendon on the side of the foot and chipped it, and so they did orthoscopics from the top.

Q.    I hope you're making a speedy recovery.

A.    I'm not.  So, I'm kind of irritated.

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

Q.    So I'm not keeping you out of work today?

A.    No.  Darn anyway.  It's nice to get a break from work, but not this way.

Q.    Not with a fractured ankle.

A.    Bum foot, no.

Q.    I wish you a speedy recovery.

A.    Thank you.

Q.    The reason I'm taking your deposition this morning is that you were identified in the papers that Mr. Heenan provided to us as a person with knowledge of my client's conduct in attempting to collect a debt from your husband.

A.    Yes.

Q.    And also knowledge of the frustration and anger that it caused in your husband.  So, that's really what I'd like to focus on this morning.  And if -- I guess I'd like to start by asking you if you have ever had any communications with anybody at Johnson, Rodenburg & Lauinger?

A.    Other than the short time we sat across the table trying to -- to settle this thing, no.

Q.    That was settled, the present lawsuit, you mean?

A.    Yeah.

Q.    So, during the period last year when

Johnson, Rodenburg & Lauinger was sending correspondence to your husband and then had filed the lawsuit, at no time during that did you actually talk to anybody at the law firm?

A.   No.  I read what come across, but I didn't.

Q.   Okay.

A.   I let my husband and Heenan handle what was going on.

Q.   Do you recall what you read that came across during the time that Johnson Rodenburg was attempting to collect the debt?

A.   I remember some of it, yes.

Q.   Okay.  Tell me what you remember.

A.   I remember that they, they sent -- sent us a deal saying we were being sued, and we went up and paid for the stuff and what have you.  And they. . . they were turned down and it was a change of -- of lawyers, and here come another one.  And we no more got that one taken care of and here come another one.

Q.   Well, tell me what it was that -- you said, you mentioned, We went and paid for something.  And I'm wondering what that was.

A.   Oh, we went to -- you have to pay so much

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

for your papers when you go up to the court and order, and that's what we. . .

Q.    **Paid the filing fee?**

A.    Yeah.  Filing fee. ·To answer and everything.

Q.    **Do you recall reading any of the letters or seeing any letters from Johnson, Rodenburg & Lauinger that were addressed to your husband?**

A.    Yes.  Yes, I do.

Q.    **Do you remember how many letters there were?**

A.    No, I don't.

Q.    **Do you remember what the letters said?**

A.    That we owed something that I didn't think we owed anymore.

Q.    **Okay.**

A.    And what have you.  I don't even know what -- they couldn't even tell you what card or anything else, so we had no way of knowing what.

Q.    **Did you look at the lawsuit papers that were served on your husband?**

A.    I think I glanced through them.  But at this time I was working and didn't have a lot of brain power left by the time I got done.

Q.    **Sure.  You've got a full-time job that**

you were working; is that right?

A.    Yep.

Q.    When did your accident happen?

A.    November 22nd.

Q.    Of 2007?

A.    Yeah.

Q.    Okay.  What kind of hours were you away from the home during a regular workday?

A.    Well, I left around two -- no, I worked at 2:30.  I left around 1:00, 1:30, depending on whether we were going to have a game or something to set up.  And I didn't get home till almost midnight.

Q.    You were working 12-hour days?

A.    Well, it turns out that way.  I was working eight and a half hours.  I always went to work before anybody else, so I could get everything done.  I have one of the largest areas.

Q.    Do you work during the summer months as well?

A.    Yes.

Q.    Is that a Monday through Friday type of job?

A.    It depends on what everybody votes to do.  Sometimes it's four 10-hour days.  And sometimes

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

**Dorleen McCollough**

it's eight hours a day and -- you know, it just depends on what the group wants to do that year and what's going on.  If we have a lot of building going on in the -- in the school and stuff, then eight hours is better because then we're not fighting them all the time.

But then we change and part of us come in early and part of us come in late, so that we're covering the time that they're working.  It's never the same, never.

Q.    **Varies --**

A.    Oh, very much.

Q.    **-- frequently, okay.**

**Were you involved directly in writing any of the papers or drafting any of the papers that your husband filed in the lawsuit?  And when I say the lawsuit, I mean the suit that Johnson Rodenburg had filed against him.**

A.    Other than discussing things with him, I don't know whether any of my stuff got on there or not, but we talk about it.

Q.    **What do you remember talking about?**

A.    Well, what I do is I try and find the positive to keep him calm.  And try to -- to keep him clear on what he's saying, but other than any

**Charles Fisher Court Reporting, Inc.**
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

legal things, I have nothing I can do.

Q.    **Understand he has a small farming operation now that keeps him happy and busy?**

A.    That is his therapy, and I'm so glad somebody give him the two turkeys and the rooster, because it's been a god sent; that helps him a lot.

Q.    **Did you discuss with him whether there had been a credit card account with Chase Manhattan Bank?**

A.    I don't remember.  I really don't remember.

Q.    **Do you remember having a Chase Manhattan credit card account at one time?**

A.    Yeah, I think we did at one time.  But I -- it was so long ago.  We just took them all and put them away and paid -- paid them off, while we could, anyway, ones that worked with us.

Q.    **You mentioned earlier that there were two groups of lawyers involved, at least that's what I think I heard you say.  Tell me what you recall about the first lawyer.**

A.    Well, the papers that you get, it says who the lawyer is.  And when we got the next set of papers for the next suit that they did, it was a completely different --

**Charles Fisher Court Reporting, Inc.**
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

Q.    Law firm?

A.    -- firm.  Just trying to think of the right word.  You have to forgive me, I'm still sleepy.

Q.    That's okay, that's okay.

What else do you know about my client's efforts to try to collect this money from your husband that we haven't talked about already?

A.    It was beyond the time and it caused all kinds of upset and headaches and harm -- home turmoil, because we had did -- did our best to pay everybody that worked with us.  And then to have this show up nine, ten years later, was like being blindsided.

Q.    Describe for me, if you will, how this caused -- what kind of upset and home turmoil this caused.

A.    Well, when my husband had his head injury, he had severe anger issues because he lost so much, which is normal, but they still show up when things upset him.  And you have to be really careful, and the longer it goes, the worse he gets and his blood pressure goes so high.  I've been waiting for him to just stroke out.

Q.    Were there any particular incidents or

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

events that you recall that he had because of this, this lawsuit?

A.    Well, I don't remember whether I stayed home.  I think I offered to stay home with him.  And because he wasn't resting at all, he'd gone back to not sleeping at all during this time.

Usually he gets anywhere from two to four hours of sleep, and he wasn't getting any.  And it makes it hard on me because I have to wait for him to call me on the phone at work.  And I'm trying to work and concentrate on that, but I'm always thinking, what's going on at home and what have you, because you never know what's going to start anything.

Q.    Were there any times where his anger really came through, where he had any --

A.    Oh, yeah.  I got yelled at a lot.  And I know not to fight back and to just kind of walk away where I tell him:  You're yelling at me; you know, you have to be very calm.

But he was very upset during that time.  It was -- it was hard to come home to somebody so agitated that it, it was -- it's not like a normal person that can shut it off.  He can't shut it off.  There is no off switch.

Page 15

Q.   Since that other lawsuit was dismissed, has he gone back to getting his two to four hours of sleep per night?

A.   Off and on.  It hasn't come back easily.

Q.   So, he's getting some more sleep now than he was?

A.   A little bit.  It's starting to go back the other way again.  But you never know when this is going to pop in his head and upset him all over again.

Q.   Why do you think he's starting to get worse again?

A.   It's getting closer and closer to -- to time to go to court.  And the chickens have quit laying and, you name it, there's -- but it's just, he's not as normal as everybody thinks he is.

He's -- he's learned to be. . . he tries to be very calm and controlling, but when he gets in a crowd and something pops in his head, he turns around, looks at me:  We're going home.  We are pretty much stay-at-home people.  We don't go very much.

Q.   Was that the case before this lawsuit last year?

A.   No.

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

Q.    No?

A.    We were -- he was getting out and he was visiting with people and he -- that's how we got our egg production going.  And people started buying eggs from him and turkeys and what have you.

And now it's -- I have to make sure things, you know, he talks to them sometimes, and sometimes he doesn't.  So, it falls on me to do some of that.  Of course, not being at work it's not as hard as when I was at work, but --

Q.    **Is that with your egg business?**

A.    Well, that's with his egg therapy.  See, this is all his.  And the teachers say:  Oh, you've got fresh eggs.  You know, and he's gotten to know a lot of them, but when he's not in a good mood, then we drop them off and they have to go down and pick them up, or I have to deliver them or, you know, it just makes it harder and harder.

