SEC. ☑
PARA. ☐   APR 2 3 2008
ATTY. ☐ √kac7

RECEIVED

APR 24 2008

Bohyer, Simpson & Tranel, P.C.
6082

John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:   (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| JUNE TIFT and TIMOTHY McCOLLOUGH, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHNSON, RODENBURG & LAUNINGER. <br><br> Defendants. | Cause No.  CV-07-166-BLG-RFC-CSO <br><br> Judge Carolyn S. Ostby <br><br> **PLAINTIFFS' AMENDED INITIAL DISCLOSURE STATEMENT** |

COMES NOW Plaintiffs June Tift and Timothy McCollough, and pursuant to Rule 26(a)(1), Fed.R.Civ.P., makes this amended initial disclosure statement.

**A.    Persons with Information**

1.    June Tift. 725 N. 25th St. Apt. 107, Billings, MT 59101-1044. Ms. Tift is a plaintiff in this case. She has knowledge about Defendants' conduct in this case and the anger, frustration, distress and concern such conduct caused her.

**B.     Documents**

| DOCUMENT | BATES NUMBERS |
|---|---|
| Legal documents and correspondence in underlying case against Ms. Tift | Plaintiff 1 through 27 |
| Legal documents and correspondence in underlying case against Mr. McCollough | Plaintiff 28 through 64 |

**C.     Damages**

1.      Attorneys fees. Plaintiffs are entitled to their attorney's fees in defending the underlying lawsuits. Plaintiffs are also entitled to their attorney's fees incurred in prosecuting their FDCPA and Montana Consumer Protection Act claims. Plaintiffs' attorney's fees have not been calculated at this time, but will be developed as trial preparation continues.

2.      Emotional distress. Plaintiffs are entitled to emotional distress damages under both the FDCPA and under Montana common law claims of abuse of process and malicious prosecution. *See, e.g., Guimond v. Trans Union Credit Information, Co.*, 45 F.3d 1329, 1332-33 (9th Cir. 1995) ("the term "actual damages" has been interpreted to include recovery for emotional distress and humiliation.") Such damages are within the province of the jury after hearing all of the evidence at trial, including the vulnerability of Plaintiffs, by virtue of their disabilities, to such misconduct.

3.    Statutory damages.  Each Plaintiff is entitled to statutory damages of $1,000 under the FDCPA, and to treble damages under the Montana Consumer Protection Act.

4.    Punitive damages.  The determination of an amount which will be adequate to punish organizations the size of Defendants is in the sole discretion of the jury after hearing all relevant evidence, including evidence of Defendants' financial worth and culpability.

## D.    Insurance

Not applicable to Plaintiffs.

DATED this 22nd day of April, 2008.

HEENAN LAW FIRM

John Heenan
Attorneys for Defendant

PAGE 5

EX. B - 03