RECEIVED

SEP 05 2008

Bohyer, Simpson & Tranel, P.C.

Hand Delivered

John Heenan
HEENAN LAW FIRM
P.O. Box 2278
Billings, MT 59103
Telephone: (406) 839-9091
Facsimile:  (406) 839-9092
john@heenanlawfirm.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON, RODENBURG & LAUINGER,<br><br>Defendant. | Cause No.  CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>**PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST COMBINED DISCOVERY REQUESTS** |

**INTERROGATORY NO. 1**:  Please state the name, telephone number, and present address of all persons having knowledge of the events and circumstances surrounding the allegations made in Plaintiff's complaint, and summarize each person's knowledge.

**ANSWER TO INTERROGATORY NO. 1**:

1.    Tim McCollough, c/o Heenan Law Firm, P.O. Box 2278, Billings, MT 59103. (406) 839-9091.  He has knowledge of the debt collection activities directed towards him and the resulting damages.

EX. C - 01

this action who was not retained or specially employed to provide expert testimony.

**ANSWER TO INTERROGATORY NO. 3**:

All experts, both those specifically employed to give expert testimony as well as unpaid experts, will be disclosed pursuant to the Court's Scheduling Order.

**REQUEST FOR PRODUCTION NO. 2**: Pursuant to Rule 26(a)(2)(B), Federal Rules of Civil Procedure, in connection with any witnesses Plaintiff has retained or specially employed to provide expert testimony in this case, please provide a written report prepared and signed by the witness containing the following information: (1) a complete statement of all opinions to be expressed and the basis and reasons therefor; (2) the data and other information considered by the witness in forming the opinions; (3) any exhibits to be used as a summary or in support of the opinions; (4) the qualifications of the witness, including a list of all publications authored by the witness within the preceding ten (10) years; (5) a listing of any other cases in which the witness has testified as an expert at trial, or by deposition within the preceding four (4) years; and (6) the compensation to be paid for the expert's work and testimony.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 2**: All such information has or will be disclosed consistent with the Court's Scheduling Order.

**INTERROGATORY NO. 4**: Please specify with particularity any and all damages Plaintiff is claiming in this lawsuit for Defendant's alleged violations of the Fair Debt Collections Practices Act and Defendant's alleged violation of Montana's Unfair Trade Practices and Consumer Protection Act for each alleged damage, state the following:

(a)    the nature of the damages claimed and a full description of the basis for such claim;

(b)    the dollar amount of damages claimed; and

EX. C - 02

(c) the method of computing or determining the amount of damages for each such claim.

**ANSWER TO INTERROGATORY NO. 4**: Plaintiff is seeking actual, statutory and punitive damages to the fullest extent allowed under the FDCPA and Montana UTPA. Such damages are within the sole province of the finder of fact after hearing all of the evidence at trial. These categories include:

1. FDCPA statutory damages. Plaintiff is entitled to $1,000 for Defendant's FDCPA violation(s), as well as his attorney's fees and costs.

2. Montana UTPA statutory damages. Plaintiff is entitled to treble damages, as well as his attorney's fees and costs.

3. Costs and attorneys fees in defending the time-barred lawsuit. Mr. McCollough incurred $1,520 in attorney's fees and costs in defending the underlying lawsuit.

4. Emotional distress damages. Plaintiff is entitled to emotional distress damages in an amount to be determined by the jury after hearing all of the evidence at trial.

5. Punitive damages. Plaintiff is entitled to punitive damages upon a finding that Defendant's conduct constituted fraud and/or malice under Mont. Code Ann. § 27-1-221, in an amount to be determined by the jury after hearing all of the evidence at trial, including evidence of Defendant's net worth.

6. Attorney's fees and costs. Plaintiff is entitled to his attorney's fees and costs under the FDCPA and Montana UTPA. Such fees and costs are necessarily ongoing. Mr. McCollough's counsel's hourly rate is $200 per hour. To date, 168.85 hours of attorney time have been expended. To date, costs in the amount of $7,749 have been incurred.

**INTERROGATORY NO. 5**: Please state in detail the factual basis of your claim that Defendant violated the Fair Debt Collection Practices Act.

PAGE 4