IN THE UNITED STATES DISTRICT COURT

FILED
BILLINGS DIV.

FOR THE DISTRICT OF MONTANA

2008 APR 16  AM 11 36

BILLINGS DIVISION

PATRICK E. DUFFY, CLERK

BY _____

DEPUTY CLERK

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON, RODENBURG &<br>LAUINGER,<br><br>Defendant. | CV-07-166-BLG-CSO<br><br><br>**JURY INSTRUCTIONS<br>GIVEN<br>DURING TRIAL** |

1

Instruction No. 11

We are about to take our first recess in this trial. Before doing so, I must remind you about your conduct as jurors.

Do not to discuss this case with anyone. Do not permit others to discuss the case with you. Again, if anyone approaches you and tries to talk to you about the case, please let me know about it immediately.

Do not read any news stories or articles or listen to any news stories, articles, radio, television, or online reports about the case or about anyone who has anything to do with it.

Do not do any research or make any investigation about the case.

If you need to communicate with me, simply give a signed note to the bailiff to give to me.

Do not make up your mind about what the verdict should be until after you have gone to the jury room to decide the case and you and your fellow jurors have discussed the evidence. Keep an open mind until then.

Finally, until this case is given to you for your deliberation and verdict, you are not to discuss the case with your fellow jurors.

Instruction No. 12

From time to time during the trial, it may become necessary for me to talk with the attorneys out of the hearing of the jury, either by having a conference at the bench when the jury is present in the courtroom, or by calling a recess. Please understand that while you are waiting, we are working. The purpose of these conferences is not to keep relevant information from you, but to decide how certain evidence is to be treated under the rules of evidence and to avoid confusion and error.

Of course, we will do what we can to keep the number and length of these conferences to a minimum. I may not always grant an attorney's request for a conference. Do not consider my granting or denying a request for a conference as any indication of my opinion of the case or of what your verdict should be.

Instruction No. 13

A deposition is the sworn testimony of a witness taken before trial. The witness is placed under oath to tell the truth and lawyers for each party may ask questions. The questions and answers are recorded. When a person is unavailable to testify at trial, the deposition of that person may be used at the trial.

The deposition of Charles Dendy was taken on July 22, 2008. You should consider deposition testimony, presented to you in court in lieu of live testimony, insofar as possible, in the same way as if the witness had been present to testify.

Instruction No. 14

Evidence will now be presented to you in the form of answers of one of the parties to written interrogatories submitted by the other side. These answers were given in writing and under oath, before the actual trial, in response to questions that were submitted in writing under established court procedures. You should consider the answers, insofar as possible, in the same way as if they were made from the witness stand.

Instructions Nos. 11 through 14 were given.

DATED this _16th_ day of April, 2009.

_____
Carolyn S. Ostby
United States Magistrate Judge

5