FILED
BILLINGS DIV.

2009 APR 16 PM 5 02

PATRICK E. DUFFY, CLERK
BY_____
      CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>JOHNSON, RODENBURG & LAUINGER.<br><br>　　　　　　　　Defendant. | CV-07-166-BLG-CSO<br><br>Judge Carolyn S. Ostby<br><br>SPECIAL VERDICT FORM |

WE, THE JURY in the above-entitled action, answer the questions on this verdict form submitted to us as follows:

**QUESTION NO. 1**: Did Johnson, Rodenburg and Lauinger violate the Montana Unfair Trade Practices?

Answer: Yes __X__    No_____

1

**QUESTION NO. 2**: Did Johnson, Rodenburg and Lauinger maliciously prosecute the debt collection lawsuit against Timothy McCollough?

Answer: Yes __X__    No_____


**QUESTION NO. 3**: Did Johnson, Rodenburg and Lauinger abuse the legal process in the debt collection lawsuit against Timothy McCollough?

Answer: Yes __X__    No_____


**QUESTION NO. 4**: What damages do you find were caused by Johnson, Rodenburg & Lauinger?

Answer:

(A) Emotional Distress:   $ 250,000

(B) Fair Debt Collection Practices Act statutory damages (may not exceed $1,000):
     $ 1,000

2

Please continue to Question No. 5 only if you answered "yes" to Questions 1, 2, or 3, <u>and</u> you found damages under Question 4(A). Otherwise, skip Question No. 5, sign and date this verdict form and return it to the Bailiff.

<u>**QUESTION NO. 5**</u>:  Do you find by clear and convincing evidence that punitive damages should be awarded against Johnson, Rodenburg & Lauinger?

<u>Answer</u>: Yes __X__      No _____

Please sign and date this verdict and return it to the Bailiff.

DATED this __16th__ day of April, 2009.

_____
Jury Foreperson