IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
BILLINGS DIV.
2009 APR 16 PM 5 02
PATRICK E. DUFFY, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| TIMOTHY McCOLLOUGH,<br><br>Plaintiff,<br><br>vs.<br><br>JOHNSON, RODENBURG & LAUINGER,<br><br>Defendant. | CV-07-166-BLG-CSO<br><br>JURY VERDICT<br>(Punitive Damages) |

We the Jury, duly empaneled in the above entitled case, in addition to the amount of damages we already found were caused to the Plaintiff, hereby unanimously find that the Plaintiff is entitled to punitive damages from the Defendant in the sum of

$ 60,000 .

(Please sign and date this verdict form and notify the Bailiff that you have reached a verdict.)

Dated this 16th day of April, 2009.

*[signature]*
Jury Foreperson

1