# PLAINTIFF'S EXHIBIT LISTS

Case Name:           McCollough v. Johnson, Rodenburg & Lauinger
Case Number:         CV-07-166-BLG-CSO
Presiding Judge:      Honorable Carolyn S. Ostby
Courtroom Deputy:
Court Reporter:

Plaintiffs' Attorney:      John Heenan
Defendant's Attorneys:   John E. Bohyer, Fred Simpson

## PLAINTIFF WILL OFFER

| # | DESCRIPTION | Defendant's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 1 | Complaint, Answer and Dismissal papers from *CACV v. McCollough*, Cause No. CV-2005-04428 (Hon. Pedro Hernandez) | | | Adm. 4-7 | | |
| 2 | Complaint, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 Adm. | | |
| 3 | Answer, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 Adm. | | |
| 4 | Plaintiff's Requests for Admission, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 Adm. | | |
| 6 NO | ~~CollectionMaster sample screen~~ withdrawn | Rule 402 | | | 4-7 | |
| 7 | McCollough CollectionMaster | | | 4-7 | | |

FILED
2009 APR 16 PM 5 03
PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK
BILLINGS DIV.

Case 1:07-cv-00166-CSO   Document 165   Filed 04/16/09   Page 2 of 4

| # | DESCRIPTION | Defendant's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| | paperless file | | | | | |
| 10 | Bob Dunker-G. Lauinger emails dated 8/2/07 and 8/6/07 | | | 4-7 | | |
| 13 | Dendy-L. Smith emails dated 1/2/08 | | | 4-7 | | |
| 14 | Subpoena dated 11/14/07, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 | | |
| 30 | McCollough pain management calendar | | | 4-7 | | |
| 51 | NARCA newsletter 1st Quarter 2003 | Rule 402, 403 and 802 Foundation | | | 4-7 | |
| 52 | Zombie debt article MSN money | Rule 402, 403 and 802 Foundation | | | 4-7 | |
| 53 | NCLC publication excerpts | Rule 402, 403 and 802 Foundation | | | 4-7 | |
| 67 | Collect America Ltd. Offer to Place Account dated Dec. 18, 2006 | | | 4-7 | | |
| 71 | Draft Affidavit in Support of Motion, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 | | |
| 100 | ~~Timesheet for McCollough defense~~ W/D | Rule 402 Foundation | | | 4-7 | |
| 101 | Order of Dismissal, *CACV v. McCollough*, Cause No. DV 07-523 | | | 4-7 | | |
| 102 | L. Lauinger email to B. Dunker dated 1/17/07 | | | 4-7 | | |
| 103 | Agreement for Collection of Accounts (Local Counsel | Rule 402 overrule | | 4-7 | | |

PLAINTIFFS' EXHIBIT LISTS PAGE 2

| # | DESCRIPTION | Defendant's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| | Agreement) | | | | | |
| 104 | Subpoena to Chase Bank dated 8/26/08 | Rule 402 | | | 4-7 | |
| 105 | Response to 8/26/08 Chase Bank subpoena | Rule 402 and 802 | | | 4-7 | |
| 106 | List of Montana legal actions filed by JRL from January 2007 to ~~June 24, 2008~~ Dec. '07 | Rule 402 and 403, Subject to Defendant's Motion in Limine | | (4-15-09) | Limited to Dec. '07 | 4-7 |
| 107 | Clifton Rodenburg Advertising Material | Rule 402 and 403, | | | | 4-7 |
| 108 | Dendy/Judge Fagg correspondence dated 4/2/08 and 4/10/08 | Rule 402, 403, 404 and 802 Subject to Defendant's Motion in *Limine* | | | 4-7 | |
| 109 | Complaint, *Portfolio Recovery Assoc. v. Henan*, Cause No. DV 08-120  W/D | Rule 402 and 403; Subject to Defendant's Motion in *Limine* | | | 4-7 | |
| 110 | Legal Documents (including Plaintiff's Requests for Admission), *Portfolio* W/D *Recovery Assoc. v. Lucero*, Cause No. DV 05-275 (Butte-Silverbow County) | Rule 402 and 403; Subject to Defendant's Motion in *Limine* | | | 4-7 | |
| 111 | McCollough CollectionMaster paperless file | | | 4-7 | | |

PLAINTIFFS' EXHIBIT LISTS PAGE 3

## PLAINTIFFS' MAY OFFER

| # | DESCRIPTION | Defendant's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 112 | Any and All financial Information That May Become Available for Punitive Damages Phase of Trial (JRL 01853) | Rule 402; Confidential privileged information | | | | 4-7 |
| 113 | NARCA Code of Ethics | Rule 402 and 802; Foundation | | | | 4-7 |
| | Demonstrative Exhibits | | | | | |
| | Rebuttal Exhibits | | | | | |

PLAINTIFFS' EXHIBIT LISTS PAGE 4