Case 1:07-cv-00166-CSO    Document 166    Filed 04/16/09    Page 1 of 4

# DEFENDANT'S EXHIBIT LISTS

**Case Name:**    Timothy McCollough vs. Johnson, Rodenburg & Lauinger
**Case Number:**    CV-07-166-BLG-RFC-CSO
**Presiding Judge:**    Honorable Carolyn S. Ostby

Plaintiff's Attorney:    John Heenan
Defendant's Attorney: Fred Simpson and John Bohyer

## DEFENDANT'S WILL OFFER:

| # | Description | Plaintiff's Objections | Date Offered | Date Admitted | Dated Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 70 | McCullough's Account Information Report with CACV | Foundation; FRE 106; FRE 402; FRE 802; FRE 901; FRE 1001 | | | 4-7 | |
| 501 | Jan. 4, 2007 letter from G. Lauinger to Collect America | | | 4-7 | | |
| 502 | Jan. 23, 2007 email from J. Gustin to L. Lauinger | Foundation; FRE 802 | | 4-7 | | |
| 503 | Feb. 1, 2007 email from J. Gustin to L. Lauinger | Foundation; FRE 802 | | 4-7 | | |
| 504 | Feb. 8, 2007 letter to Plaintiff from G. Lauinger | | | 4-7 | | |
| 505 | Exhibit A - Bill of Sale | Foundation; FRE 106; FRE 802; FRE 901 | | | | 4-7 |

FILED BILLINGS DIV. 2009 APR 16 PM 5 10 PATRICK E. DUFFY, CLERK BY DEPUTY CLERK

Case 1:07-cv-00166-CSO   Document 166   Filed 04/16/09   Page 2 of 4

| | | | Date Off'd | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 506 | Affidavit of Sale | Foundation; FRE 106; FRE 802; FRE 901 | | | 4-15·09 | 4-7 |
| 507 | Plaintiff's credit statements and Important Notice About Credit Card Account  W\|D | Foundation; FRE 106; FRE 802; FRE 901 | | | 4-7 | |
| 508 | Oct. 29, 2007 letter to Plaintiff with credit statements | Foundation; FRE 802; FRE 901 | | 4·15·09 | | 4-7 |
| 509 | Oct. 31, 2007 Interrogatories to Plaintiff in Cause No. DV 07-523 | | | 4-7 | | |
| 510 | Oct. 31, 2007 Requests for Admission with Exhibits to Plaintiff in Cause No. DV 07-253 | | | 4-7 | | |
| 511 | Nov. 21, 2007 Defendant's Responses to Plaintiff's Request for Admission in Cause No. DV 07-253 | | | 4-7 | | |
| 512 | Dec. 11, 2007 Email from J. Heenan to C. Dendy | | | 4-7 | | |
| 513 | Dec. 12, 2007 Unopposed Motion and Notice of Motion to Dismiss and supporting brief Cause No. DV 07-253 | | | 4-7 | | |
| 514 | Aug. 21, 2008 Plaintiff's Personality Assessment Inventory | FRE 402 | | | | 4-7 |
| | Such other exhibits as may be necessary for impeachment or rebuttal purposes; and | | | | | |



**DEFENDANT'S MAY OFFER:**

| # | Description | Plaintiff's Objections | Date Offered | Date Admitted | Dated Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 515 | Plaintiff's medical records from R. Tompkins, Ed. D at Professional Health Resources, Inc. | Foundation; FRE 802 | | | | 4-7 |
| 516 | Plaintiff's medical records from D. Yelvington, Ph.D., M.D. at Deaconess Behavioral Health Clinic | Foundation; FRE 802 | | | | |
| 517 | Plaintiff's medical records from James B. Whitworth, M.D. at Deaconess Behavioral Health Clinic | Foundation; FRE 802 | | | | |
| 518 | Plaintiff's medical records from D. Carlson, M.D. at Deaconess Behavioral Health Clinic | Foundation; FRE 802 | | | | |
| 519 | Plaintiff's medical records from Deaconess Medical Center | Foundation; FRE 802 | | | | |
| 55 | Joseph McElhinney, Psy.D's Psychological Consultation Report | FRE 802 | | | | |
| 520 | Donna Veraldi, Ph.D. Psychological Evaluation | FRE 802 | | | | |
| 521 | Data file received by Defendant from CACV | | | | | |
| 522 | Plaintiff's Experian credit report | | | | | |

| | | | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 523 | Plaintiff's Equifax credit report | | | | | |
| 524 | Plaintiff's Settlement Agreement with CACV | FRE 402; FRE 403; FRE 408 | | | | 4-7 |