Q.    **I forgot to ask you this earlier.  What year did you get married?  I know I asked him, and I don't remember now.**

A.    We got married in --

Q.    **1990 was it?**

A.    '90.  He keeps flipping his hat up when I wouldn't answer, and he makes me hesitate.

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

Q.    So you're going on 18 years?

A.    Yep.  Yeah, yeah.

Q.    Aside from this lawsuit, what other kinds of stresses do you think he has in his life, right now?

A.    Right now, we've kind of tried to keep it really calm.  I've kind of -- we go do fun things once in a while.

Like we went to see granddaughter, and he took his gun to -- one of his antique guns so that our son-in-law and he could go out and shoot a little bit with it and what have you.  And this just kind of gets him thinking about something else for a while and . . . granddaughter is so neat to see because she thinks of things so different.  Kids do that.  Forget how they think different when you're away from them for a while.

Q.    Do they live close by, or out of state?

A.    Absarokee.

Q.    Is this lawsuit bothering him much.

A.    (Witness nodding head.)

Q.    Yes?

A.    (Witness nodding head.)

MR. HEENAN:  You need to answer --

///

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

Dorleen McCollough

BY MR. SIMPSON:

Q.　You have to answer verbally.

A.　Yes, yes, yes.　Very much so.

Q.　Do you think if this lawsuit was over, he'd be doing better?

A.　It will take a while.

Q.　How's his blood pressure lately?

A.　I'd stroke out if I had blood -- right now, it's probably up today.

Q.　Do you have a cuff at home that you use to measure his blood pressure?

A.　We did.

Q.　Yeah?

A.　And something got spilled on it and we haven't replaced it.　Last time we looked it was stuck together.　So, we usually go over to a place that has one, for reading.

Q.　Like a grocery store or something, or a pharmacy?

A.　Pharmacy.　But we haven't done that lately either.　I can always tell.

Q.　You know what, I'm sorry?

A.　I said I can always tell.

Q.　Before the lawsuit that Johnson Rodenburg filed against him, do you have an idea what his

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

blood pressure was, on a regular basis?

A.   Oh, it was -- it was 100 percent normal.

Q.   **Do you know what the numbers were?**

A.   No, I don't remember.  All's I know is it's more normal than mine.  And his sugar was down and there was no problem.  And now his sugar is up and, oh -- and we, I don't know.  We just try and keep everything as even keel as we can.

Q.   **Do either of you record the numbers for his blood pressure when you go monitor it?**

A.   No.

Q.   **Have you at any time in the past?  Would you have a note or a diary somewhere where you kept those?**

A.   No, we don't.

Q.   **Does he get blood pressure medication from any doctor?**

A.   When he gets a headache, his psychiatrist would give him blood pressure medication, anti-inflammatories, and muscle relaxants.

Q.   **Who is that psychiatrist?**

A.   Can't think of his name.  It's in his papers.  I can't remember.

Q.   **Is he seeing anybody these days for medical treatment?**

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

A.    We see a guy that can't write him any prescriptions and not even accepted into the -- because our doctor is gone.  I think he got ill and left; they never told us.  He just -- they just said that he had left.  And I've -- I don't even remember the new guy's -- he's on my phone, but I don't -- I don't -- we only go usually once a year.

Q.    **To the doctor?**

A.    Yeah.

Q.    **Okay.  Do you know if he's been in the last couple months?**

A.    No, he hasn't.

Q.    **Is he taking any prescription medications on a regular basis?**

A.    No.  I don't know why I can't remember that doctor's name.  It's bugging me.

Q.    **That's okay.  If you think of it, just holler it out later.**

A.    Okay.

Q.    **What kinds of activities do you guys like to do for fun?  I mean, you mentioned visiting your granddaughter and he likes to shoot his antique rifle.**

A.    And his pistol and what have you.  He has a lot of antique; he kind of inherited them.

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

What do we like to do?  Well, lately all's we've done is sit around and watch movies. And sometimes his brain goes off and we start having discussions and I don't even -- unrelated. And we used to go camping; we don't do that anymore.

Q.    **When's the last time you went camping?**

A.    Almost three and a half years ago, I think.

Q.    **Why did you stop?**

A.    The altitude bothered him.

Q.    **How did it bother him?  Did it give him a headache?**

A.    Yep.  It's not worth it if it makes him sick, so.

Q.    **Are there any activities that you and he used to do that you don't do anymore because of the lawsuit that Johnson Rodenburg filed against him?**

A.    Yeah.  We used to go out and see friends that are on the reservation and. . . and do a lot of traveling around.  We don't do -- because we never know when things are -- are not going to be right.

You can't make -- call and say, hey, we're coming, so that they know to meet you.  And

then have to try and call them back and they --
their phone doesn't work all the time where they
are.  And they're out -- they have to come up above
the hill in order to. . .

Q.    **What was it about that lawsuit that led
to this?**

A.    Well, you never know when it's going to
bother his head and when he's going to get a severe
headache.  His brain doesn't work like yours and
mine.  He can't -- if he puts it away, it's going
to pop up when you least expect it.  It just --
and, so, you kind of do things that -- stay away
from people that it might upset, is the best way to
say it.

Q.    **What does he do when he gets a bad
headache?**

A.    Turns the TV on and lays down.  The noise
keeps him from listening for other things, and if
it's a movie he knows, it gives him another point
to think to try and calm down.  And he takes -- if
it's going to be a bad one, he takes pain meds and
something to open up the blood vessels.

       Me, I drink coffee, and he takes -- what
is that leaf.  Don't look at me like that.  My
brain is not working today, at all.

Q.    So he likes to watch a movie if he gets a headache?

A.    No, he doesn't watch it.  He listens to it.

Q.    Okay.

A.    And the cats usually come over and go: You're hurting, pay me attention.  They try and distract him too.

Q.    How much more frequent -- well, let me ask it this way.  Was he having headaches before Johnson Rodenburg filed the lawsuit against him?

A.    Yes.  But we were getting them knocked down to one every three to four months, that would put him down and what have you.  Now we're back to very frequent.  The closer it gets, the more frequent it gets, again.

Q.    When you say very frequent, how often?

A.    Oh, we're lucky if we get a week without. Usually it's every three days to five days.  Go three to five.

Q.    How long do they usually last?

A.    Depends on whether he catches them soon enough or not.  Whether it's -- it's the one day or whether it's a two- or three-day deal.  It just depends on . . . it's Feverfew he takes that helps

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

get his medication into his blood.  Knew that would come.

Q.    **Feverfew?**

A.    Feverfew.  It's an herb that opens the blood vessels.

Q.    **Is that F-e-v-e-r-f-e-w?**

A.    Yeah, just like it sounds, which surprised me.

Q.    **When did his headaches start to become more frequent?**

A.    After the first. . . after we received the first papers.  And. . .

Q.    **That was the first set filed by the other lawyer?**

A.    Yeah.  It started to go up, and then he thought he had it handled.  And we started -- and when it got -- the next one come, then it just threw a monkey wrench into everything.  Because we've got to be really careful, or I have to be very careful.  I try and -- I didn't catch it, so therefore there wouldn't have been nothing I could have done anyway, but.

Q.    **What do you mean by that?**

A.    If I -- if I'd have known what was coming, I would have accepted it and I would have

told him very quietly and to receive that and read it. That just started everything. I didn't get a chance to -- I usually try and, what do you say, soften the blow or, you know. And they handed it right to him because that's who they had, you know, and they sent him out, so.

Q. **Do you know if he ever tried to contact the law firm and say: Look, this was already done?**

A. Oh, yes. And he answered that several times on paper.

Q. **Were you there when he tried to contact -- do you know if he ever tried to call them on the phone and say this is a mistake?**

A. I don't -- no, I wasn't there. If he called, he called when I wasn't there. But he did write -- you know, you're supposed to write the letters and what have you, and he did that. My brain is not working.

Q. **Are you on any medications today?**

A. Just asthma medication.

Q. **I was just wondering for your foot.**

A. And allergy. No, no. I take pain pills when it gets really bad, but they're just over-the-counter ones.

Q. **As far as the changes you've seen in him**

Page 26

since that lawsuit was filed against him last year, we talked about his decrease in sleep; right?

A.    Oh, yeah.

Q.    And we talked about an increase in headaches?

A.    Yes.

Q.    What other kinds of things?

A.    Just not functioning.  He usually washes the clothes and does the dishes and what have you, and there are things that are not being done because he cannot organize it now.  It takes his organization skills away.

Q.    What about it takes his organizational skills away?

A.    Well, he really has to concentrate in order to -- to remember what he has to do.  He used to have it set what day he did laundry and what day he -- he did certain things outside.  And, since the head injury, he has to think about what he's going to do.

He's got a project -- it might take him a year to get it so it's in his head so he feels secure enough to go out and do that.  And with this, his chore -- his outdoor extras are almost nonexistent.

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

Q.    His present lawsuit?  Is that what you're referring to when you say, With this?

A.    With all the stuff that's going on right now, yeah.

Q.    Okay.

A.    With all this legal stuff.

Q.    Do you think once this lawsuit is over, he'll start to regain his prior self?

A.    I hope.

MR. HEENAN:  Objection; speculation.  You can answer.

THE WITNESS:  I just said I hope.  Because I have no way of knowing.

BY MR. SIMPSON:

Q.    Does he still make -- well, did -- before this lawsuit was filed against him, was he the person who cooked and cleaned around the house?

A.    Yes.

Q.    Does he still make meals?

A.    Yes.

Q.    How often?

A.    Every day.  I can't stand long enough.  I shouldn't say he makes them every day.  Sometimes we go over and get a hamburger or tacos or whatever, because he's not capable.  And we eat

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

lots of sandwiches and have soup, because that's something that's very simple.

Q.    Have you had to hire out any services that he would have otherwise done around the house?

A.    We haven't had the money to do that since I've been laid up, so, no.

Q.    Any other ways you can think of that he was affected by this lawsuit that they filed against him?

A.    In what way?

Q.    Well, I'm not there, you know, to be able to see him on a daily basis.  So that's why I'm wondering if -- what you can think about that you've seen in him that's different that you ascribe to the lawsuit.

A.    Well, he doesn't always understand what I say to him.  And I never know whether it's because I stated it wrong or whether he's somewhere else, because he's got a headache.  So I just kind of let things go.  I do what I can.

And we try and keep as much a schedule for delivering eggs as we can.  And he keeps up with his animals and that kind of gives him a little normality.  Once in a while I have to say are you -- have you done this or have you done

Page 29

that.  Usually he has because the dog knows when they're supposed to go out.

Q.    **Does he have a business name for his egg business?**

A.    No.

Q.    **Tim's Eggs or something like that?**

A.    No, no.  It's not a business.  It's therapy for him.  That's just -- we sell the eggs because we get so many that I couldn't possibly use them.  And we were giving the extras that other people didn't buy, because they knew me and him a little bit.  We used to give them to the . . .

MR. McCOLLOUGH:  Army Reserve.

THE WITNESS:  Army, it was the Army Reserve. Well, everybody's in there, Navy and, you know, take them down so that the -- they could dole them out to the women and what have you, families that are missing their husbands for war and stuff.

BY MR. SIMPSON:

Q.    **How many birds does he presently have? Do you know?**

A.    No.

Q.    **More than ten?**

A.    Oh, yeah.

Q.    **He still enjoys it?**

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

A.    Yes.

Q.    **Do you have other animals too?**

A.    We've got turkeys.

Q.    **Turkeys.**

A.    And we've got one goat he got for me to milk.  And she's dry; we've got to wait for her to come in, but she likes him.  She -- she bellers at him in the morning.

Q.    **Do you have roosters too?**

A.    Oh, yeah.  Oh, they're loud, and obnoxious sometimes.

Q.    **The wake-up call?**

A.    Oh, yeah.  Starting, some of them, in the summer at 3:00 in the morning.  You get to where you don't even hear them after a while.

Q.    **Can you think of any out-of-pocket costs that you and your husband incurred because of the Johnson Rodenburg lawsuit that was filed against him?**

A.    Gas running back and forth to town.

Q.    **To Billings from Laurel?**

A.    Mm-hmm.

Q.    **Okay.**

A.    And . . .

Q.    **What was the errands to town for?**

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

A.    To put -- for the papers that we had to put in, for answers and all this jazz.  It all has to be stamped and legally, and . . .

Q.    **How many trips do you think you made, or that he made?**

A.    Oh, I don't remember.  There was a lot of them though.  Plus, he called legal services to find out the best way of doing that.

Q.    **Do you know if they sent him a bill?**

A.    Oh, no.  This is -- we belong to -- we belong to a legal service that we pay every month.

Q.    **Did you belong to that before the lawsuit?**

A.    Oh, yeah.  We got them when we were -- shortly after we had to have a lawyer to get his payment for his head injury and what have you, and get him on worker's -- get him on worker's comp, get them to pay for it, and all the other stuff.  It look us five years for that.

So, we decided if we had somebody to call so when we had a question we could ask, you know.  Prepaid legals come in handy.

Q.    **In addition to the gas, what other kinds of costs can you think of that you folks had to incur?**

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

A.   Medications.  Medications, in order to keep him safe, and those are not cheap nowadays.

Q.   **Do you have an idea or an estimate of what the medications would have cost?**

A.   No.

Q.   **Do you think more than a thousand dollars?**

A.   I don't know.  I'd have to go back and look.  I really would.

Q.   **Did he get new medications after this lawsuit was filed against him?**

A.   I think they changed the blood pressure medication during that time.  I think he did.  And I learned that and all because everything works. We've got everything that works well together.  But he only takes his medication when he absolutely has to, because if he keeps taking them they quit working.

Q.   **Other hard costs that you guys incurred that you can think of?**

A.   Man, I don't remember anymore.  I've gotten so used to all the stuff that . . . well, like he -- when he's upset, he goes over and buys new movies, getting them in the CDs.  We've got a collection.  That's something he does, for mental

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

relief, and we've really added since this started, I hate to tell you.

And, oh, what else does he do.  I can't remember right now.  But there's, there's little things that he does.

Q.    **You told me all things you can think of today?**

A.    Yeah.  Yes, yes, yes.

Q.    **Do you think these out-of-pocket costs that we've talked about would be less than, say, $3,000?**

A.    Oh, they'll probably be more than that, because he -- he spends more than that on, on the movies so far, anyway.

Q.    **What, aside from the movies, what other --**

A.    That's what I was trying to remember. There's lots of things he does that -- you don't think about the cost of them.

Q.    **Do you have receipts anywhere that you keep track of for these things?**

A.    Oh, he's got receipts all over the house, but I'm not sure where anymore.  When he gets upset, he doesn't stick them in the same spots. And then we get them lost until we dig through

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

everything to find them again.

Q.    Do you think --

A.    But his birds cost him quite a bit.  He replenishes them yearly and what have you.  And the cost is, is not covered by what, what we sell.

Q.    Now, you don't relate the birds, though, his need for the birds to the lawsuit?

A.    Yeah, I do.  Because he upped his turkeys and he's upped his chickens.  The goat was his idea.  Yeah.  This is his outlet, this is what he does.  He adds to it, so he has more to take care of.

Q.    So, how many more turkeys did he purchase last year that he wouldn't have purchased otherwise?  Do you have an estimate?

A.    Oh, well, he -- he sells them during the holidays.  And we -- what do you get, about 50?

MR. HEENAN:  Dorleen, you can't ask --

BY MR. SIMPSON:

Q.    You can't ask him.

A.    I can't ask him?  Oh.

Q.    Just give me your knowledge; what you know.

A.    I think he ordered -- well, let's put it this way.  Anywhere between 40 and 50 birds.  That

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

made it about 15 more, or 20 more.

Q.   Than he'd had the year before?

A.   Yeah.  And those are expensive.  They're six-something a piece, you know.  And the feeding and the watering.

Q.   Does he lose money on those?

A.   Oh, yeah.  If you kept all the records, you couldn't sell them for what they cost you to raise them.  But because it's therapy for him, I don't begrudge him any of that.  He needs that.  He needs -- I give him anything that makes him comfortable.

Q.   Other things along those lines that you can think of that he bought because of his -- tried to get therapy for his distress?

A.   I don't remember anymore.  I really don't.  Other than he buys plants, like tomatoes and what have you, and tries to grows -- grow that.  Of course, the goat and the turkeys kind of take care -- took care of that one.

Q.   They ate the tomatoes?

A.   (Witness nodding head.) And the cabbage.  The goat loves the cabbage.  That didn't last very long.  He thought she couldn't get to them, and guess what.  So, about the time he moved them, they

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

were done, you know.  But he does that because he knows that I enjoy stuff like that, and that makes him feel food.  So that's part of the therapy.

Q.    **I don't have anymore questions for you.**

MR. SIMPSON:   Thank you.

THE WITNESS:   Thank you.

EXAMINATION

BY MR. HEENAN:

Q.    **Dorleen, just real briefly.  You testified that you think Tim had a Chase Manhattan credit card.  Is it your testimony -- hold on, is it your testimony that you remember Tim specifically having a Chase Manhattan credit card?**

A.    No.  I can't say.  I can't say.  I really remember -- I just remember, you know, how they ad -- advertise the stuff.  And I don't remember whether he got one or just got one of the slips in the mail saying you're preapproved.  And we could have cut it up.

Q.    **Is it fair to say that you knew Tim had credit cards?**

A.    Yeah.  I knew he had credit cards, but I didn't know specifically whether he had that one or not.

Q.    **And when he suffered this head injury, he**

**Charles Fisher Court Reporting, Inc.**
**503 East Mendenhall, Bozeman, MT 59715 (406)587-9016**

fell behind on some of his credit cards; is that true? Or do you remember?

A. I don't remember.

Q. But you don't remember specifically him using --

A. I don't remember what card --

Q. Hold on. You don't remember him specifically using and purchasing and incurring debt on a Chase Manhattan credit card?

A. No, I don't.

Q. Okay.

MR. HEENAN: No more questions.

MR. SIMPSON: Let me follow up with that.

FURTHER EXAMINATION

BY MR. SIMPSON:

Q. Would Tim be the best person to ask about his credit cards?

A. Yes. If you give -- he saved them all. He can go back and look. That's the only way I -- I never looked at it.

Q. Did he save his credit card statements?

A. That I can't tell you. He usually saves everything, but I -- you know, I left that for him. He needed something to get going, and I didn't fuss with him. I was busy working.

Q.    What year was his head injury?

A.    '90, May, so.

Q.    Okay.

A.    We just barely got married, so, no, I don't remember.

Q.    Thank you.

A.    You're welcome.

                    (Whereupon, the deposition
                    was concluded.)

Charles Fisher Court Reporting, Inc.
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

**CHARLES FISHER**
**COURT REPORTING, INC.**
503 East Mendenhall
Bozeman, MT 59715
Phone (406) 587-9016
Fax    (406) 586-0926

November 12, 2008

Ms. Dorleen McCollough
1702 East 8th Street
Laurel, MT 59044

**Re:    June Tift and Timothy McCollough vs. Johnson, Rodenburg, & Lauinger**

Dear Ms. McCollough:

Enclosed please find a copy of your sworn statement taken on October 30, 2008 along with a Deponent's Certificate and a correction sheet.

Please read the copy of your deposition and fill out the correction sheet as needed.  Sign the Deponent's Certificate *and* the correction sheet before a Notary Public, and then return both documents to us within thirty (30) days of the date hereon.

The copy of the transcript is yours to keep.  If you have any questions or concerns please feel free to call our office at any time.

Truly yours,

CFCR

Charles Fisher Court Reporting
CFCR:lf
Enclosures

cc:
Fred Simpson
John Heenan

**CHARLES FISHER COURT REPORTING, INC.**
**503 East Mendenhall**
**Bozeman, Montana 59715**
**Phone: [406] 587-9016**
**Fax: [406] 586-0926**
**E-Mail: Maindesk@fishercourtreporting.com**

November 21, 2008

Court:         U.S. District, Billings, Montana
Cause No.:     CV-07-166-BLG-RFC-CSO
Case:          June Tift, et al. vs. Johnson, Rodenburg & Lauinger

## PLEASE ATTACH TO YOUR COPY OF THE DEPOSITION(S):

Dorleen McCollough          Taken: 10/30/08          Signed – With Corrections

Truly yours,

*CFCR*

Charles D. Fisher Court Reporting
CFCR: lf

CC:
John Heenan
Fred Simpson

DEPONENT'S CERTIFICATE

I, DORLEEN McCOLLOUGH, the deponent in the foregoing deposition, DO HEREBY CERTIFY, that I have read the foregoing -39- pages of typewritten material and that the same is, with any changes thereon made in ink on the correction sheet, and signed by me a full, true and correct transcript of my oral deposition given at the time and place hereinbefore mentioned.

RECEIVED

NOV 1 9 2008

FISHER COURT REPORTING

DORLEEN McCOLLOUGH

Subscribed and sworn to before me this 17th day of November , 2008.

PRINT NAME: Amber Smith

Notary Public, State of Montana

Residing at: Billings, MT

My Commission Expires: July 17, 2012

AMBER SMITH
NOTARY PUBLIC for the State of Montana
Residing at Billings, Montana
My Commission Expires
July 17, 2012

CF - Tift/McCollough vs. Johnson Rodenburg & Lauinger

Page 40

DEPOSITION CORRECTIONS

     Please make all changes or corrections on this sheet showing page,
line and correction for Court Reporter's insertion into the Original Deposition.
Sign this sheet and sign the Deponent's Certificate Page before a Notary, then
return to the Court Reporter for filing.  If there are no corrections, please
write "No Corrections" across this sheet and sign at the bottom of the page.

| Page | Line | Now Reads | Should Read | Reason |
|------|------|-----------|-------------|--------|
| 32 | 19 | It Looks us | it took us | Type O's |
| 32 | 3 | food | good | type O |

RECEIVED

NOV 13 2008

FISHER COURT REPORTING

_____
          SIGNATURE            DATE

NOTARY PUBLIC: _____
PRINT NAME: _____
RESIDING AT: _____
MY COMMISSION EXPIRES: _____

Page 1

**Charles Fisher Court Reporting, Inc.**
**503 East Mendenhall, Bozeman, MT 59715 (406)587-9016**

C E R T I F I C A T E

STATE OF MONTANA      )

                                  : ss.

COUNTY OF GALLATIN    )

        I, Jennifer D. Lewis, Court Reporter - Notary

Public in and for the County of Pierce, State of

Washington, do hereby certify:

        That the witness in the foregoing deposition was

by me first duly sworn to testify the truth, the

whole truth and nothing but the truth in the

foregoing cause; that the deposition was then taken

before me at the time and place herein named, that

the deposition was reported by me in shorthand and

later transcribed into typewriting under my

direction, and the foregoing pages contain a true

record of the testimony of the witness, all done to

the best of my skill and ability.

        IN WITNESS WHEREOF, I have hereunto set my hand

and affixed my notarial seal this 12ᵗʰ ____ day of

__November____, 2008.

                    _____

                    Jennifer D. Lewis, Court Reporter

                    Notary Public, State of Washington

                    Residing at Bozeman, Montana

                    My commission expires:  4-25-2009

Page 41

## A

ability 41:17
able 29:11
about 6:9 7:8 12:21 12:22 13:21 14:6 14:8 18:13 23:5 27:2,4,13,19 29:13 34:10,19 35:17 36:1,25 38:16
above 23:3
Absarokee 18:19
absolutely 33:16
accepted 21:2 25:25
accident 7:19 11:3
account 13:8,13
Achilles 7:21
across 5:20,21 8:20 9:5,11
activities 21:20 22:16
actually 9:4
ad 37:16
added 34:1
addition 32:23
address 4:12
addressed 10:8
adds 35:11
advertise 37:16
affected 29:8
affixed 41:19
after 25:11,11 31:15 32:15 33:10
again 16:8,10,12 24:16 35:1
against 12:18 19:25 22:18 24:11 27:1 28:16 29:9 31:18 33:11
agitated 15:23
ago 13:15 22:8
allergy 26:22
all's 20:4 22:2
almost 11:12 22:8 27:24
along 36:13
already 14:8 26:8
altitude 22:11
always 11:16 15:11 19:21,23 29:16
anger 8:15 14:19

15:15
animals 29:23 31:2
ankle 7:21 8:4
Ann 4:13
another 5:10 9:19 9:21 23:19
answer 5:12 10:4 17:25 18:24 19:2 28:11
answered 26:9
answering 5:10
answers 5:19 32:2
antique 18:10 21:22,25
anti-inflammator... 20:20
anybody 8:18 9:4 11:17 20:24
anymore 10:15 22:6,17 33:21 34:23 36:16 37:4
anything 10:19 15:14 36:11
anyway 8:2 13:17 25:22 34:14
anywhere 15:7 34:20 35:25
APPEARANCES 2:1
appearing 1:18 2:2 2:10
areas 11:18
Army 30:13,14,14
around 11:9,10 16:20 22:2,21 28:17 29:4
ascribe 29:15
aside 18:3 34:15
asked 17:20
asking 5:11 8:17
asthma 26:20
ate 36:21
attempting 8:11 9:12
attention 24:7
ATTORNEY 2:2 2:10
Avenue 2:6
away 11:7 13:16 15:19 18:17 23:10,12 27:12 27:14
a.m 1:21

## B

back 5:4 15:6,18 16:2,4,7 23:1 24:14 31:20 33:8 38:19
bad 23:15,21 26:23
Bank 13:9
barely 39:4
basis 20:1 21:14 29:12
become 25:9
before 1:22 4:16 5:6,10,12 11:17 16:23 19:24 24:10 28:15 32:12 36:2 40:15 41:12
beginning 1:21
begrudge 36:10
BEHALF 2:2,10
behind 38:1
being 9:16 14:13 17:9 27:10
bellers 31:7
belong 32:10,11,12
best 14:11 23:13 32:8 38:16 41:17
better 12:5 19:5
between 35:25
beyond 14:9
bill 32:9
Billings 1:3,20 2:9 6:11 7:1,3 31:21
birds 30:20 35:3,6 35:7,25
bit 6:9 16:7 18:12 30:12 35:3
blindsided 14:14
blood 14:23 19:7,8 19:11 20:1,10,16 20:19 23:22 25:1 25:5 33:12
blow 26:4
Bohyer 2:13
boiler 7:12
booklet 5:3
born 6:13
both 5:7
bother 22:12 23:8
bothered 22:11
bothering 18:20
bought 36:14
Box 2:8,16

boy 6:9
Bozeman 41:24
brain 10:24 22:3 23:9,25 26:18
break 8:3
brick 6:14
briefly 4:16 37:9
bugging 21:16
building 12:3
Bum 8:5
business 17:11 30:3 30:4,7
busy 13:3 38:25
buy 30:11
buying 17:5
buys 33:23 36:17

## C

C 2:4 3:4 41:1,1
cabbage 36:22,23
call 15:10 22:24 23:1 26:12 31:12 32:20
called 4:6 26:15,15 32:7
calm 12:24 15:20 16:18 18:7 23:20
came 9:10 15:16
camping 22:5,7
capable 28:25
card 10:18 13:8,13 37:11,13 38:6,9 38:21
cards 37:21,22 38:1 38:17
care 7:12 9:20 35:11 36:20,20
careful 14:22 25:19 25:20
case 4:18 5:6 16:23
catch 25:20
catches 24:22
cats 24:6
cause 1:8 41:11
caused 8:15 14:9,16 14:17
CDs 33:24
certain 27:18
CERTIFICATE 40:1
certify 40:4 41:7
CF 40:25
chance 4:20 26:3
change 7:11 9:18

12:7
changed 33:12
changes 26:25 40:6
Chase 13:8,12 37:10,13 38:9
cheap 33:2
chickens 16:14 35:9
chipped 7:22
chore 27:24
Civil 1:22
clean 7:10
cleaned 28:17
cleaner 5:12
clear 12:25
client's 8:11 14:6
close 18:18
closer 16:13,13 24:15
clothes 27:9
coffee 23:23
collect 8:12 9:12 14:7
collection 33:25
college 7:6
come 5:20,22 9:5 9:19,20 12:7,8 15:22 16:4 23:3 24:6 25:2,17 31:7 32:22
comfortable 36:12
coming 22:25 25:25
commission 40:22 41:25
communications 8:18
comp 32:17
completely 13:25
concentrate 15:11 27:15
concluded 39:9
conduct 8:11
contact 26:7,12
contain 41:15
controlling 16:18
cooked 28:17
correct 40:8
correction 40:7
correspondence 9:2
cost 33:4 34:19 35:3,5 36:8
costs 31:16 32:24 33:19 34:9
County 41:4,6
couple 21:11

course 17:9 36:19
court 1:1,19,23
  4:25 10:1 16:14
  41:5,22
covered 35:5
covering 12:9
credit 13:8,13
  37:11,13,21,22
  38:1,9,17,21
crowd 16:19
cuff 19:10
custodian 7:10
cut 37:19
CV-07-166-BLG-...
  1:8

**D**

D 1:23 3:1 41:5,22
dad 6:14
daily 29:12
Darn 8:2
date 6:22
day 12:1 24:23
  27:17,17 28:22
  28:23 40:16
  41:19
days 11:14,25
  20:24 24:19,19
deal 9:16 24:24
debt 8:12 9:12 38:9
decided 32:20
decrease 27:2
defendant 1:11,18
  2:10 4:18
deliver 17:17
delivering 29:22
depending 11:10
depends 11:24 12:2
  24:22,25
deponent 40:3
DEPONENT'S
  40:1
deposition 1:13,16
  4:17 5:2,25 6:1,4
  7:18 8:8 39:8
  40:4,9 41:8,11,13
Des 6:13
Describe 14:15
diary 20:13
different 13:25
  18:15,16 29:14
dig 34:25
direction 41:15
directly 12:14

discuss 4:21 13:7
discussing 12:19
discussions 22:4
dishes 27:9
dismissed 16:1
distract 24:8
distress 36:15
district 1:1,2 6:18
  7:9
DIVISION 1:3
doctor 20:17 21:3,8
doctor's 21:16
dog 30:1
doing 19:5 32:8
dole 30:16
dollars 33:7
done 5:9,11 10:24
  11:18 19:20 22:2
  25:22 26:8 27:10
  29:4,25,25 37:1
  41:16
Dorleen 1:14,17 3:2
  4:5,13 35:18 37:9
  40:3,13
down 5:1 9:18
  17:16 20:5 23:17
  23:20 24:13,14
  30:16
drafting 12:15
drink 23:23
drop 17:16
dry 31:6
duly 4:6 41:9
during 5:2 8:25 9:3
  9:11 11:8,19 15:6
  15:21 33:13
  35:16

**E**

E 3:1 41:1,1
each 5:8,8
earlier 13:18 17:19
early 12:8
easily 16:4
East 4:13
eat 28:25
efforts 14:7
egg 17:4,11,12 30:3
eggs 17:5,14 29:22
  30:6,8
eight 11:16 12:1,5
either 19:21 20:9
enjoy 37:2
enjoys 30:25

enough 24:23 27:23
  28:22
errands 31:25
Esq 2:4,12 3:3,4
estimate 33:3 35:15
even 10:17,18 20:8
  21:2,5 22:4 31:15
events 15:1
ever 6:17,21 8:18
  26:7,12
every 24:13,19
  28:22,23 32:11
everybody 11:24
  14:12 16:16
everybody's 30:15
everything 5:1 10:5
  11:17 20:8 25:18
  26:2 33:14,15
  35:1 38:23
examination 1:13
  1:17 3:2 4:9 37:7
  38:14
examined 4:7
expect 23:11
expensive 36:3
experience 7:6
expires 40:22 41:25
extras 27:24 30:10

**F**

F 41:1
face 5:6,6
fair 5:17,18 37:20
falls 17:8
families 30:17
far 26:25 34:14
farming 13:2
Federal 1:22
fee 10:3,4
feeding 36:4
feel 37:3
feels 27:22
fell 7:20 38:1
Feverfew 24:25
  25:3,4
fight 15:18
fighting 12:6
filed 9:2 12:16,18
  19:25 22:18
  24:11 25:13 27:1
  28:16 29:8 31:18
  33:11
filing 10:3,4
find 12:23 32:8

35:1
finish 7:4
firm 2:5 4:19 9:4
  14:1,2 26:8
first 4:6 13:21
  25:11,12,13 41:9
Fisher 1:19
five 24:19,20 32:19
fix 7:11
fixing 7:12
flipping 17:24
focus 8:16
folks 32:24
follow 38:13
following 4:1
follows 4:7
food 37:3
foot 7:22 8:5 26:21
foregoing 40:4,5
  41:8,11,15
Forget 18:16
forgive 14:3
forgot 17:19
forth 31:20
four 11:25 15:7
  16:2 24:13
fractured 8:4
Fred 2:12 3:3 4:15
frequent 24:9,15,16
  24:17 25:10
frequently 12:13
fresh 17:14
Friday 11:22
friends 22:19
from 6:24 7:23 8:3
  8:12 10:7 11:8
  14:7 15:7 17:5
  18:3,17 20:17
  23:13,18 31:21
  34:15
Front 2:14
frustration 8:14
full 4:11 40:8
full-time 10:25
fun 18:7 21:21
functioning 27:8
furniture 7:13
FURTHER 38:14
fuss 38:24
F-e-v-e-r-f-e-w
  25:6

**G**

GALLATIN 41:4

game 11:11
gas 31:20 32:23
gets 14:22 15:7
  16:18 18:13
  20:18 23:15 24:1
  24:15,16 26:23
  34:23
getting 15:8 16:2,5
  16:13 17:2 24:12
  33:24
give 13:5 20:19
  22:12 30:12
  35:22 36:11
  38:18
given 40:9
gives 23:19 29:23
giving 30:10
glad 13:4
glanced 10:22
go 4:22 5:4 10:1
  16:7,14,21 17:16
  18:7,11 19:16
  20:10 21:7 22:5
  22:19 24:6,19
  25:15 27:23
  28:24 29:20 30:2
  33:8 38:19
goat 31:5 35:9
  36:19,23
god 13:6
goes 14:22,23 22:3
  33:23
going 9:9 11:11
  12:3,4 15:12,13
  16:9,20 17:4 18:1
  22:22 23:7,8,10
  23:21 27:20 28:3
  38:24
gone 15:5 16:2 21:3
good 17:15
gotten 17:14 33:22
graduate 6:24
granddaughter
  18:9,14 21:22
grew 6:10
grocery 19:18
ground 4:23
group 12:2
groups 13:19
grow 36:18
grows 36:18
guess 8:17 36:25
gun 18:10
guns 18:10

guy 21:1
guys 21:20 33:19
guy's 21:6

**H**

half 11:16 22:8
hamburger 28:24
hand 41:18
handed 26:4
handle 9:8
handled 25:16
handy 32:22
happen 11:3
happy 13:3
hard 15:9,22 17:10
   33:19
harder 17:18,18
harm 14:10
hat 17:24
hate 34:2
haul 7:13
having 4:6 13:12
   22:4 24:10 37:13
head 5:20 14:18
   16:9,19 18:21,23
   23:8 27:19,22
   32:16 36:22
   37:25 39:1
headache 20:18
   22:13 23:9,16
   24:2 29:19
headaches 14:10
   24:10 25:9 27:5
hear 31:15
heard 13:20
Heenan 2:4,5 3:4
   4:21 8:10 9:8
   18:24 28:10
   35:18 37:8 38:12
helps 13:6 24:25
her 31:6
herb 25:4
hereinbefore 40:9
hereunto 41:18
hesitate 17:25
hey 22:24
he'll 28:8
high 6:24 7:4 14:23
hill 23:4
him 12:18,19,24,25
   13:3,5,6,7 14:21
   14:24 15:4,9,19
   16:9 17:5,20
   18:13,20 19:25

20:19 21:1 22:11
22:12,12,14,18
23:18,19 24:8,11
24:14 26:1,5,6,25
27:1,21 28:16
29:9,12,14,17,23
30:8,11 31:7,8,19
32:9,17,17 33:2
33:11 35:3,20,21
36:9,10,11,11
37:3 38:4,7,23,25
hire 29:3
hold 37:11 38:7
holidays 35:17
holler 21:18
home 11:8,12 14:10
   14:16 15:4,4,12
   15:22 16:20
   19:10
hope 7:24 28:9,12
hour 6:2
hours 11:7,16 12:1
   12:5 15:8 16:2
house 28:17 29:4
   34:22
How's 19:7
hurting 24:7
husband 7:18 8:12
   8:15 9:2,8 10:8
   10:21 12:16 14:8
   14:18 31:17
husbands 30:18
husband's 6:1

**I**

ice 7:20
idea 19:25 33:3
   35:10
identified 8:9
ill 21:3
imagine 4:20
important 5:7
incidents 14:25
increase 27:4
incur 32:25
incurred 31:17
   33:19
incurring 38:8
inherited 21:25
injury 14:19 27:19
   32:16 37:25 39:1
ink 40:7
instance 1:18
involved 12:14

13:19
Iowa 6:13
irritated 7:25
issues 14:19

**J**

jack 7:14
jazz 32:2
Jennifer 1:23 41:5
   41:22
job 6:15 10:25
   11:23
John 2:4 3:4
Johnson 1:9 2:11
   4:19 8:19 9:1,11
   10:7 12:17 19:24
   22:18 24:11
   31:18 40:25
JUNE 1:5 2:3
just 4:16 6:5,9 12:1
   13:15 14:2,24
   15:18 16:15
   17:18 18:13 20:7
   21:4,4,17 23:11
   24:24 25:7,17
   26:2,20,21,23
   27:8 28:12 29:19
   30:8 35:22 37:9
   37:15,17 39:4

**K**

keel 20:8
keep 12:24,24 18:6
   20:8 29:21 33:2
   34:21
keeping 8:1
keeps 13:3 17:24
   23:18 29:22
   33:17
kept 20:13 36:7
Kids 18:16
kind 4:22 7:25 11:7
   14:16 15:18 18:6
   18:7,13 21:25
   23:12 29:19,23
   36:19
kinds 14:10 18:3
   21:20 27:7 32:23
knew 25:1 30:11
   37:20,22
knocked 24:12
know 5:15 10:17
   12:1,20 14:6
   15:13,18,20 16:8

17:7,14,14,18,20
19:22 20:3,4,7
21:10,15 22:22 .
22:25 23:7 26:4,5
26:7,12,16 29:11
29:17 30:15,21
32:9,21 33:8
35:23 36:4 37:1
37:15,23 38:23
knowing 10:19
   28:13
knowledge 8:11,14
   35:22
known 25:24
knows 23:19 30:1
   37:2

**L**

laid 29:6
largest 11:18
last 6:2,8 7:19 8:25
   16:24 19:15
   21:11 22:7 24:21
   27:1 35:14 36:23
late 12:8
lately 19:7,21 22:1
later 5:3 14:13
   21:18 41:14
Lauinger 1:10 2:11
   4:19 8:19 9:1
   10:8 40:25
laundry 27:17
Laurel 4:14 31:21
law 2:5 4:19 9:4
   14:1 26:8
lawsuit 8:22 9:3
   10:20 12:16,17
   15:2 16:1,23 18:3
   18:20 19:4,24
   22:18 23:5 24:11
   27:1 28:1,7,16
   29:8,15 31:18
   32:13 33:11 35:7
lawyer 13:21,23
   25:14 32:15
lawyers 9:19 13:19
laying 6:14 16:15
lays 23:17
leaf 23:24
learned 16:17
   33:14
least 13:19 23:11
led 23:5
left 10:24 11:9,10

21:4,5 38:23
legal 13:1 28:6 32:7
   32:11
legally 32:3
legals 32:22
less 34:10
let 5:15 9:8 24:9
   29:19 38:13
letters 10:6,7,10,13
   26:17
let's 6:20 35:24
Lewis 1:23 41:5,22
life 18:4
lights 7:11
like 4:22 7:14 8:16
   8:17 14:13 15:23
   18:9 19:18 21:20
   22:1 23:9,24 25:7
   30:6 33:23 36:17
   37:2
likes 21:22 24:1
   31:7
lines 36:13
listening 23:18
listens 24:3
little 6:9 16:7 18:12
   29:24 30:12 34:4
live 18:18
lived 6:21
long 6:12 13:15
   24:21 28:22
   36:24
longer 14:22
look 10:20 23:24
   26:8 32:19 33:9
   38:19
looked 19:15 38:20
looks 16:20
lose 36:6
lost 14:19 34:25
lot 10:23 12:3 13:6
   15:17 17:15
   21:25 22:20 32:6
lots 29:1 34:18
loud 31:10
loves 36:23
lucky 24:18

**M**

made 32:4,5 36:1
   40:6
mail 37:18
make 17:6 22:24
   28:15,19

makes 15:9 17:18 17:25 22:14 28:23 36:11 37:2
making 7:24
Man 33:21
Manhattan 13:8,12 37:10,13 38:9
many 10:10 30:9,20 32:4 35:13
married 17:20,22 39:4
material 40:5
materials 5:24
May 39:2
McCOLLOUGH 1:6,14,17 2:3,18 3:2 4:5,13,15 30:13 40:3,13
meals 28:19
mean 8:23 12:17 21:21 25:23
measure 19:11
medical 20:25
medication 20:16 20:19 25:1 26:20 33:13,16
medications 21:13 26:19 33:1,1,4,10
meds 23:21
meet 4:20 22:25
mental 33:25
mentioned 9:23 13:18 21:21 40:10
met 4:16
midnight 11:13
might 23:13 27:21
milk 31:6
mine 20:5 23:10
missing 30:18
Missoula 2:17
mistake 26:13
Mm-hmm 31:22
Moines 6:13
Monday 11:22
money 14:7 29:5 36:6
monitor 20:10
monkey 25:18
Montana 1:2,20 2:9 2:17 4:14 6:16,19 6:21 40:20 41:2 41:24
month 32:11

months 11:19 21:11 24:13
mood 17:15
more 9:20 16:5 20:5 24:9,15 25:10 30:23 33:6 34:12,13 35:11 35:13 36:1,1 38:12
morning 4:17 5:2 5:25 6:6 8:9,16 31:8,14
move 6:19
moved 6:11,15 36:25
movie 23:19 24:1
movies 22:2 33:24 34:14,15
much 9:25 12:12 14:20 16:21,22 18:20 19:3 24:9 29:21
muscle 20:20

_____ N _____

N 3:1
name 4:11,15 16:15 20:22 21:16 30:3 40:19
named 41:12
Navy 30:15
neat 18:14
need 5:19 18:24 35:7
needed 38:24
needs 7:12 36:10,11
never 12:9,10 15:13 16:8 21:4 22:22 23:7 29:17 38:20
new 21:6 33:10,24
next 13:23,24 25:17
nice 8:2
night 6:8 16:3
nine 14:13
nodding 18:21,23 36:22
Nods 5:20
noise 23:17
nonexistent 27:25
normal 14:20 15:23 16:16 20:2,5
normality 29:24
North 1:20 2:6
notarial 41:19

Notary 1:23 40:20 41:5,23
note 20:13
nothing 13:1 25:21 41:10
November 11:4
nowadays 33:2
numbers 20:3,9

_____ O _____

Objection 28:10
obnoxious 31:11
obviously 5:19
October 1:21
off 13:16 15:24,24 15:25 16:4 17:16 22:3
offered 15:4
offices 1:19
often 24:17 28:21
oh 6:9 9:25 12:12 15:17 17:13 20:2 20:7 24:18 26:9 27:3 30:24 31:10 31:10,13 32:6,10 32:14 34:3,12,22 35:16,21 36:7
okay 4:24 5:19 9:7 9:14 10:16 11:7 12:13 14:5,5 21:10,17,19 24:5 28:5 31:23 38:11 39:3
once 18:8 21:7 28:7 29:24
one 5:5,14 9:19,20 9:21 11:18 13:13 13:14 18:10 19:17 23:21 24:13,23 25:17 31:5 36:20 37:17 37:17,23
ones 13:17 26:24
only 21:7 33:16 38:19
open 23:22
opens 25:4
operation 13:3
opportunity 5:5
oral 1:13,17 40:8
order 10:2 23:4 27:16 33:1
ordered 35:24
organization 27:12

organizational 27:13
organize 27:11
orthoscopics 7:23
other 5:8,9 8:20 12:19,25 16:1,8 18:3 23:18 25:13 27:7 29:7 30:10 31:2 32:18,23 33:19 34:16 36:13,17
otherwise 29:4 35:15
out 5:22 8:1 11:15 14:24 17:2 18:11 18:18 19:8 21:18 22:19 23:3 26:6 27:23 29:3 30:2 30:17 32:8
outdoor 27:24
outlet 35:10
outside 27:18
out-of-pocket 31:16 34:9
over 4:22 5:8 6:14 16:9 19:4,16 24:6 28:7,24 33:23 34:22
over-the-counter 26:24
owed 10:14,15

_____ P _____

PAGE 3:2
pages 40:5 41:15
paid 9:17,23 10:3 13:16,16
pain 23:21 26:22
paper 26:10
papers 8:10 10:1,20 12:15,15 13:22 13:24 20:23 25:12 32:1
part 6:5 12:7,8 37:3
particular 14:25
past 20:12
pay 9:25 14:11 24:7 32:11,18
payment 32:16
people 16:21 17:3,4 23:13 30:11
per 16:3
percent 20:2
period 8:25

person 8:10 15:24 28:17 38:16
pharmacy 19:19,20
phone 15:10 21:6 23:2 26:13
pick 17:17
piece 36:4
Pierce 41:6
pills 26:22
pistol 21:24
place 19:16 40:9 41:12
Plaintiffs 1:7 2:2
plants 36:17
please 4:11 5:15
Plus 32:7
point 23:19
pop 16:9 23:11
pops 16:19
positive 12:24
possibly 30:9
power 10:24
preapproved 37:18
Prepaid 32:22
prepare 5:25
prescription 21:13
prescriptions 21:2
present 2:18 8:22 28:1
presently 30:20
pressure 14:23 19:7 19:11 20:1,10,16 20:19 33:12
pretty 16:21
PRINT 40:19
printing 5:3
prior 28:8
probably 6:20 19:9 34:12
problem 20:6
procedure 1:22 4:21
proceedings 4:1
production 17:4
project 27:21
provided 8:10
psychiatrist 20:18 20:21
Public 1:24 40:20 41:6,23
purchase 35:13
purchased 35:14
purchasing 38:8
pursuant 1:21

put 13:16 24:14
  32:1,2 35:24
puts 23:10
P.C 2:13
P.O 2:8,16

**Q**
question 5:10,12
  32:21
questions 5:15 37:4
  38:12
quietly 26:1
quit 16:14 33:17
quite 35:3

**R**
R 41:1
raise 36:9
read 9:5,10 26:1
  40:5
reading 10:6 19:17
real 37:9
really 7:14 8:16
  13:10 14:21
  15:16 18:7 25:19
  26:23 27:15 33:9
  34:1 36:16 37:14
reason 8:8
recall 9:10 10:6
  13:20 15:1
receipts 34:20,22
receive 26:1
received 25:11
record 4:17 20:9
  41:16
records 36:7
recovery 7:24 8:6
referring 28:2
regain 28:8
regular 11:8 20:1
  21:14
relate 35:6
relaxants 20:20
relief 34:1
remember 9:13,14
  9:15 10:10,13
  12:22 13:10,11
  13:12 15:3 17:21
  20:4,23 21:6,15
  27:16 32:6 33:21
  34:4,17 36:16
  37:12,15,15,16
  38:2,3,4,6,7 39:5
REMEMBERED

1:16
rephrase 5:16
replaced 19:15
replenishes 35:4
reported 41:13
reporter 1:23 4:25
  41:5,22
Reporting 1:19
represent 4:18
reservation 22:20
Reserve 30:13,14
Residing 40:21
  41:24
resting 15:5
review 5:4
reviewed 5:24
rifle 21:23
right 11:1 14:3 18:4
  18:6 19:8 22:23
  26:5 27:2 28:3
  34:4
Rodenburg 1:9
  2:11 4:19 8:19
  9:1,11 10:7 12:17
  19:24 22:18
  24:11 31:18
  40:25
room 5:2
rooms 7:10
rooster 13:5
roosters 31:9
Rule 1:22
rules 4:23
running 31:20

**S**
safe 33:2
same 12:10 34:24
  40:6
sandwiches 29:1
sat 8:20
save 38:21
saved 38:18
saves 38:22
saying 9:16 12:25
  37:18
says 13:22
schedule 29:21
school 6:11,16,17
  6:24 7:4,8 12:4
seal 41:19
secure 27:23
see 4:25 6:20 17:12
  18:9,15 21:1

22:19 29:12
seeing 10:7 20:24
seen 26:25 29:14
self 28:8
sell 30:8 35:5 36:8
sells 35:16
sending 9:1
Senior 7:2,3
sent 9:15,15 13:6
  26:6 32:9
served 10:21
service 32:11
services 29:3 32:7
set 11:12 13:23
  25:13 27:17
  41:18
settle 8:21
settled 8:22
several 26:9
severe 14:19 23:8
sheet 40:7
she'll 5:3
shoot 18:11 21:22
short 8:20
shorthand 41:13
shortly 32:15
show 14:13,20
shut 15:24,24
sick 22:15
side 7:22
signed 40:7
simple 29:2
Simpson 2:12,13
  3:3 4:10,16 19:1
  28:14 30:19
  35:19 37:5 38:13
  38:15
since 6:17,21 16:1
  27:1,18 29:5 34:1
sit 22:2
sitting 5:21
six-something 36:4
skill 41:17
skills 27:12,14
sleep 15:8 16:3,5
  27:2
sleeping 15:6
sleepy 14:4
slips 37:17
small 13:2
soften 26:4
some 9:13 16:5 17:9
  31:13 38:1
somebody 13:5

15:22 32:20
something 9:24
  10:14 11:11
  16:19 18:13
  19:14,18 23:22
  29:2 30:6 33:25
  38:24
sometimes 11:25,25
  17:7,8 22:3 28:23
  31:11
somewhere 20:13
  29:18
son-in-law 18:11
soon 24:22
sorry 19:22
sort 6:12
sounds 7:14 25:7
soup 29:1
specifically 37:13
  37:23 38:4,8
speculation 28:10
speedy 7:24 8:6
spends 34:13
spilled 19:14
split 7:21
spots 34:24
ss 41:3
stamped 32:3
stand 28:22
start 8:17 15:13
  22:3 25:9 28:8
started 4:17 6:16
  17:4 25:15,16
  26:2 34:1
starting 16:7,11
  31:13
state 4:11 18:18
  40:20 41:2,6,23
stated 29:18
statements 38:21
STATES 1:1
stay 15:4 23:12
stayed 6:16 15:3
stay-at-home 16:21
stick 34:24
still 14:3,20 28:15
  28:19 30:25
stop 22:10
store 19:18
Street 1:20 4:14
stresses 18:4
stroke 14:24 19:8
stuck 19:16
stuff 9:17 12:4,20

28:3,6 30:18
  32:18 33:22 37:2
  37:16
Subscribed 40:15
sued 9:16
suffered 37:25
sugar 20:5,6
suit 12:17 13:24
Suite 1:20 2:7,15
summer 7:13 11:19
  31:14
supposed 26:16
  30:2
sure 10:25 17:6
  34:23
surprised 25:8
switch 15:25
sworn 4:7 40:15
  41:9

**T**
T 41:1,1
table 5:21 8:21
tacos 28:24
take 7:12,17 19:6
  26:22 27:21
  30:16 35:11
  36:19
taken 1:19 4:2 9:20
  41:11
takes 23:20,21,23
  24:25 27:11,13
  33:16
taking 5:1 8:8
  21:13 33:17
talk 5:5,8 9:4 12:21
talked 14:8 27:2,4
  34:10
talking 5:22 12:22
talks 17:7
teachers 17:13
tell 6:9 7:8 9:14,22
  10:18 13:20
  15:19 19:21,23
  34:2 38:22
ten 14:13 30:23
tendon 7:22
testified 4:7 37:10
testify 41:9
testimony 4:2 37:11
  37:12 41:16
Thank 8:7 37:5,6
  39:6
their 23:2 30:18

therapy 13:4 17:12 30:8 36:9,15 37:3
thereon 40:6
thing 6:12 8:21
things 12:19 13:1 14:21 17:7 18:7 18:15 22:22 23:12,18 27:7,10 27:18 29:20 34:5 34:6,18,21 36:13
think 10:15,22 13:14,20 14:2 15:4 16:11 18:4 18:16 19:4 20:22 21:3,17 22:9 23:20 27:19 28:7 29:7,13 31:16 32:4,24 33:6,12 33:13,20 34:6,9 34:19 35:2,24 36:14 37:10
thinking 15:12 18:13
thinks 16:16 18:15
though 32:7 35:6
thought 25:16 36:24
thousand 33:6
three 22:8 24:13,19 24:20
three-day 24:24
threw 25:18
through 10:22 11:22 15:16 34:25
TIFT 1:5 2:3
Tift/McCollough 40:25
till 11:12
Tim 37:10,12,20 38:16
time 8:20 9:3,11 10:23,24 12:6,9 13:13,14 14:9 15:6,21 16:14 19:15 20:12 22:7 23:2 33:13 36:25 40:9 41:12
times 15:15 26:10
Timothy 1:5 2:3,18
Tim's 30:6
today 4:22 8:1 19:9 23:25 26:19 34:7
together 19:16

33:15
told 21:4 26:1 34:6
tomatoes 36:17,21
top 5:8 7:23
tore 7:20,21
town 31:20,25
track 34:21
trades 7:15
Tranel 2:13
transcribed 41:14
transcript 5:13,23 40:8
traveled 6:14
traveling 22:21
treatment 20:25
trial 5:6
tried 18:6 26:7,11 26:12 36:14
tries 16:17 36:18
trips 32:4
true 38:2 40:8 41:15
truth 41:9,10,10
try 5:8,9 12:23,24 14:7 20:7 23:1,20 24:7 25:20 26:3 29:21
trying 8:21 14:2 15:10 34:17
turkeys 13:5 17:5 31:3,4 35:8,13 36:19
turmoil 14:11,16
turned 9:18
turns 11:15 16:19 23:17
TV 23:17
two 11:9 13:5,18 15:7 16:2 24:24
type 11:22
typewriting 41:14
typewritten 40:5

**U**

under 41:14
understand 5:7,14 5:16 13:2 29:16
understood 7:17
UNITED 1:1
unrelated 22:4
until 5:9,11 34:25
upped 35:8,9
upset 14:10,16,21 15:21 16:9 23:13

33:23 34:24
use 19:10 30:9
used 22:5,17,19 27:16 30:12 33:22
using 38:5,8
usually 15:7 19:16 21:7 24:6,19,21 26:3 27:8 30:1 38:22

**V**

Varies 12:11
verbal 5:20
verbally 19:2
very 5:7,22 6:2 12:12 15:20,21 16:18,21 19:3 24:15,17 25:20 26:1 29:2 36:23
vessels 23:22 25:5
video 6:3
visiting 17:3 21:21
votes 11:24
vs 1:8 40:25

**W**

wait 5:9,11 15:9 31:6
waiting 14:24
wake-up 31:12
walk 15:18
wants 12:2
war 30:18
wash 7:11
washes 27:8
Washington 41:7 41:23
wasn't 15:5,8 26:14 26:15
watch 6:3 22:2 24:1 24:3
watched 6:1
watering 36:5
way 8:3 10:19 11:15 16:8 23:13 24:10 28:13 29:10 32:8 35:25 38:19
ways 29:7
week 24:18
welcome 39:7
well 5:20,22 6:13 6:15 9:22 11:9,15

11:20 12:23 13:22 14:18 15:3 17:12 22:1 23:7 24:9 27:15 28:15 29:11,16 30:15 33:15,22 35:16 35:24
went 6:11 9:16,23 9:25 11:16 18:9 22:7
were 4:1 8:9 9:16 9:18 10:8,11,21 11:1,7,11,14 12:14 13:18 14:25 15:15 17:2 20:3 24:12 26:11 30:10 32:14 37:1
West 2:14
we'll 5:12
we're 12:5,8 16:20 22:25 24:14,18
we've 18:6 22:2 25:19 31:3,5,6 33:15,24 34:1,10
When's 22:7
WHEREOF 41:18
while 5:20 13:16 18:8,14,17 19:6 29:24 31:15
whole 41:10
windows 7:11
wish 8:6
wit 4:2
witness 4:6 18:21 18:23 28:12 30:14 36:22 37:6 41:8,16,18
women 30:17
wondering 9:24 26:21 29:13
word 14:3
work 6:17 7:8 8:1,3 11:17,19 15:10 15:11 17:9,10 23:2,9
workday 11:8
worked 11:9 13:17 14:12
worker's 32:17,17
working 10:23 11:1 11:14,16 12:9 23:25 26:18 33:18 38:25
works 33:14,15

worse 14:22 16:12
worth 22:14
wouldn't 17:25 25:21 35:14
wrench 25:18
write 21:1 26:16,16
writing 12:14
wrong 29:18

**X**

X 3:1

**Y**

yeah 6:5 7:16,20 8:24 10:4 11:6 13:14 15:17 18:2 18:2 19:13 21:9 22:19 25:7,15 27:3 28:4 30:24 31:10,13 32:14 34:8 35:8,10 36:3 36:7 37:22
year 6:19 7:3,19 8:25 12:2 16:24 17:20 21:7 27:1 27:22 35:14 36:2 39:1
yearly 35:4
years 14:13 18:1 22:8 32:19
yelled 15:17
yelling 15:19
Yep 11:2 18:2 22:14

**$**

$3,000 34:11

**1**

1st 2:6
1:00 11:10
1:30 11:10
10-hour 11:25
100 1:19 20:2
12-hour 11:14
15 36:1
1702 4:13
18 18:1
1954 6:20
1990 17:23

**2**

2 6:18
2:30 11:10

**Charles Fisher Court Reporting, Inc.**
503 East Mendenhall, Bozeman, MT 59715 (406)587-9016

| | |
|---|---|
| 20 | 36:1 |
| 2007 | 11:5 |
| 2008 | 1:21 40:16 41:20 |
| 201 | 2:15 |
| 22nd | 11:4 |
| 2278 | 2:8 |
| 2602 | 2:6 |
| 27th | 1:20 |
| 283 | 2:14 |

### 3

| | |
|---|---|
| 3:00 | 31:14 |
| 30 | 1:21,22 |
| 305 | 2:7 |
| 37 | 3:4 |
| 38 | 3:3 |
| 39 | 40:5 |

### 4

| | |
|---|---|
| 4 | 3:3 |
| 4-25-2009 | 41:25 |
| 40 | 35:25 |

### 5

| | |
|---|---|
| 50 | 35:17,25 |
| 59103 | 2:9 |
| 59807-7729 | 2:17 |

### 6

| | |
|---|---|
| 66 | 7:5 |

### 7

| | |
|---|---|
| 750 | 1:20 |
| 7729 | 2:16 |

### 8

| | |
|---|---|
| 8th | 4:13 |

### 9

| | |
|---|---|
| 9:00 | 1:21 |
| 90 | 17:24 39:2 |